IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN )<br>    Plaintiff, )<br>v. )<br>)<br>FOOD GIANT SUPERMARKETS, INC. )<br>d/b/a Piggly Wiggly No. 759 )<br>    Defendant ) | CASE NO. 2:05-cv-414-T |

**O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Delores R. Boyd for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE, this the 11th day of May, 2005.

                      /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE