**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

May 11, 2005

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   Crystal Seaman v. Food Giant Supermarkets, Inc.

Case No.:   2:05cv414-T

   Document # 3   Order

This Notice of Correction was filed in the referenced case this date to correct the referral judge. This case is referred to Magistrate Judge Delores R. Boyd rather than Magistrate Judge Susan Russ Walker.