**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

May 25, 2005

# NOTICE OF DEFICIENCY

**To:**          M. Warren Butler

**From:**        Clerk's Office

**Case Style:**  Seaman v. Food Giant Supermarkets, Inc.

**Case Number:** 2:05cv414-T

**Referenced Pleading(s) :**   Report of Rule 26(f) Planning Meeting
                               Document # 6 filed 5/23/05

**The above referenced pleading filed by electronic means on 5/23/05 does not contain the original signatures of Attorneys Blakeney and Harrison. The pleading has been signed by another party with a notation, by MWB with permission. Please send either by conventional means, or by e-mail to Sheryl_Lent@almd.uscourts.gov, a corrected signature page with original signatures of Attorneys Blakeney and Harrison.**