**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

May 27, 2005

# NOTICE OF CORRECTION

FROM:     Clerk's Office

Case Style:   Crystal Seaman v. Food Giant Supermarkets, Inc.

Case No.:    2:05cv414-T
             Document #6 Report of Rule 26(f) Planning Meeting

This Notice of Correction was filed in the referenced case this date to enter the corrected signature pages into the record and to correct the deficiency.