IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL SEAMAN, | * | |
| PLAINTIFF, | * | |
| VS. | * | CASE NO. 2:05-CV-414-T |
| FOOD GIANT SUPERMARKETS, INC., | * | |
| DEFENDANT. | * | |

## NOTICE OF CHANGE OF ADDRESS

*COMES NOW*, Charles W. Blakeney, attorney for the Plaintiff in the above-styled cause and submits this notice of the change of his email address for CM/ECF purposes in connection with the above cause. The attorney's new email address is blakeney@centurytel.net.

Submitted this the 7th day of June, 2005.

*/s/ Charles Blakeney*

Charles W. Blakeney, BLA068
Attorney for Plaintiff
Post Office Box 100
Geneva, Alabama 36340
334-684-2387

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Hon. M. Warren Butler, Hon. David J. Harrison, and Hon. Richard Brantley Johnson.

*/s/ Charles Blakeney*

Charles W. Blakeney