IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CRYSTAL SEAMAN,** | * |
| **Plaintiff,** | * |
| vs. | * Case Number: 2:05-CV-00414-T |
| **FOOD GIANT SUPERMARKETS, INC.,** | * |
| **Defendant.** | * |

## MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Food Giant Supermarkets, Inc., Defendant in the above-styled cause, by and through counsel, and pursuant to FED. R. CIV. P. 56 respectfully moves this Court to enter summary judgment in its favor and dismiss any and all claims asserted against it by Plaintiff Crystal Seaman, on the grounds that there is no genuine issue as to any material fact for a jury to resolve and that the Defendant is entitled to judgment in its favor as a matter of law.

This motion is based upon the Defendant's separately filed brief in support of this motion for summary judgment containing the narrative statement of undisputed facts pursuant to Rule 56, all other matters of record and pleadings filed herein, and the exhibits attached to the Notice of Filing.

WHEREFORE the above-premises considered, the Defendant respectfully requests that this Court enter summary judgment in its favor on all counts of Plaintiff's Complaint and that this Court dismiss it from this action, with prejudice.

Respectfully submitted,

<u>s/M. WARREN BUTLER</u>
s/M. WARREN BUTLER
BUTLM3190
ASB-3190-R56M
RICHARD B. JOHNSON
J0HNR8700
ASB-8700-I65-J
Attorneys for Defendants
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
Phone: (251) 441-8229
Fax: (251) 433-1820
E-mail:   MWB@lpclaw.com

Of Counsel:

Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
(251) 441-8229

<u>CERTIFICATE OF SERVICE</u>

  I do hereby certify that I have on this 14th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

David J. Harrison, Esq.
P. O. Box 994
Geneva, AL   36340

<u>s/M. WARREN BUTLER</u>
s/M. WARREN BUTLER
BUTLM3190
ASB-3190-R56M
RICHARD B. JOHNSON
J0HNR8700
ASB-8700-I65-J
Attorneys for Defendant
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
Phone: (251) 441-8229
Fax: (251) 433-1820
E-mail:   MWB@lpclaw.com