## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CRYSTAL SEAMAN,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   Case Number: 2:05-CV-00414-T |
| | * |
| **FOOD GIANT SUPERMARKETS, INC.,** | * |
| | * |
| **Defendant.** | * |

### NOTICE OF FILING

**COMES NOW** Food Giant Supermarkets, Inc., Defendant in the above-styled cause, and hereby gives notice of the filing of the following evidence in support of its motion for summary judgment:

1. Exhibit A: Depo. excerpts of Crystal Seaman, pp. 25-27, 29-31, 32, 39, 40, 75-76.

2. Exhibit B: Plaintiff's response to Defendant's Interrogatory no. 4.

3. Exhibit C: Depo. excerpts of Robert Seaman, pp. 9-23, 26.

4. Exhibit D: Affidavit of Marcy Reid.

          Respectfully submitted,

          s/M. WARREN BUTLER
          s/M. WARREN BUTLER
          BUTLM3190
          ASB-3190-R56M
          RICHARD B. JOHNSON
          J0HNR8700
          ASB-8700-I65-J
          Attorneys for Defendants
          Lyons, Pipes & Cook, P.C.

        P. O. Box 2727
        Mobile, AL  36652
        Phone: (251) 441-8229
        Fax: (251) 433-1820
        E-mail:  MWB@lpclaw.com

Of Counsel:

Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL  36652
(251) 441-8229

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 14th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

David J. Harrison, Esq.
P. O. Box 994
Geneva, AL  36340

        s/M. WARREN BUTLER
        s/M. WARREN BUTLER
        BUTLM3190
        ASB-3190-R56M
        RICHARD B. JOHNSON
        J0HNR8700
        ASB-8700-I65-J
        Attorneys for Defendant
        Lyons, Pipes & Cook, P.C.
        P. O. Box 2727

        Mobile, AL   36652
        Phone: (251) 441-8229
        Fax: (251) 433-1820
        E-mail:   MWB@lpclaw.com