```
1           IN THE UNITED STATES DISTRICT COURT
2              MIDDLE DISTRICT OF ALABAMA
3                   NORTHERN DIVISION
4
5   CRYSTAL SEAMAN,            )       ORIGINAL
6       Plaintiff,             )
7   Vs                         )    CASE NO.:
8   FOOD GIANT SUPERMARKETS,)      2:05-CV-00414-T
9   INC.,                      )
10      Defendant.             )
11
12
13
14
15        The deposition of ROBERT SEAMAN taken
16  pursuant to the Alabama Rules of Civil
17  Procedure before Anna S. Padgett, Court
18  Reporter and Notary Public, State at Large,
19  at the Law Office of Charles W. Blakeney, 201
20  North Commerce Street, Geneva, Alabama on the
21  19th day of July, 2005, commencing at
22  approximately 12:00 a.m.
23
24
25
```

|   |   |
|---|---|
| 1 | holding on to it, it just did that with her. |
| 2 | Q   The back end lifted up? |
| 3 | A   Right. |
| 4 | Q   Did it hit her at any point, the back |
| 5 | end of the buggy? |
| 6 | A   Not that I know of, no. |
| 7 | Q   And you say she came on to the car.  I |
| 8 | guess she went around to the back of the car? |
| 9 | A   The back of the truck -- pickup truck. |
| 10 | Q   And unloaded the groceries? |
| 11 | A   Uh-huh. |
| 12 | Q   Okay.  And she put the groceries in the |
| 13 | back of the truck? |
| 14 | A   Right. |
| 15 | Q   Okay.  And what did she tell you when |
| 16 | she got in the truck? |
| 17 | A   That she had hurt her arm when she hit |
| 18 | that hole. |
| 19 | Q   And after she got back into the car |
| 20 | what did y'all do next? |
| 21 | A   We headed home. |
| 22 | Q   Okay.  Did you ever go look at the hole |
| 23 | after the accident? |
| 24 | A   Yes, I did.  A matter of fact it was |
| 25 | about a week later, I went back to the store |

```
 1   and the hole was still there.  And it really
 2   frustrated me because we had done called them
 3   and let them know about the hole.
 4       Q   Was that the first time you looked at
 5   the hole?
 6       A   Yes.  I believe most of the time they
 7   had it covered with a carpet or something of
 8   that nature.
 9       Q   And you said that was about a week
10   after the accident when you first looked at
11   the hole?
12       A   Yes, sir.
13
14              (Whereupon, Defendant's Exhibit
15              Number 2 was marked for
16              identification and same is
17              attached hereto.)
18
19       Q   I am going to mark this as Defendant's
20   Exhibit 2.  And it's the same picture I
21   showed your wife a little while ago.  When
22   you went back a week later, where was the
23   hole?  I'm going to show you -- this is
24   coming out of the store.
25       A   It would have been on the right side.
```

```
 1      Q   The right side?
 2      A   Yes, sir, going into the store -- going
 3  up to the store it would have been on the
 4  right.  Coming out of the store it would have
 5  been on the left.
 6      Q   Coming out of the store it would have
 7  been on the left?
 8      A   Yes, sir.
 9      Q   How far over to the left?
10      A   It was right there by the doorway.
11  Pretty much where the door would stop
12  opening, it was right in line with that.
13      Q   All right.  Was your wife with you at
14  the time that you went back out there?
15      A   Yes.
16      Q   And she showed it was on the left side
17  as you were coming out of the store?
18      A   Uh-huh.
19      Q   Okay. And did you see it in that
20  picture anywhere?
21      A   That hole is familiar right there.  It
22  looks familiar to me right there.
23      Q   This one that's at the top part of the
24  ramp?
25      A   Right.  Because it was where the
```

```
 1   concrete and the asphalt met.  I remember
 2   that.
 3        Q   Okay.  Well, take a closer look.  Now,
 4   the concrete -- you mean, the sidewalk and
 5   the ramp where it met or where the --
 6        A   Uh-huh.  Right.
 7        Q   And your wife was with you when you
 8   were looking at this?
 9        A   Yes.  I want say she was.
10        Q   Did you take any pictures while you
11   were there?
12        A   I was wanting too, but I didn't have
13   the camera.  And then when I got back home to
14   get it didn't have film, so I got messed up
15   on that all the way around.
16        Q   Okay.  When you went back out there --
17   was there a mat over it when you went?
18        A   Not the second time that I remember,
19   no.  It was still open.
20        Q   Okay.  And what did y'all do after
21   y'all left on the day of the accident?
22        A   Well, we went home like I said and got
23   the groceries out.  And I wobbled in there
24   and sat on the chair -- recliner and propped
25   my leg back up because my swelling was
```

```
 1    starting to get bad again.  And pretty much
 2    that was about it other than I believe she
 3    put ice on her arm.
 4        Q   Okay.  And what happened on the next
 5    day after the accident?
 6        A   She kept complaining about the arm
 7    bothering her.  And I told her, I said, You
 8    might need to call down to the store and talk
 9    to the manager down there and let them know
10    what's happened while we're still on this
11    24-hour basis and see what they recommend
12    before we do anything on our own.  So she
13    called down there and spoke to the manager.
14    What all was said on the phone, I don't know.
15    The next thing I know, she said, Baby, they
16    told me I could go to the doctor up there in
17    town -- in Florala.  And I said, okay.  Well
18    let's get you up there.
19        Q   Okay.  Had you ever shopped at this
20    store before?
21        A   Yes, sir.
22        Q   Have you ever noticed any problem with
23    the ramp prior to this accident?
24        A   No, I didn't.
25        Q   Okay.  You didn't go in the store on
```

```
 1   the day of the accident?
 2        A    No, I stayed outside.
 3        Q    You couldn't walk at the time?
 4        A    Right.  Well, I could move but it was
 5   barely.
 6        Q    Right.
 7        A    It's hard to describe.  I had to use a
 8   hand crutch and all of that.
 9        Q    Do you know of any other accidents that
10   have occurred at that store?
11        A    No.
12        Q    All right.  Have you talked to any
13   employees at the store since the accident or
14   before?
15        A    No.
16        Q    Have you spoken with anybody else about
17   this accident besides your attorneys or your
18   wife?
19        A    No.
20        Q    Okay.  And since the accident, I guess,
21   describe to me what activities your wife can
22   no longer participate in or any changes that
23   you've seen.
24        A    Okay.  That's pretty easy.  I have to
25   take the clothes out for her.  I have to pull
```

```
 1   the garbage up.  When it comes to heavy pots
 2   and pans on the stove, I have to help her
 3   with that.
 4       Q   I'm sorry.  What was the first one you
 5   said?
 6       A   Clothes -- taking clothes, yeah.
 7       Q   Taking clothes where?
 8       A   Out to the line to hang up, trying to
 9   save energy.  The fuel is eating us up.
10       Q   I imagine so in your profession.
11       A   And like I said, hot stuff on the
12   stove, smoky stuff, getting stuff out of the
13   oven for her because she is real tender now
14   to drop stuff.
15       Q   What kind of stuff have you seen her
16   drop?
17       A   I seen her drop mayonnaise one time at
18   the Piggly Wiggly in Opp, glasses of tea, you
19   know, Sprite, stuff like that she would drop.
20       Q   What other activities cause her to be
21   sloppy?  And let me -- I'll tell you the same
22   way I told her.  I need to know everything --
23   if this case went to trial and you were going
24   to tell the jury how her accident has
25   affected her or you.
```

```
 1    A    Certain ways I can't grab her now.  If
 2  I do she'll let me know right quick.
 3    Q    On the arm?
 4    A    Yes.  If I go to hug her and she ain't
 5  got her arms up, I'll -- you know.
 6    Q    Okay.
 7    A    Certain ways at night that I sleep with
 8  her.  She has to stay over on her left side
 9  because she can't lay on her right, so when I
10  go to hold her at nights sometimes I'll wake
11  her up because I grabbed her arm in the
12  sleep, you know.  Probably numerous things,
13  but sitting here trying to think of them all
14  right now -- of course, anything -- bringing
15  groceries from the store in and out, I have
16  to help her with anything heavy.  I mean, I
17  give her the light stuff, but I tote the
18  heavy stuff.
19    Q    All right. Prior to the accident would
20  you help her around the house?
21    A    Oh, yeah.  Between that and our two
22  younguns they help too, so.
23    Q    And I don't want to pry too much but we
24  got into -- with your wife we got into sexual
25  relations.  Are y'all still able to have sex?
```

```
 1      A    Yeah.
 2      Q    All right.  Just anything else that you
 3   can think of that you would tell a jury,
 4   that's what I'm asking about.  So if there is
 5   anything else --
 6      A    Besides the complaining, I mean, I put
 7   up with that.
 8      Q    Yeah.  Now, come on, she complained
 9   before the accident, didn't she?
10      A    Yeah, about things I did though.  Not
11   what she was doing.  Brushing her hair -- I
12   have to brush her hair sometimes for her.
13      Q    What complaints does she have in
14   regards to her arm?  How has she related
15   those to you about how it hurts?
16      A    To touch -- she don't even like for me
17   to touch it.  Even though it's cold and
18   she'll ask me to put my hand on it and she
19   will still pull away from me when I touch
20   her.  Just a throb.  Sometimes it's sensation
21   she gets running up and down her arm, you
22   know.
23      Q    Is there any area of the arm that she
24   relates hurts more than the other part?
25      A    Well, she talks about her two fingers
```

1  and her hand and up through her wrist like.
2  And then, of course, in the elbow.
3      Q   Okay.  Are there any hobbies y'all had
4  prior to the accident that y'all no longer
5  participate together in?
6      A   Yeah.  We try to fish, but hunting and
7  fishing was our two most popular things.  But
8  hunting, last year she didn't do much at all
9  with me.
10     Q   Like did she do any hunting?
11     A   No.  She went riding with me.  Well,
12 she went and sat in the woods with me, but I
13 mean as far as me putting her out on the
14 stand and all to hunt, no.
15     Q   Prior to the accident was she an active
16 participant in the hunting?
17     A   Yeah.  I could pretty well put her
18 somewhere and leave her.
19     Q   Did she kill anything?
20     A   No, I don't think she never did.
21     Q   And you say fishing as well?
22     A   Yeah.
23     Q   Is she able to fish still with you?
24     A   I have to cast it for her and she can
25 sit there with it, you know.

```
 1      Q    Does she reel fish any since the
 2   accident?
 3      A    No.
 4      Q    Did she reel fish any before the
 5   accident?
 6      A    Yeah.  Always the bigger one too.
 7      Q    And you're from Florida?
 8      A    Yes, sir.
 9      Q    Where in Florida?
10      A    Valkaria.  (Phonetics.)
11      Q    Okay.  How long have you lived in this
12   area?
13      A    About four-and-a-half years now.
14      Q    All right.  Y'all live in Opp right
15   now?
16      A    Right.
17      Q    And I think your wife said she had a
18   history of depression and anxiety?
19      A    Uh-huh.
20      Q    And how long have y'all been married?
21      A    Right at 17 years.
22      Q    17 years.  Okay.  And she told me that
23   -- related to this accident, she started
24   taking Xanax for anxiety?
25      A    Yeah.
```

1  Q  I guess anxiety slash depression.  And
2 she told me in the early '90s she was also on
3 -- I think it was a couple of different
4 medications she was on for depression.  Do
5 you recall that?
6  A  Yeah, vaguely.  I couldn't tell you
7 what it was or -- you know, how much she took
8 and all of that, I couldn't tell you.  That
9 was a long time ago.
10  Q  Okay.  Do you know what that was
11 related to with the depression at that point
12 in time -- early '90s?
13  A  I think it was just the crisis of me
14 losing my father's home and his stuff.
15  Q  Okay.  And since the early '90s, but
16 before this accident, was there any other
17 time she had any episodes of depression or
18 anxiety?
19  A  No.  Not that I know of.
20  Q  Okay.  And when was the first time, I
21 guess, that the depression and anxiety came
22 back up after this accident?
23  A  Basically worried about the schooling.
24 She was real worried and concerned, when she
25 did get the job, would she be able to perform

```
 1   on it.  And what to tell on the applications,
 2   you know.
 3       Q   What do you mean to tell on the
 4   applications?
 5       A   Well, you know, some applications you
 6   have where they ask about prior injuries and
 7   so forth on jobs and stuff like that.  And
 8   she just didn't know -- you know, all of
 9   these things were going through her mind and
10   she was trying to learn her books, too.
11       Q   Was there anything else in her life, at
12   that point in time, that could have caused
13   depression and anxiety besides the injury?
14       A   Besides my hardship and not being able
15   to work at that time.
16       Q   You weren't able to work at that time?
17       A   No.
18       Q   Okay.  Why?  Because of your surgery?
19       A   Right.
20       Q   Were you receiving disability?
21       A   Workman's comp, right.
22       Q   But it was not as much as you were
23   receiving before?
24       A   No.  Oh, no.
25       Q   And did that cause an economic strain,
```

```
 1   I guess, with the family?
 2       A   Yes.  Yes, it did.  The kids needed
 3   things and we didn't have the means to do it.
 4       Q   Anything else you can think of about
 5   that time?
 6       A   No, sir.
 7       Q   I may have asked you this already.  Did
 8   y'all talk about this accident with any other
 9   friends or family?
10       A   No.
11       Q   And you haven't talked to any store
12   employees or managers?
13       A   No, sir.
14       Q   Okay.  Do you know of any other
15   accidents your wife has been involved in
16   either before or after?
17       A   None that I have seen personally, no.
18       Q   Okay.
19       A   Well, there was one.  I think she broke
20   her foot picking up my payroll one time -- on
21   my boss's steps, of all places.
22       Q   Y'all didn't file a claim?
23       A   No.
24       Q   I'm probably about done.  And how did
25   you know that the hole was on the left
```

```
 1    side -- the subject hole that y'all are
 2    referring to was on the left side of the
 3    ramp?
 4        A    Coming out of the store, yes, sir.
 5        Q    And that's coming out of the store down
 6    the ramp it was on the left side?
 7        A    Yes, sir.
 8        Q    And how did you know it was there?
 9        A    When she run into it, that's when it
10    brought it to our attention.
11        Q    Okay.  I'm talking about on the date
12    you went back out there.  The first time you
13    went back out there to look at it, how did
14    you know it was on the bottom left side?
15        A    I saw it with my own eyes.
16        Q    When it happened the first time?
17        A    Yeah.  And I saw it when I went back
18    the second time because I said, Wow, they
19    ain't even fixed the hole yet.
20        Q    Okay.  Can you describe the hole for
21    me?
22        A    It was just where you could tell where
23    the asphalt and the concrete mixture there or
24    something just didn't bond.  And water got
25    into it and started washing it away and
```

```
 1      Q   I guess, if you were watching where
 2   you're walking on the way in, could you have
 3   seen it?  Was it that visible?
 4      A   On the way in but not on the way out --
 5   not pushing a buggy.
 6      Q   Are you saying you couldn't see it
 7   because you were pushing a buggy?
 8      A   Right.  It would have you blinded from
 9   it.
10      Q   Right.  But on the way in you could see
11   it, I guess, if you were looking at the
12   ground  walking in?
13      A   If you was paying attention, yes.
14      Q   And you had never seen it before?
15      A   That I can recall, no.
16      Q   And you don't know how it got there?
17      A   No, sir.
18      Q   Okay.  Or how long it had been there?
19      A   No, sir.
20      Q   How long after this accident did you go
21   back to work, or after this accident did you
22   go back to work?
23      A   Well, it was a while back.  I guess it
24   was about --
25      Q   This happened on April of 2003.
```