IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL SEAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-414-T |
| | ) | |
| FOOD GIANT SUPERMARKETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of Defendant's *Motion for Summary Judgment*, filed September 14, 2005, with supporting brief and submissions (Docs. 11 and 12), it is **ORDERED** that Plaintiff shall file a response not later than October 14, 2005, to show any cause why the *Motion* should not be granted. The Defendant shall have until October 28, 2005 to file any reply they may wish to file. The Motion shall be submitted thereafter without oral argument.

DONE this 16th day of September, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE