# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| VS. | *   CASE NO. 2:05-CV-414-T |
| | * |
| FOOD GIANT SUPERMARKETS, INC., | * |
| | * |
| DEFENDANT. | * |

## NOTICE OF FILING

COMES NOW, the Plaintiff, Crystal Seaman, by and through her undersigned attorney gives notice of the filing of the following evidence in opposition to the Defendant's Motion for Summary Judgment:

1. Exhibit A:   Excerpts from the Deposition of Crystal Seaman.

2. Exhibit B.   Plaintiff's Response to Defendant's Interrogatory numbered 5.

3. Exhibit C:   Excerpts from the Deposition of Robert Seaman.

Respectfully submitted this the ___14___ day of October, 2005.

_____
Charles W. Blakeney, BLA068
Attorney for Plaintiff
Post Office Box 100
Geneva, Alabama 36340
334-684-2387

## CERTIFICATE OF SERVICE

I hereby certify that on the ___14___ day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification such filing to Hon. M. Warren Butler, Hon. David J. Harrison, and Hon. Richard Brantley Joh

_____
Charles W. Blakeney