IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

COPY

CRYSTAL SEAMAN, )
Plaintiff, )
Vs ) CASE NO.:
FOOD GIANT SUPERMARKETS, ) 2:05-CV-00414-T
INC., )
Defendant. )

The deposition of CRYSTAL SEAMAN taken pursuant to the Alabama Rules of Civil Procedure before Anna S. Padgett, Court Reporter and Notary Public, State at Large, at the Law Office of Charles W. Blakeney, 201 North Commerce Street, Geneva, Alabama on the 19th day of July, 2005, commencing at approximately 12:00 a.m.

A Oh, no.

Q And this accident happened in 2003 -- April?

A It was April 25th. I remember that.

Q Okay. I guess, just in your own words tell me what happened.

A I had went into the grocery store to buy a few things. I was coming back out. I had maybe three of the little plastic bags in my buggy. They weren't full, full, you know.

And I came back out and I had the buggy and I was looking out at the truck. And when I came down the ramp, where the ramp connects with the pavement of the parking lot, the buggy came up on end and jammed my arm. And when it did it came up like this and I ran into it. And before it could completely hit the ground I stepped back and lowered it down and I backed up to see what happened. And that was when I saw the hole and I went around and went to the truck and put my stuff in the truck. My husband asked me what was wrong and then I told him and we went home.

Q Was your wrist -- was it hurting you after the accident?

A Oh, yes, sir. It was hurting me right then. It started hurting right then.

Q Okay. And as you were going down the ramp, what part of the buggy got in the hole?

A Like the front -- the wheels I believe -- I want to say it was the right-hand wheel that went into the hole and the buggy kind of came up like this.

Q The right front wheel?

A Right.

Q Okay. And you say the buggy popped up?

A Yes.

Q And your body ran into it?

A Right.

Q And I guess you were holding it on the handle bars?

A Right. Because I took another step. You know, when the buggy stopped, I automatically had taken another step and kind of bumped into it. But when I stepped back, you know, I lowered it back down.

Q Okay. Did your body hit your elbow and then you ran into it? I'm trying to see how your body would have hit it?

A When I say my body hit it, I mean when

the buggy up-ended, being that I'm so big, you know, part of the buggy came up and touched me. I mean, it didn't hurt, you know, here, but, I mean, my wrist was hurting automatically. You know what I'm saying, I wasn't bruised from the buggy hitting me.

Q What motion did your wrist go in once you --

A I'm not -- it happened so quick. But I know my hands were on the buggy and when the buggy went up in the hole I was holding on to the plastic handle and it kind of jammed both of my wrists up and over like this. And the buggy just stopped.

Q Okay. Did you at any point let go of the buggy?

A No. I just automatically stepped back. I mean, when I stepped back I let go and it kind of bounced, you know, but --

Q Did the rear wheels leave the ground?

A Yes. The ones closest to me, yes.

Q All right. And what about your left wrist, did it go up as well?

A No. It didn't hurt my left wrist, I guess -- I don't know if it was because I was

moving to the left and seeing the hole.

Q And, again, you're sure it didn't get stuck on this top part of the ramp?

A Yes, sir, I am.

Q Okay. And did you look at hole after the accident?

A After I hit it, yes, sir.

Q How big was it? Can you describe that?

A It was probably five inches around, maybe four. I would say it was at least a couple inches deep.

Q Was it kind of like an indentation in the ramp?

A No. It was like the asphalt, where they joined, it had busted out.

Q Okay.

A I mean, you know how the asphalt on the road will do from trucks, it just busted out or that's what it looked like.

Q So it actually wasn't the ramp, it was after you got off the ramp -- it was a hole in the parking lot?

A Part of the hole was on the ramp.

Q Okay. Was it at the meeting point of the ramp and the parking lot?

A You're asking me which had more of the hole?

Q But there was hole -- I mean, I'm asking you was the hole on the ramp and in the parking lot?

A I believe. And that's been covered. That wasn't like that.

Q What wasn't like that?

A There was a hole there.

Q Oh, okay. On the bottom right. Okay. How often do you shop at this grocery store?

A At the time I was probably there at least once a week, I guess.

Q Once a week. Was there a certain day you would normally go?

A No. It wasn't my regular grocery store. I mean, I just popped in and out. It was convenient.

Q Where is your regular grocery store?

A At the time it was IGA in Opp. Actually, it still is.

Q Why would you pop into this grocery store?

A Convenience. It was just convenient. I lived in Hacoda at the time. It was a few

interrogatories you mentioned a mat or a carpeted mat that was -- I think you said it was actually on the ramp?

A Yes, sir.

Q And had you seen that there on prior occasions?

A The mat?

Q Yes.

A Yes, sir. I want to say it was red. I think it was a red carpet.

Q Would it cover the entire ramp?

A Yes, sir. It -- I'm not specifically sure of the length, but it went from probably parked way up on the sidewalk down to the bottom of the ramp or a little farther.

Q Okay. Was it as wide as the ramp or was it just down the middle?

A No. I believe it was pretty much as wide as the ramp, if I recall. It's been a while though. It was a pretty good-size rug.

Q And you're aware of no other accidents on that ramp?

A Right.

Q Or anywhere at the store?

A Right.

Q It's your position that someone at the store knew about the hole prior to your accident?

A I can't prove that, but someone should have known. There was only one door. There is one door in and one door out.

Q Okay. Would you agree that if no other accidents had ever occurred there there might not be a reason for someone to realize there was a problem?

A No, sir, I wouldn't agree with that.

Q Okay. Why should they have realized there was a problem?

A Because someone swept that sidewalk every day. I mean, those rugs were picked up and shook off. They brought buggies in and out of that door every day. Someone should have known.

Q But you went there once a week and you had never seen the hole before; is that correct?

A No, sir.

Q Did you know Dr. Beranek before this accident?

A I had done surgery with Dr. Beranek

you from seeing it on your way out?

A The buggy was in front of me.

Q But you couldn't see through the buggy -- the holes in the buggy?

A No, sir because the bags were -- and I wasn't looking down. I mean, I was looking out at the parking lot to see if anybody was coming.

Q If you had of been looking down, do you think you could have seen it on your way out?

A Probably.

Q Do you know why you didn't see it on the way in?

A No, sir. I have no -- probably because I wasn't looking down.

Q But if you would have been looking down on the way in you could have seen it?

A I don't know.

Q Did you see a carpeted mat on the day of the accident?

A Yes, sir.

Q And where was it?

A Rolled up to the side of the soda machine off to my left.

Q Okay. Do you know how it got there?