IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CRYSTAL SEAMAN,                          *
                                         *
          Plaintiff,                     *
                                         *
vs.                                      *    Case Number: 2:05-CV-00414-T
                                         *
FOOD GIANT SUPERMARKETS, INC.,           *
                                         *
          Defendant.                     *

<u>NOTICE OF FILING</u>

**COMES NOW** Food Giant Supermarkets, Inc., Defendant in the above-styled cause, and hereby

gives notice of the filing of the following evidence in support of its Reply to Plaintiff's Brief in Opposition

to Defendant's Motion for Summary Judgment:

      1.      Exhibit A:      Deposition excerpts of Plaintiff: pp. 31, 32, 67, 68, 77-78.

Respectfully submitted,

s/M. WARREN BUTLER
s/M. WARREN BUTLER
BUTLM3190
ASB-3190-R56M
RICHARD B. JOHNSON
J0HNR8700
ASB-8700-I65-J
Attorneys for Defendants
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
Phone: (251) 441-8229
Fax: (251) 433-1820

E-mail:   MWB@lpclaw.com

Of Counsel:

Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
(251) 441-8229

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 24th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

David J. Harrison, Esq.
P. O. Box 994
Geneva, AL   36340

<u>s/M. WARREN BUTLER</u>
s/M. WARREN BUTLER
BUTLM3190
ASB-3190-R56M
RICHARD B. JOHNSON
J0HNR8700
ASB-8700-I65-J
Attorneys for Defendant
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
Phone: (251) 441-8229
Fax: (251) 433-1820
E-mail:   MWB@lpclaw.com

2

3