DEFENDANT'S
EXHIBIT

A

1

1       IN THE UNITED STATES DISTRICT COURT

2           MIDDLE DISTRICT OF ALABAMA

3              NORTHERN DIVISION

4

5   CRYSTAL SEAMAN,            )        **ORIGINAL**

6      Plaintiff,              )

7   Vs                         )     CASE NO.:

8   FOOD GIANT SUPERMARKETS,)     2:05-CV-00414-T

9   INC.,                      )

10     Defendant.              )

11

12

13

14

15           The deposition of CRYSTAL SEAMAN

16   taken pursuant to the Alabama Rules of Civil

17   Procedure before Anna S. Padgett, Court

18   Reporter and Notary Public, State at Large,

19   at the Law Office of Charles W. Blakeney, 201

20   North Commerce Street, Geneva, Alabama on the

21   19th day of July, 2005, commencing at

22   approximately 12:00 a.m.

23

24

25

31

1    A    You're asking me which had more of the

2  hole?

3    Q    But there was hole -- I mean, I'm

4  asking you was the hole on the ramp and in

5  the parking lot?

6    A    I believe.  And that's been covered.

7  That wasn't like that.

8    Q    What wasn't like that?

9    A    There was a hole there.

10    Q    Oh, okay.  On the bottom right.  Okay.

11  How often do you shop at this grocery store?

12    A    At the time I was probably there at

13  least once a week, I guess.

14    Q    Once a week.  Was there a certain day

15  you would normally go?

16    A    No.  It wasn't my regular grocery

17  store.  I mean, I just popped in and out.  It

18  was convenient.

19    Q    Where is your regular grocery store?

20    A    At the time it was IGA in Opp.

21  Actually, it still is.

22    Q    Why would you pop into this grocery

23  store?

24    A    Convenience.  It was just convenient.

25  I lived in Hacoda at the time.  It was a few

```
 1    miles up the road.
 2        Q    Okay.  Had you ever noticed any
 3    problems with this ramp before?
 4        A    No.
 5        Q    What about on your way into the store
 6    did you have any trouble going up the ramp?
 7        A    No, sir.  I didn't pay attention.  But,
 8    I mean, it wasn't something I was looking
 9    for, you know.
10        Q    Okay.  Have you heard of anyone else
11    having any problems with that hole?
12        A    No, sir.
13        Q    And you don't know how the hole was
14    created?
15        A    No, sir.
16        Q    Or how long it had been there?
17        A    No, sir.
18        Q    Did you speak with anyone after the
19    accident?
20        A    When I went to the truck, I spoke to my
21    husband.  Then, the next morning, we called
22    back to the store and I spoke to -- I believe
23    her name was Marcy.  I'm not positive.  She
24    was the manager.
25        Q    You called on the phone?
```

1    interrogatories you mentioned a mat or a

2    carpeted mat that was -- I think you said it

3    was actually on the ramp?

4        A    Yes, sir.

5        Q    And had you seen that there on prior

6    occasions?

7        A    The mat?

8        Q    Yes.

9        A    Yes, sir.  I want to say it was red.  I

10   think it was a red carpet.

11       Q    Would it cover the entire ramp?

12       A    Yes, sir.  It -- I'm not specifically

13   sure of the length, but it went from probably

14   parked way up on the sidewalk down to the

15   bottom of the ramp or a little farther.

16       Q    Okay.  Was it as wide as the ramp or

17   was it just down the middle?

18       A    No.  I believe it was pretty much as

19   wide as the ramp, if I recall.  It's been a

20   while though.  It was a pretty good-size rug.

21       Q    And you're aware of no other accidents

22   on that ramp?

23       A    Right.

24       Q    Or anywhere at the store?

25       A    Right.

68

1    Q    It's your position that someone at the

2    store knew about the hole prior to your

3    accident?

4    A    I can't prove that, but someone should

5    have known.  There was only one door.  There

6    is one door in and one door out.

7    Q    Okay.  Would you agree that if no other

8    accidents had ever occurred there there might

9    not be a reason for someone to realize there

10   was a problem?

11   A    No, sir, I wouldn't agree with that.

12   Q    Okay.  Why should they have realized

13   there was a problem?

14   A    Because someone swept that sidewalk

15   every day.  I mean, those rugs were picked up

16   and shook off.  They brought buggies in and

17   out of that door every day.  Someone should

18   have known.

19   Q    But you went there once a week and you

20   had never seen the hole before; is that

21   correct?

22   A    No, sir.

23   Q    Did you know Dr. Beranek before this

24   accident?

25   A    I had done surgery with Dr. Beranek

1   A   No, sir.

2   Q   Do you have an idea about why the mat

3   was there?

4   A   No, sir.

5   Q   I mean, do they usually have it over

6   the ramp?

7   A   No, sir.

8   Q   What do you hope to get out of this

9   lawsuit?

10   A   I don't know.  I think I should be -- I

11   think the wrongs against me should be

12   rectified.

13   Q   And what are the wrongs against you?

14   A   I wouldn't be here if there wasn't a

15   hole there.  Someone should have known it was

16   there.

17   Q   But you don't know who that someone is?

18   A   No, sir.  I -- if I had to make an

19   assumption, pretty much anyone that worked

20   there.

21   Q   And you're assuming they should have

22   seen the hole and known it was there?

23   A   Yes, sir.  I mean, that's an

24   assumption, but if you go in and out the same

25   door every day, you ought to know.  I mean,

1    if you walk in and out of your office every

2    day and there is a step there, you know that.

3        Q    But prior to the accident, you had been

4    in there once a week at least?

5        A    Something like that.  Maybe once every

6    week and a half or something, but I mean -- I

7    hadn't -- there was a carpet there, you know.

8        Q    Do you know for sure if the carpet was

9    always there?

10       A    I can't say always, but I know most of

11   the time when I went there it was there.

12       Q    Could it have been there on days that

13   it was raining?

14       A    I don't know.

15       Q    Just one second.  Do you believe

16   anybody at Food Giant did anything to

17   intentionally cause this accident?

18       A    No, sir.  I mean except -- I guess --

19       Q    To you?

20       A    No, not to me.  But I was going to say

21   if you're talking about in general, it would

22   be different.

23       Q    And what is it exactly you think they

24   did wrong?

25       A    They avoided their duties of keeping up