IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | * |
| PLAINTIFF, | * |
| VS. | *  CASE NO. 2:05-CV-414-T |
| FOOD GIANT SUPERMARKETS, INC., | * |
| DEFENDANT. | * |

**REPORT OF SETTLEMENT CONFERENCE**

*COMES NOW*, Charles W. Blakeney, attorney for the Plaintiff in the above-styled cause and submits this report of the parties settlement conference which was conducted via telephone conference on April 12, 2006.

Participating in said teleconference was Charles W. Blakeney for the Plaintiff and Richard Johnson for the Defendants. While counsel for the Plaintiff was able to offer the Defendants some figures for consideration, the discussion of settlement was limited because of the summary judgment motion is currently pending before the Court. The parties did agree that depending on the ruling on the current motion for summary judgment, mediation could be beneficial in this matter.

Submitted this the 19th day of April, 2006.

_____
Charles W. Blakeney, BLA068
Attorney for Plaintiff
Post Office Box 100
Geneva, Alabama 36340
334-684-2387

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Hon. M. Warren Butler, Hon. David J. Harrison, and Hon. Richard Brantley Johnson.

/s/ Charles W. Blakeney
_____
Charles W. Blakeney