IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL SEAMAN, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CASE NO. 2:05-CV-414-T |
| | * | |
| FOOD GIANT SUPERMARKETS, INC., | * | |
| | * | |
| DEFENDANT. | * | |

## PLAINTIFF'S WITNESS LIST

*COMES NOW* the Plaintiff, Crystal Seaman, by and through her undersigned attorneys, and presents this, her Witness List pursuant to the Order of Judge Delores Boyd, United States Magistrate Judge:

### I. INDIVIDUALS PLAINTIFF'S INTENDS TO CALL

1.  Crystal Seaman
    28045 Beulah Church Road
    Opp, Alabama 36467
    334-504-1759

2.  Robert Seaman
    28045 Beulah Church Road
    Opp, Alabama 36467
    334-504-1759

3.  Dr. Steven Beranek
    In the form of the deposition taken on December 29, 2005.

### II. INDIVIDUALS PLAINTIFF WILL CALL IF THE NEED ARISES

4.  Dr. Alan D Prince
    Dothan Neurodiagnostic Center, P.C.
    1800 Fairview Avenue, Suite 1
    Dothan, Alabama 36301
    334-793-1703

5.  Sherry Adams, R.N.
    Florala Memorial Hospital
    Post Office Box 189
    Florala, Alabama 36442
    334-858-2387

6.  Dr. O.D. Mitchum
    Wiregrass Medical Center
    1200 West Maple Avenue
    Geneva, Alabama 36340
    334-684-3655

Respectfully submitted this __2__ day of June, 2006.

_____
Charles W. Blakeney, BLA068
Attorney for Plaintiff
Post Office Box 100
Geneva, Alabama 36340
334-684-2387

## CERTIFICATE OF SERVICE

I hereby certify that on the __2__ day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Hon. M. Warren Butler, Hon. David J. Harrison, and Hon. Richard Brantley Johnson.

_____
Charles W. Blakeney