IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | * |
| PLAINTIFF, | * |
| VS. | *   CASE NO. 2:05-CV-414-T |
| FOOD GIANT SUPERMARKETS, INC., | * |
| DEFENDANT. | * |

**PLAINTIFF'S NOTICE OF DEPOSITIONS TO BE USED AT TRIAL**

*COMES NOW* the Plaintiff, Crystal Seaman, by and through her undersigned attorneys, and identifies the depositions that she intends to use at the trial of this matter, done as pursuant to the Order of Judge Delores Boyd, United States Magistrate Judge:

1. The Plaintiff intends to the use the entire deposition of Dr. Steven Beranek taken via telephone on December 29, 2005, and all attachments thereto.

Respectfully submitted this ____/____ day of June, 2006.

_____
Charles W. Blakeney, BLA068
Attorney for Plaintiff
Post Office Box 100
Geneva, Alabama 36340
334-684-2387

**CERTIFICATE OF SERVICE**

I hereby certify that on the ____/____ day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Hon. M. Warren Butler, Hon. David J. Harrison, and Hon. Richard Brantley Johnson.

_____
Charles W. Blakeney