IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL SEAMAN, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CASE NO. 2:05-CV-414-T |
| | * | |
| FOOD GIANT SUPERMARKETS, INC., | * | |
| | * | |
| DEFENDANT. | * | |

## PLAINTIFF'S EXHIBIT LIST

*COMES NOW* the Plaintiff, Crystal Seaman, by and through her undersigned attorneys, and presents this, her Exhibit List pursuant to the Order of Judge Delores Boyd, United States Magistrate Judge:

1. Insurance Statement from Ted's Pharmacy dated 06/14/05.

2. Statement from Larry's Prescriptions dated 06/14/05.

3. Wal-Mart Receipts for Prescriptions:
   a. dated 05/05/03
   b. dated 06/09/03
   c. dated 07/07/03
   d. dated 08/07/03
   e. dated 08/16/03
   f. dated 09/22/03
   g. dated 01/17/04
   h. dated 01/30/04
   I. dated 02/23/04
   j. dated 03/29/04
   k. dated 04/26/04
   l. dated 05/24/04
   m. dated 06/23/04
   n. dated 08/04/04.

4. Receipt from T & C Pharmacy dated 12/19/03.

5. Statement from Dothan Neurodiagnostic Center dated 11/12/04.

6. Statement from Dr. O.D. Mitchum dated 11/03/04.

7. Statement from Wiregrass Medical Center dated 10/28/94 (4 pages).

8.  Statement from Southeast Alabama Diagnostic Imagining dated 06/30/04.

9.  Statement from Florala Memorial Hospital dated 04/26/03.

10. Statement from Wiregrass Orthopaedics dated 05/06/04 (3 pages).

11. Prescription from Dr. Steven Beranek dated 07/13/05.

12. Records from Dothan Neurodiagnostic Center dated 06/13/03:
    a.  Findings
    b.  Nerve Conduction Study
    c.  Electromyographic Examination

13. Records from Wiregrass Medical Center Dated 04/30/03:
    a.  Emergency Room-Outpatient Record
    b.  Statement of Account
    c.  Conditions from Treatment
    d.  Radiology Report
    e.  Outpatient Physician Orders

14. Records from Wiregrass Medical Center dated 06/02/03:
    a.  Statement of Account
    b.  Emergency Room-Outpatient Record
    c.  Conditions for Treatment
    d.  Radiology Report
    e.  Outpatient Physician Orders

15. Records from Wiregrass Medical Center dated 12/17/03:
    a.  Conditions for Treatment dated 12/17/03
    b.  Emergency Room-Outpatient Record dated 12/19/03
    c.  History and Physical date 12/19/03
    d.  Nursing Interview and Assessment dated 12/17/03
    e.  Discharge Instructions dated 12/19/03
    f.  Outpatient Surgery Unit, Discharge Criteria dated 12/19/03
    g.  Patient Teaching/Discharge Planning dated 12/19/03
    h.  Billing Form dated 12/19/03
    I.  Laboratory Cumulative Report dated 12/18/03
    j.  Operative Report dated 12/19/03
    k.  Brief Postoperative Note dated 12/19/03
    l.  Doctor's Notes dated 12/19/03
    m.  Anesthesia Record dated 12/19/03
    n.  Anesthesia Evaluation Record dated 12/19/03
    o.  Outpatient Physician Order signed by Dr. Steven Beranek
    p.  Physical Order dated 12/19/03 (2 pages)
    q.  Preoperative Nursing Care Plan dated 12/17/03
    r.  Postoperative Nursing Care Plan dated 12/19/03
    s.  Intraoperative Care Plan dated 12/19/03
    t.  Nurses Notes dated 12/19/03

   u. Vital Signs Flow Sheet dated 12/19/03
   v. Preoperative Checklist dated 12/19/03
   w. Pre-registry for Surgery from Wiregrass Orthopaedics dated 12/17/03
   x. Outpatient Surgery Department
   y. Surgical or Procedure Consent dated 12/17/03
   z. Consent for Anesthesia Services dated 12/17/03 (2 pages)
   aa. Advance Directive Acknowledgment dated 12/17/03
   bb. Preoperative checklist dated 12/19/03
   cc. Letter from David Harrison on which Dr. Steven Beranek made handwritten note on 06/24/04
   ee. Operative Report dated 12/19/03 (signed by Dr. Steven Beranek)

16. Records from Florala Memorial Hospital dated 04/26/03:
   a. Emergency Room Statement
   b. Prescription
   c. Emergency Department Record-Instructions to Patient
   d. Promissory Note and Agreement (5 pages)

17. Employment Applications of Plaintiff
   a. LHC Group (6 pages)
   b. Horizon Health Network dated 03/18/05 (8 pages)
   c. Gentiva Health Services (5 pages)
   d. Horizon Health Network dated 03/17/05 (4 pages)

18. Records from Dr. O.D. Mitchum dated 2-27-06
   a. Practice Office Notes
   b. Statement

Respectfully submitted this ___1___ day of June, 2006.

*/s/ Charles W. Blakeney*
Charles W. Blakeney, BLA068
Attorney for Plaintiff
Post Office Box 100
Geneva, Alabama 36340
334-684-2387

## CERTIFICATE OF SERVICE

I hereby certify that on the ___1___ day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Hon. M. Warren Butler, Hon. David J. Harrison, and Hon. Richard Brantley Johnson.

*/s/ Charles W. Blakeney*
Charles W. Blakeney