```
Page 1           * * * * *   INSURANCE STATEMENT   * * * * *     Printed: Tuesday, June 14, 2005 11:15:31 AM

                                   Patient: CRYSTAL SEAMAN, 29045 BEULAH CHURCH ROAD, OPP, AL 36467-0000
                                   Statement Date Beginning 01/01/2003, Ending 06/14/2005

Rx #      Doctor           Drug                          NDC              Qty  Written      Fill Date    Refill   Price    Tax
==========================================================================================================================
659096    BERANEK, STEVE   XANAX 0.5 MG GENERIC GG       00781-1077-05    60   06/21/2004   06/21/2004   0        14.34    0.00
659096    BERANEK, STEVE   XANAX 0.5 MG GENERIC GG       00781-1077-05    60   06/21/2004   07/26/2004   1        14.34    0.00
659096    BERANEK, STEVE   XANAX 0.5 MG GENERIC GG       00781-1077-05    60   06/21/2004   08/24/2004   2        14.34    0.00
665863    BERANEK, STEVE   LORTAB 7.5 GENERIC            00591-0385-01    90   09/03/2004   09/03/2004   0        23.23    0.00
659096    BERANEK, STEVE   XANAX 0.5 MG GENERIC GG       00781-1077-05    60   06/21/2004   09/27/2004   3        14.34    0.00
665863    BERANEK, STEVE   LORTAB 7.5 GENERIC            00591-0385-01    90   09/03/2004   10/08/2004   1        23.23    0.00
659096    BERANEK, STEVE   XANAX 0.5 MG GENERIC GG       00781-1077-05    60   06/21/2004   10/27/2004   4        14.34    0.00
676148    BERANEK, STEVE   LORTAB 7.5 MG GENERIC         00591-0385-01    90   12/16/2004   12/16/2004   0        23.23    0.00
690212    BERANEK, STEVE   XANAX 0.5 MG GENERIC GG       00781-1077-05    60   01/24/2005   01/24/2005   0        14.34    0.00
690877    BERANEK, STEVE   LORTAB 7.5 GENERIC            00591-0385-01    90   01/28/2005   01/28/2005   0        23.23    0.00
690877    BERANEK, STEVE   LORTAB 7.5 GENERIC            00591-0385-01    90   01/28/2005   03/01/2005   1        23.23    0.00
690877    BERANEK, STEVE   LORTAB 7.5 GENERIC            00591-0385-01    90   01/28/2005   04/07/2005   2        23.23    0.00
690212    BERANEK, STEVE   XANAX 0.5 MG GENERIC GG       00781-1077-05    60   01/24/2005   04/29/2005   1        14.34    0.00
690877    BERANEK, STEVE   LORTAB 7.5 GENERIC            00591-0385-01    90   01/28/2005   05/05/2005   3        23.23    0.00
690212    BERANEK, STEVE   XANAX 0.5 MG GENERIC GG       00781-1077-05    60   01/24/2005   06/01/2005   2        14.34    0.00
690877    BERANEK, STEVE   LORTAB 7.5 GENERIC            00591-0385-01    90   01/28/2005   06/01/2005   4        23.23    0.00
                                                                                                   Totals       $300.56   $0.00
```

Pharmacist:
Store: TED'S PHARMACY
       P. O. BOX 27-405 N. MAIN
       OPP, AL 36467-0000

Federal tax ID: 63-0774053
Service Provider ID: 0113364

PLAINTIFF'S EXHIBIT 1

Blumberg No. 5113