```
PHARM NABP#BY###STORE #202 (090087) JU9/2004 63     LARRY'S PRESCRIPTIONS INC                    DATE/TIME - 06/14/2005 11:47am
                                                    PHARMACIST'S STATEMENT
                                                    10/08/2004 THRU 11/05/2004

PHARMACY NAME      LARRY'S PRESCRIPTIONS INC        LICENSE #        AL105990
ADDRESS            P.O. BOX 992                     FEDERAL TAX ID   6309/2583
CITY, ST ZIP       OPP             AL    36467      IRS #
TELEPHONE          (334) 493-3549

FAMILY NAME        SEAMAN, CRYSTAL                  TELEPHONE        (   ) 493-1113
ADDRESS            28045 BEULAH                     FAMILY ACCOUNT # 004813
CITY, ST ZIP       OPP             AL    36467

MEMBER NAME        SEAMAN, CRYSTAL                  BIRTHDAY         03/09/1970
MEMBER #           01                               SEX              F
SOCIAL SECURITY #  236 15 0086                      RELATION

RX-#   RFL  NDC-#         DRUG-DESCRIPTION           DOCTOR-NAME    RFL-DATE RPH/TCH QUAN DAY  3PTY#  PRICE-$  3PTY1-$  3PTY2-$  COST-$
556367      00406035805   HYDROCODONE/APAP 7.5/500  BERANEK,STEVE  11052004  LP      90   30    1     36.50                      36.50
554884      00406048401   ACETAMINOPHEN/COD #3 TABL NICHOLS,RUSSE  10082004  NP      15    2    1     10.82                      10.82
554883      00603388021   HYDROCO/APAP 2.5/500 QUAL NICHOLS,RUSSE  10082004  NP      10    2    1      6.78                       6.78
                                                                              MEMBER 01 TOTALS        54.10      .00      .00    54.10
```

I HEREBY CERTIFY THAT THESE DRUGS AND MEDICINES WERE DISPENSED TO THE ABOVE NAMED
PERSON(S) BY ORDER OF HIS (OR HER) PERSONAL PHYSICIAN.

PHARMACIST'S SIGNATURE _____  DATE 6-14-05

Blumberg No. 5113
PLAINTIFF'S
EXHIBIT
2