

```
WAL*MART
ALWAYS LOW PRICES.
Always.

         WE SELL FOR LESS
    MANAGER CHRISTOPHER WILLCOX
           ( 334 ) 684 - 3681

ST# 1063 OP# 00000626 TE# 40 TR# 08405
RX# 4476702      D38 QTY 1        16.78 D
   SEAMAN  CRYSTAL
                  SUBTOTAL        16.78
                     TOTAL        16.78
                  CASH TEND       20.00
                  CHANGE DUE       3.22

        # ITEMS SOLD 1

TC# 8835 1157 3279 9264 1361

      SEND MOM FLOWERS OR
   A PHOTO GIFT AT WALMART.COM!
    05/05/03        16:39:20
```

```
WAL*MART              (334) 684-2277
 PHARMACY       1608 WEST MAGNOLIA AVE
                  GENEVA,AL 36340-0000

SEAMAN,CRYSTAL            05/05/2003  NEW
766 N. 3RD AVE. HARTFORD,AL 36344
RX: 4476702    Ref # 3   QTY:24   DAW:0   DS: 4
NDC: 00406-0358-01        HYDROCO/APAP 7.5-500TAB MAL
MITCHUM,O.D.              NABP: 0120965

                                    Patient Pay   $16.78
```

# of Rx's ____
Insurance Card
Bag?    Y   N
Signature Required  N
05/05/2003 04:36:37 PM
Page No : 1  of 2

SEAMAN
CRYSTAL

```
WAL*MART              (334) 684-2277
 PHARMACY       1608 WEST MAGNOLIA AVE
                  GENEVA,AL 36340-0000

SEAMAN,CRYSTAL            05/05/2003  NEW
766 N. 3RD AVE. HARTFORD,AL 36344
RX: 4476702    Ref # 3   QTY:24   DAW:0   DS: 4
NDC: 00406-0358-01        HYDROCO/APAP 7.5-500TAB MAL
MITCHUM,O.D.              NABP: 0120965

                                    Patient Pay   $16.78
```

```
SEAMAN                        OC# 565 936 931 076 592
CRYSTAL
766 N. 3RD AVE. HARTFORD,AL 36344
         (334) 588-2011
05/05/2003                              4
RX: 4476702   Ref = 3
                                   479317 96400
$16.78
                                                    6

                              Priority: In Store
```

PLAINTIFF'S EXHIBIT 3a

# WAL★MART
### ALWAYS LOW PRICES.
### Always.

```
        WE SELL FOR LESS
    MANAGER CHRISTOPHER WILLCOX
          ( 334 ) 684 - 3681

ST# 1063 OP# 00000209 TE# 40 TR# 00490
RX# 4476702    D38 QTY 1        16.78 D
     SEAMAN CRYSTAL
LEAF JLLY RN 001070051851 F      1.50 J
                    SUBTOTAL    18.28
TAX 1   8.000 %                  0.12
                       TOTAL    18.40
                   CASH TEND    20.00
                  CHANGE DUE     1.60

         # ITEMS SOLD 2

    TC# 7958 0479 4669 0497 39

     SEND DAD ELECTRONICS OR A
    PHOTO GIFT FROM WALMART.COM!
           06/09/03    17:50:12
```

---

**SEAMAN**
**CRYSTAL**

Page No : 1  of 2

Signature Required  N
06/09/2003 05:47:39 PM

Total # of Rx's _____

Insurance Card
In Bag ?    Y    N

---

**SEAMAN**
**CRYSTAL**
766 N. 3RD AVE. HARTFORD,AL 36344
06/09/2003      (334) 588-2011
RX: 4476702      REF = 2

$16.78

OC# 465 936 931 076 593

4  79318 02671  0

4793180267 1

**Priority: In Store**

---

**WAL★MART** (334) 684-2277
**PHARMACY**   1608 WEST MAGNOLIA AVE
                GENEVA,AL 36340-0000

SEAMAN,CRYSTAL           06/09/2003    REFILL
766 N. 3RD AVE. HARTFORD,AL 36344
RX: 4476702   Ref # 2    DAW:0    DS: 4
NDC: 00406-0358-01    QTY:24  HYDROCO/APAP 7.5-500TAB MAL
MITCHUM,O.D.                    NABP: 0120965

                    Patient Pay    $16.78

---

**WAL★MART** (334) 684-2277
**PHARMACY**   1608 WEST MAGNOLIA AVE
                GENEVA,AL 36340-0000

SEAMAN,CRYSTAL           06/09/2003    REFILL
766 N. 3RD AVE. HARTFORD,AL 36344
RX: 4476702   Ref # 2    DAW:0    DS: 4
NDC: 00406-0358-01    QTY:24  HYDROCO/APAP 7.5-500TAB MAL
MITCHUM,O.D.                    NABP: 0120965

                    Patient Pay    $16.78

PLAINTIFF'S
EXHIBIT
3b

Blumberg No. 5113

# WAL★MART
## ALWAYS LOW PRICES.
### Always.

WE SELL FOR LESS
MANAGER CHRISTOPHER WILLCOX
( 334 ) 684 - 3681

```
ST# 1063 OP# 0000075! TE# 40 TR# 01984
RX# 4476702    D38 QTY 1       16.78 D
     SEAMAN CRYSTAL
ELBOW SUPP    004344243500      7.96 J
                     SUBTOTAL   24.74
         TAX 1  8.000 %          0.64
                        TOTAL   25.38
                    CASH TEND   26.00
                   CHANGE DUE    0.62
```

# ITEMS SOLD 2

TC# 5613 2664 0053 3673 2092

DROPPING HINTS HAS NEVER BEEN EASIER.
VISIT THE GIFT REGISTRY IN JEWELRY.
      07/07/03       10:17:06

---

WAL★MART PHARMACY
(334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA, AL 36340-0000

07/07/2003    REFILL
DAW: 0    DS: 4
SEAMAN, CRYSTAL    QTY: 24
766 N. 3RD AVE. HARTFORD, AL 36344
RX#: 4476702    Ref # 1    HYDROCO/APAP 7.5-500 TAB MAL
NDC: 00406-0358-01    NABP: 0120965
MITCHUM, O.D.
Patient Pay    $16.78

(repeated pharmacy label)

---

Priority: In Store

SEAMAN
CRYSTAL
766 N. 3RD AVE. HARTFORD, AL 36344
(334) 588-2011
07/07/2003    (334) 684-2277
RX#: 4476702    REF = 1

$16.78

OC# 565 936 931 076 592
4 79318 07370 7
47931807370

Total # of Rx's ____
Insurance Card    Y    N
In Bag?    Y    N

Signature Required    N
07/07/2003 10:09:42 AM ***
SEAMAN CRYSTAL
Page No : 1 of 2

PLAINTIFF'S
EXHIBIT
3c
Blumberg No. 5113

# WAL★MART®
### ALWAYS LOW PRICES.
### *Always.*

```
           WE SELL FOR LESS
      MANAGER CHRISTOPHER WILLCOX
            ( 334 ) 684 - 3681

ST# 1063 OP# 00000751 TE# 40 TR# 04163
RX# 4476702    D38 QTY 1       16.78 D
      SEAMAN CRYSTAL
               SUBTOTAL        16.78
                  TOTAL        16.78
               CASH TEND       20.00
               CHANGE DUE       3.22

       # ITEMS SOLD 1

TC# 2760 8366 4002 2935 8638

       FOR GREAT DEALS ON CRUISES
            CALL 800-984-9676
         08/07/03      17:03:20
```

**WAL★MART®**
PHARMACY
(334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA, AL 36340-0000

SEAMAN, CRYSTAL            08/07/2003   REFILL
RX: 4476702   Ref # 0   QTY: 24   DAW: 0   DS: 4
NDC: 00406-0358-01   HYDROCO/APAP 7.5-500TAB MAL
MITCHUM, O.D.         NABP: 0120965
                              Patient Pay   $16.78

**WAL★MART®**
PHARMACY
(334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA, AL 36340-0000

SEAMAN, CRYSTAL            08/07/2003   REFILL
RX: 4476702   Ref # 0   QTY: 24   DAW: 0   DS: 4
NDC: 00406-0358-01   HYDROCO/APAP 7.5-500TAB MAL
MITCHUM, O.D.         NABP: 0120965
                              Patient Pay   $16.78

Priority: Will Pick...

OC# 265 936 931 076 595
4  79318 13498   9
4793 1813498
$16.78

SEAMAN
CRYSTAL
766 N. 3RD AVE. HARTFORD, AL 36344
08/07/2003   (334) 588-2011
RX: 4476702    REF = 0

Total # of Rx's _____
Insurance Card _____
In Bag ?    Y    N

Signature Required   N
08/07/2003 04:35:14 PM
Page No : 1 of 3

SEAMAN
CRYSTAL

PLAINTIFF'S EXHIBIT 3d
Blumberg No. 5113

# WAL★MART®
### ALWAYS LOW PRICES.
*Always.*

```
           WE SELL FOR LESS
        MANAGER CHRISTOPHER WILLCOX
             ( 334 ) 684 - 3681

ST# 1063 OP# 00000508 TE# 40 TR# 04728
RX# 4477993    D38 QTY 1        17.46 D
     SEAMAN CRYSTAL
                      SUBTOTAL    17.46
                         TOTAL    17.46
                     CASH TEND    20.00
                   CHANGE DUE      2.54

        # ITEMS SOLD 1

       TC# 4414 0336 3995 5889 0160

        FOR GREAT DEALS ON CRUISES
              CALL 800-984-9676
           08/16/03      17:08:05
```

---

Priority: In Store

OC# 065 935 791 076 598

4 79318 15092 7    4793181509

$17.46

**SEAMAN**
**CRYSTAL**
766 N. 3RD AVE, HARTFORD, AL 36344
08/16/2003      (334) 588-2011
RX: 4477993    (334) 684-2277    REF = 0

Total # of Rx's
Insurance Card        Y
In Bag ?              N

Signature Required  N
08/16/2003 04:53:23 PM ***

Page No : 1 of 3

---

**WAL★MART® PHARMACY**
(334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA, AL 36340-0000

08/16/2003    NEW              DS: 20
SEAMAN,CRYSTAL
766 N. 3RD AVE, HARTFORD, AL 36344
RX: 4477993   Ref # 0   QTY: 60   DAW: 0   HYDROCO/APAP5-500MG TAB MAL
NDC: 00406-0357-05         NABP: 0120965
BERANEK,STEVEN R

Patient Pay    $17.46

**WAL★MART® PHARMACY**
(334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA, AL 36340-0000

08/16/2003    NEW              DS: 20
SEAMAN,CRYSTAL
766 N. 3RD AVE, HARTFORD, AL 36344
RX: 4477993   Ref # 0   QTY: 60   DAW: 0   HYDROCO/APAP5-500MG TAB MAL
NDC: 00406-0357-05         NABP: 0120965
BERANEK,STEVEN R

Patient Pay    $17.46

---

Blumberg No. 5113    PLAINTIFF'S EXHIBIT    3e

# WAL★MART
## ALWAYS LOW PRICES.
### Always.

WE SELL FOR LESS
MANAGER CHRISTOPHER WILLCOX
( 334 ) 684 - 3681

```
ST# 1063 OP# 00000751 TE# 40 TR# 06887
RX# 4478609   D38 QTY 1        17.46 D
        SEAMAN CRYSTAL
              SUBTOTAL      17.46
                 TOTAL      17.46
              CASH TEND     20.00
              CHANGE DUE     2.54

         # ITEMS SOLD 1

TC# 6714 0484 3895 5889 0160
```

DROPPING HINTS HAS NEVER BEEN EASIER.
VISIT THE GIFT REGISTRY IN JEWELRY.
   09/22/03        09:28:31

---

**WAL★MART PHARMACY**
(334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA,AL 36340-0000

SEAMAN,CRYSTAL          09/22/2003    NEW
783 GOPHER RIDGE RD  SAMSON,AL 36477
RX: 4478609   Ref # 1   DAW: 0   DS: 30
QTY: 60    HYDROCO/APAP5-500MG TAB MAL
NDC: 00406-0357-05    NABP: 0120965
BERANEK,STEVEN R

Patient Pay          $17.46

Signature Required  N
09/22/2003 09:22:16 AM ***
Page No : 1 of 3

Total # of Rx's _____
Insurance Card   Y   N
In Bag ?         Y   N

---

**SEAMAN**
**CRYSTAL**

SEAMAN
CRYSTAL
783 GOPHER RIDGE RD SAMSON,AL 36477
(334) 858-5904
09/22/2003      (334) 684-2277
RX: 4478609   REF = 1      $17.46

OC# 565 935 791 076 593
4 79318 21471  4793182147 1

**Priority: In Store**

---

**WAL★MART PHARMACY**
(334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA,AL 36340-0000

SEAMAN,CRYSTAL          09/22/2003    NEW
783 GOPHER RIDGE RD  SAMSON,AL 36477
RX: 4478609   Ref # 1   DAW: 0   DS: 30
QTY: 60    HYDROCO/APAP5-500MG TAB MAL
NDC: 00406-0357-05    NABP: 0120965
BERANEK,STEVEN R

Patient Pay          $17.46

PLAINTIFF'S
EXHIBIT
3F



**WAL★MART PHARMACY** (334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA,AL 36340-0000

SEAMAN,CRYSTAL            01/17/2004    NEW
28045 BERLAH CHURCH RD.  OPP,AL 36467
RX: 4480420    Ref # 1    QTY: 60    DAW: 0    DS: 30
NDC: 00378-4003-05    ALPRAZOLAM 0.5MG    TAB MYL
BERANEK,STEVEN R              NABP: 0120965
                    Patient Pay    $14.62

**WAL★MART PHARMACY** (334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA,AL 36340-0000

SEAMAN,CRYSTAL            01/17/2004    NEW
28045 BERLAH CHURCH RD.  OPP,AL 36467
RX: 4480420    Ref # 1    QTY: 60    DAW: 0    DS: 30
NDC: 00378-4003-05    ALPRAZOLAM 0.5MG    TAB MYL
BERANEK,STEVEN R              NABP: 0120965
                    Patient Pay    $14.62

Total # of Rx's _____
Insurance Card
In Bag ?           Y    N

SEAMAN CRYSTAL

Signature Required   N
         01/17/2004 02:39:33 PM ***
Page No : 1

SEAMAN
CRYSTAL
28045 BERLAH CHURCH RD. OPP,AL 36467
01/17/2004   (334) 684-2277
RX: 4480420   REF = 1
$14.62
OC# 565 930 501 076 595
4 79318 44038 7
47931844038
Priority: In Store

**WAL★MART PHARMACY** (334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA,AL 36340-0000

SEAMAN,CRYSTAL            01/17/2004    NEW
28045 BERLAH CHURCH RD.  OPP,AL 36467
RX: 4480419    Ref # 6    QTY: 15    DAW: 0    DS: 5
NDC: 00406-0358-01    HYDROCO/APAP 7.5-500TAB MAL
BERANEK,STEVEN R              NABP: 0120965
                    Initial Partial Fill
                    Patient Pay    $4.98

**WAL★MART PHARMACY** (334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA,AL 36340-0000

SEAMAN,CRYSTAL            01/17/2004    NEW
28045 BERLAH CHURCH RD.  OPP,AL 36467
RX: 4480419    Ref # 6    QTY: 15    DAW: 0    DS: 5
NDC: 00406-0358-01    HYDROCO/APAP 7.5-500TAB MAL
BERANEK,STEVEN R              NABP: 0120965
                    Initial Partial Fill
                    Patient Pay    $4.98

Total # of Rx's _____
Insurance Card
In Bag ?           Y    N

SEAMAN CRYSTAL

Signature Required   N
         01/17/2004 02:49:10 PM ***
Page No : 1 of 3

Initial Partial Fill
SEAMAN
CRYSTAL
28045 BERLAH CHURCH RD. OPP,AL 36467
01/17/2004   (334) 684-2277
RX: 4480419   REF = 6
$4.98
OC# 265 920 331 076 595
4 79318 44048 6
47931844048
Priority: In Store



PLAINTIFF'S EXHIBIT 39



**WAL★MART**
ALWAYS LOW PRICES.
*Always.*

```
            WE SELL FOR LESS
       MANAGER CHRISTOPHER WILLCOX
             ( 334 ) 684 - 3681

ST# 1063 OP# 00000748 TE# 40 TR# 04953
RX# 4480419    D38 QTY 1        27.78 D
     SEAMAN CRYSTAL
                    SUBTOTAL     27.78
                    TOTAL        27.78
                    CASH  TEND   28.00
                    CHANGE DUE    0.22

         # ITEMS SOLD 1

TC# 5034 0752 0995 9486 0160

As of 2/1/04, MasterCard debit cards
can only be used if a PIN is entered
     01/30/04      15:30:59
```

**WAL★MART PHARMACY**   (334) 684-2277
28045 BERLAH CHURCH RD. OPP,AL 36467   1608 WEST MAGNOLIA AVE   GENEVA,AL 36340-0000
                                                                01/30/2004    REFILL
SEAMAN,CRYSTAL      Ref # 1   QTY: 75   DAW: 0   DS: 25
RX: 4480419                   HYDROCO/APAP 7.5-500TAB MAL
NDC: 00406-0358-01            NABP: 0120965
BERANEK,STEVEN R                              Patient Pay   $27.78

**WAL★MART PHARMACY**   (334) 684-2277
28045 BERLAH CHURCH RD. OPP,AL 36467   1608 WEST MAGNOLIA AVE   GENEVA,AL 36340-0000
                                                                01/30/2004    REFILL
SEAMAN,CRYSTAL      Ref # 1   QTY: 75   DAW: 0   DS: 25
RX: 4480419                   HYDROCO/APAP 7.5-500TAB MAL
NDC: 00406-0358-01            NABP: 0120965
BERANEK,STEVEN R                              Patient Pay   $27.78

Priority: In Store

OC# 465 985 931 076 590

4 79318 46585   4
                47931846585

$27.78

**SEAMAN**
CRYSTAL
28045 BERLAH CHURCH RD, OPP,AL 36467
01/30/2004   (334) 684-2277
RX: 4480419      REF = 1

Total # of Rx's _____
Insurance Card
Bag ?    Y   N
Signature Required   N
01/30/2004  03:26:12 PM ***

**SEAMAN**
CRYSTAL
Page No : 1 of 3

Blumberg No. 5113
PLAINTIFF'S EXHIBIT
3h

# WAL★MART
### ALWAYS LOW PRICES.
### Always.

WE SELL FOR LESS
MANAGER CHRISTOPHER WILLCOX
( 334 ) 684 - 3681

ST# 1063 OP# 00000800 TE# 40 TR# 06389
RX# 4480419     D38 QTY 1        29.88 D
    SEAMAN CRYSTAL
             SUBTOTAL      29.88
                TOTAL      29.88
             CASH  TEND    40.00
             CHANGE DUE    10.12

# ITEMS SOLD 1

TC# 1896 3067 3487 8040 3513

Join us for Baby Days!
Feb 28 - March 7, 2004
02/23/04      16:27:59

---

Priority: In Store

OC# 165 982 231 076 597

4 79318 51046 2    4793851046

$29.88

SEAMAN
CRYSTAL
28045 BERLAH CHURCH RD, OPP, AL 36467
02/23/2004  (334) 684-2277
RX: 4480419     REF = 0

Total # of Rx's _____
Insurance Card _____
In Bag?    Y    N

Signature Required   N
02/23/2004 04:23:40 PM

Page No : 1 of 3

SEAMAN
CRYSTAL

WAL★MART
PHARMACY           (334) 684-2277
          1608 WEST MAGNOLIA AVE
          GENEVA, AL 36340-0000

SEAMAN,CRYSTAL          02/23/2004    REFILL
28045 BERLAH CHURCH RD, OPP, AL 36467
RX: 4480419  Ref # 0  QTY: 90   DS: 30
NDC: 00406-0358-01   DAW: 0
          HYDROCO/APAP 7.5-500TAB MAL
BERANEK,STEVEN R   NABP: 0120965
                      Patient Pay  $29.88

WAL★MART
PHARMACY           (334) 684-2277
          1608 WEST MAGNOLIA AVE
          GENEVA, AL 36340-0000

SEAMAN,CRYSTAL          02/23/2004    REFILL
28045 BERLAH CHURCH RD, OPP, AL 36467
RX: 4480419  Ref # 0  QTY: 90   DS: 30
NDC: 00406-0358-01   DAW: 0
          HYDROCO/APAP 7.5-500TAB MAL
BERANEK,STEVEN R   NABP: 0120965
                      Patient Pay  $29.88

PLAINTIFF'S
EXHIBIT
3i
Blumberg No. 5113



**WAL★MART** — ALWAYS LOW PRICES.

```
ST# 063 OP# 00000751 TE# 40 TR# 08465
RX# 6921554
RX# 4481488
SEAMAN CRYSTAL
D38 QTY 1              13.46 D
SEAMAN CRYSTAL
D38 QTY 1              29.88 D
          SUBTOTAL     43.34
          TOTAL        43.34
          CASH TEND    44.00
          CHANGE DUE    0.66
```

WE SELL FOR LESS
MANAGER CHRISTOPHER WILLCOX
(334) 684-3681

TC# 1700 8390 8902 0032 8628

Music Downloads online @ Walmart.com
cents Every Song. Every Day.
03/29/04            11:20:13

# ITEMS SOLD 2

---

**SEAMAN CRYSTAL**

Total # of Rx's _____
Insurance Card
In Bag ?      Y   N

Signature Required  N
03/29/2004 11:10:58 AM ***

Page No : 1 of 3

...rmation Expires 04/22/2004

---

OC# 865 982 231 076 590

**SEAMAN**
**CRYSTAL**
28045 BERLAH CHURCH RD. OPP, AL 36467

03/29/2004    (334) 684-2277
RX: 4481488    REF = 1

$29.88     4 79318 57635 2     47931857635

Priority: In Store

---

**WAL★MART PHARMACY**   (334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA, AL 36340-0000

SEAMAN, CRYSTAL           03/29/2004   NEW
28045 BERLAH CHURCH RD.  OPP, AL 36467
RX: 4481488   Ref # 1   QTY: 90   DAW: 0   DS: 30
NDC: 00406-0358-01     HYDROCO/APAP 7.5-500TAB MAL
BERANEK, STEVEN R      NABP: 0120965
                       Patient Pay     $29.88

---

**WAL★MART PHARMACY**   (334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA, AL 36340-0000

SEAMAN, CRYSTAL           03/29/2004   NEW
28045 BERLAH CHURCH RD.  OPP, AL 36467
RX: 4481488   Ref # 1   QTY: 90   DAW: 0   DS: 30
NDC: 00406-0358-01     HYDROCO/APAP 7.5-500TAB MAL
BERANEK, STEVEN R      NABP: 0120965
                       Patient Pay     $29.88

---

**WAL★MART PHARMACY**   (334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA, AL 36340-0000

SEAMAN, CRYSTAL           03/29/2004   NEW
28045 BERLAH CHURCH RD.  OPP, AL 36467
RX: 6921554   Ref # 1   QTY: 30   DAW: 0   DS: 10
NDC: 00003-0109-20     TRIMOX 500MG    CAP APO
BERANEK, STEVEN R      NABP: 0120965
                       Patient Pay     $13.46

---

**WAL★MART PHARMACY**   (334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA, AL 36340-0000

SEAMAN, CRYSTAL           03/29/2004   NEW
28045 BERLAH CHURCH RD.  OPP, AL 36467
RX: 6921554   Ref # 1   QTY: 30   DAW: 0   DS: 10
NDC: 00003-0109-20     TRIMOX 500MG    CAP APO
BERANEK, STEVEN R      NABP: 0120965
                       Patient Pay     $13.46

---

**SEAMAN CRYSTAL**

Total # of Rx's _____
Insurance Card
In Bag ?      Y   N

Signature Required  N
03/29/2004 11:12:01 AM

Page No : 1

---

OC# 065 931 791 076 597

**SEAMAN**
**CRYSTAL**
28045 BERLAH CHURCH RD. OPP, AL 36467

03/29/2004    (334) 684-2277
RX: 6921554    REF = 1

$13.46     4 79318 57636 9     47931857636

Priority: In Store

---



PLAINTIFF'S EXHIBIT 3j

Case 2:05-cv-00414-WKW-DRB    Document 27-4    Filed 06/02/2006    Page 11 of 14









Signature Required    N
05/24/2004 09:23:02 AM

Page No : 1 of 3

**WAL*MART PHARMACY**  (334) 222-8563
540 WEST BYPASS
ANDALUSIA, AL 36420-0000

SEAMAN, CRYSTAL        05/24/2004    NEW
NEED INFO  ANDALUSIA, AL 36420
RX: 4492603    Ref # 1    QTY: 90    DAW: 0    DS: 30
NDC: 00406-0358-01    HYDROCO/APAP 7.5-500TAB MAL
BERANEK, STEVE                NABP: 0120977

Patient Pay        $27.84

**WAL*MART PHARMACY**  (334) 222-8563
540 WEST BYPASS
ANDALUSIA, AL 36420-0000

SEAMAN, CRYSTAL        05/24/2004    NEW
NEED INFO  ANDALUSIA, AL 36420
RX: 4492603    Ref # 1    QTY: 90    DAW: 0    DS: 30
NDC: 00406-0358-01    HYDROCO/APAP 7.5-500TAB MAL
BERANEK, STEVE                NABP: 0120977

Patient Pay        $27.84

SEAMAN
CRYSTAL

Signature Required    N
05/24/2004 11:34:24 AM

Page No : 1

SEAMAN
CRYSTAL
NEED INFO
ANDALUSIA, AL 36420

05/24/2004    (334) 222-8563
RX: 4492610    REF = 0

OC# 165 934 501 076 591

4 79322 12244 6
$12.62    TOTAL: $12.62
Priority: Will Pickup

**WAL*MART PHARMACY**  (334) 222-8563
540 WEST BYPASS
ANDALUSIA, AL 36420-0000

SEAMAN, CRYSTAL        05/24/2004    NEW
NEED INFO  ANDALUSIA, AL 36420
RX: 4492610    Ref # 0    QTY: 60    DAW: 0    DS: 30
NDC: 00378-4003-05    ALPRAZOLAM 0.5MG    TAB MYL
BERANEK, STEVE                NABP: 0120977

Patient Pay        $12.62

**WAL*MART PHARMACY**  (334) 222-8563
540 WEST BYPASS
ANDALUSIA, AL 36420-0000

SEAMAN, CRYSTAL        05/24/2004    NEW
NEED INFO  ANDALUSIA, AL 36420
RX: 4492610    Ref # 0    QTY: 60    DAW: 0    DS: 30
NDC: 00378-4003-05    ALPRAZOLAM 0.5MG    TAB MYL
BERANEK, STEVE                NABP: 0120977

Patient Pay        $12.62



PLAINTIFF'S EXHIBIT
3L

```
YOUR DEBIT TERMINALS WILL RELOAD.
THIS MAY TAKE 5-10 ADDITIONAL MINS.

CALL FIELD SUPPORT IF YOUR REGISTERS
ARE NOT FULLY FUNCTIONAL BY 5:00 AM.
```



ALWAYS LOW PRICES.
*Always*

```
          WE SELL FOR LESS
     MANAGER CHRISTOPHER WILLCOX
          ( 334 ) 684 - 3681

ST# 1063 OP# 00000508 TE# 40 TR# 03674
RX# 4482661    D38 QTY 1       29.88 D
          SEAMAN CRYSTAL
              SUBTOTAL         29.88
            - TOTAL            29.88
              CASH TEND        30.00
              CHANGE DUE        0.12

    # ITEMS SOLD 1

TC# 4288 9110 7646 4303 9759
```



```
Visit the GIFT REGISTRY in Jewelry.
Dropping hints has never been easier.
     06/23/04      18:03:38
```

**SEAMAN**
CRYSTAL

Page No :1 of 3

Signature Required N
06/23/2004 05:54:01 PM

**WAL★MART PHARMACY**
(334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA,AL 36340-0000

06/23/2004    NEW
SEAMAN,CRYSTAL
28045 BERLAH CHURCH RD.  OPP,AL 36467
RX: 4482661    Ref # 0   DAW:0    DS: 30
NDC: 00406-0358-01  QTY: 90
BERANEK,STEVEN R    HYDROCO/APAP 7.5-500TAB MAL
                    NABP: 0120965
Patient Pay    $29.88

SEAMAN
CRYSTAL
28045 BERLAH CHURCH RD.
OPP, AL 36467
06/23/2004  (334) 684-2277
RX: 4482661    REF = 0

OC# 865 923 188 476 592 384 107 659 238
4 79318 73717 3
$29.88
TOTAL:  $29.88
Priority: In Store

**WAL★MART PHARMACY**
(334) 684-2277
1608 WEST MAGNOLIA AVE
GENEVA,AL 36340-0000

06/23/2004    NEW
SEAMAN,CRYSTAL
28045 BERLAH CHURCH RD.  OPP,AL 36467
RX: 4482661    Ref # 0   DAW:0    DS: 30
NDC: 00406-0358-01  QTY: 90
BERANEK,STEVEN R    HYDROCO/APAP 7.5-500TAB MAL
                    NABP: 0120965
Patient Pay    $29.88

PLAINTIFF'S EXHIBIT
3m



# WAL*MART
ALWAYS LOW PRICES.
Always.

WE SELL FOR LESS
MANAGER JAMES WILCOX
( 334 ) 222 - 6561

ST# 1091 OP# 00000087 TE# 78 TR# 02015
RX# 4493589     D38 QTY 1K     22.32 D
          SEAMAN CRYSTAL
                SUBTOTAL    22.32
                   TOTAL    22.32
                CASH TEND   25.00
                CHANGE DUE   2.68

# ITEMS SOLD 1

TC# 3921 6446 2294 1280 7426



For Great Deals on Cruises,
    go to walmart.com
    08/04/04    12:56:25

---

Priority: Dr Call In

OC# 665 923 106 676 592 384 107 659 238

4 79322 27766 5

TOTAL: $22.32

$22.32

SEAMAN
CRYSTAL
28045 BEULAH RD.
OPP. AL 36467

09/04/2004  (334) 222-8563
RX.: 4493589   REF = 0

Signature Required  N
08/04/2004 08:53:52 AM
Page No : 1 of 2

SEAMAN
CRYSTAL

---

PLAINTIFF'S
EXHIBIT
3n

Blumberg No. 5113