```
              T + C PHARMACY
          CHRISTIAN BOOK AND GIFT
          RADIO SHACK DEALER 226753
              101 PARISH AVE
              OPP, AL  36467
           Fri Dec 19 16:59:31 2003

       PRESCRIPTIONS              Retl
        Rx #  252284     1 @  46.10    46.10
       PRESCRIPTIONS              Retl
        Rx #  252286     1 @  46.10    46.10
       VOID PRESCRIPTIONS
        000405000000000  1 @  46.10   -46.10
                       1 ITEM

                       SUBTOTAL      46.10
                            TAX       0.00
                          TOTAL      46.10
                           CASH      60.10
                         CHANGE      14.00

        THANK YOU FOR SHOPPING T + C PHARMACY
         WE TAKE PRIDE IN SERVING YOU AND
           BEING YOUR HOMETOWN PHARMACY.

        121903 16:59:31 02 00 01 013674
```

PLAINTIFF'S EXHIBIT 4