```
                    1900 FAIRVIEW AVE STE 1
                            DOTHAN
                        (334) 793-1703
                          STATEMENT
                          12-NOV-04


                              Collection Group: DR. PRINCE'S GROUP
                              Account # 000014329

  Crystal Seaman
  [address illegible] Buhler Church Rd
  [city] AL  36447



Date of service      Description          Procedure    Qty   Diag PROC LO PLS    Amount
-------------------------------------------------------------------------------------------
Collection A/R

10/30/04             DEBIT BALANCE FORWARD                                ADP       $185.00
10/30/04             DEBIT BALANCE FORWARD                                ADP       $200.00
10/30/04             DEBIT BALANCE FORWARD                                ADP        $40.00
                                                                  -------------------------
                                                          COLLECTION BALANCE:      $625.00
-------------------------------------------------------------------------------------------
Current A/R

12/19/03             ELECTROMYOGRAPHY         95860     1    729.5  ADP 30 3  *    $200.00
12/19/03             MOTOR NCV W/ F-WAVE      95903     1    729.5  ADP 30 3  *    $200.00
12/19/03             SENSORY NCV              95904     1    729.5  ADP 30 3  *     $40.00
12/19/03             FILED: $440 Y NATIONAL SE                       ADP             $0.00
10/08/03             PMT: NATIONAL SECURITY                          ADP       *    $15.00-
10/13/03             RESPONSIBILITY CHANGE (   185.00 )              ADP             $0.00
10/13/03             INS PAYS FLAT $15 (      200.00 )               ADP             $0.00
10/13/03             INS PAYS FLAT $15 (       40.00 )               ADP             $0.00
10/30/04             TC-COL: TRANSFER COLLECT                        ADP           $185.00-
10/30/04             TC-COL: TRANSFER COLLECT                        ADP           $200.00-
10/30/04             TC-COL: TRANSFER COLLECT                        ADP            $40.00-
                                                                  -------------------------
Note: PLS means "Place of service"                        TOTAL (from above):        $0.00


Location  (LOC) 30 - DOTHAN NEURODIAGNOSTIC CENTER
Provider (PROV) ADP - PRINCE MD, ALAN D                    Provider #: [illegible]
                                                           Fed ID #:   [illegible]
```



RECEIVED
NOV 15 2004

PLAINTIFF'S EXHIBIT 5
Blumberg No. 5113