O. D. MITCHUM, M.D.
100 W. LAKE PROFESSIONAL PARK
GENEVA   AL   36340

(334) 684-9400
STATEMENT
03-NOV-04

Collection Group: COLLECTIONS
Account # 000031084

Ms. Crystal Seaman
783 Gopher Ridge Road
Samson AL   36477

| Date of service | Description | Procedure | Qty | Diag | PROD | LO | PLS | Amount |
|---|---|---|---|---|---|---|---|---|
| Current A/R | | | | | | | | |
| 05/05/03 | PROBLEM FOCUSED/NP LEVEL 1 | 99201 | 1 | 842.00 | 1 | 3 | 3 * | $50.00 |
| 05/27/03 | INS PMT: COMMERCIAL PMT | | | | 1 | | * | $25.00- |
| 05/27/03 | RESPONSIBILITY CHANGE ( 25.00 ) | | | | 1 | | | $0.00 |

Note:  PLS means "Place of service"          TOTAL (from above):     $25.00

Location   (LO):  3 - O.D. MITCHUM, M.D.
Provider (PROD):  1 - MITCHUM MD, OTIS DALE          Provider #: 051511044
                                                     Fed ID #:   630433756



PLAINTIFF'S
EXHIBIT
6

** TOTAL PAGE.03 **