```
10/28/04                Wiregrass Medical Center                        PAGE 1
12:18 Thursday          PATIENT ACCOUNT DETAIL 479251   SEAMAN CRYSTAL D    H5ARDET

                        WIREGRASS MEDICAL CENTER
                        1200 W MAPLE AVE
                        GENEVA       AL  36340-1694
                        PHONE: 334-684-3655 TAX ID#: 636004474
```

PATIENT························                BILLING INFORMATION············
 1 NUM/NAME·: 479251   SEAMAN CRYSTAL D          16 CREDIT····:              HOSP DRG..:
 2 SEX······: M                                  17 BILL······:              FINAL DRG.:
 3 BIRTH····: 03/09/1970                         18 CYCLE·····: 3
 4 DOCTOR···: 000700 MITCHUM O                   19 STAY TYPE·: 2   O/P
 5 MARITAL··: M                                  20 SERVICE···: O
 6 SOC.SEC.·: 236150086                          21 INSURANCE·: GE5 NATIONAL SECURITY

GUARANTOR······················                 ADMISSION····················
10 NAME·····: SEAMAN CRYSTAL D                   22 DATE······: 12/19/03
11 ADDRESS-1: 28045 BEULAH CH ROAD               23 CODE······: N
12 ADDRESS-2:
13 CITY/ST··: OPP         AL                    DISCHARGE····················
14 ZIP······: 36467-0422                         25 DATE······: 12/19/03   DAY STAY
15 PHONE····: 3348585904                         26 CODE······: H

| A/R DATE | SERV DATE | TYPE TRAN | CHG/REC CODE NUMBER | QTY DESCRIPTION | CHARGE | CREDIT | MED NECESSARY CPT |
|---|---|---|---|---|---|---|---|
| 12/17/03 | | CHG | 305 23850249 | 1 CBC/AUTO DIFF | 52.00 | | 85025 |
| 12/19/03 | | CHG | 270 590000 | 1 <=DIET ORDER=> | .00 | | |
| 12/19/03 | | CHG | 270 17101621 | 1 ELECTRODE UNIVERSAL 3EA/PK | 3.00 | | |
| 12/19/03 | | CHG | 270 17101161 | 1 AIRWAY 80 | 4.50 | | |
| 12/19/03 | | CHG | 270 17101461 | 1 CIRCUIT ANESTHESIA ADULT | .00 | | |
| 12/19/03 | | CHG | 270 17100174 | 1 MASK DISP CHILD LATEX FREE | .00 | | |
| 12/19/03 | | CHG | 270 17105961 | 1 SUCTION JUG LATEX FREE | 10.00 | | |
| 12/19/03 | | CHG | 270 17106748 | 1 YANKAUER SUCTION LATEX FREE | 3.00 | | |
| 12/19/03 | | CHG | 250 33285296 | 1 DIPRIVAN INJ:20ML AMP | 61.00 | | |
| 12/19/03 | | CHG | 250 33284068 | 1   SUFENTA/SUFENTANIL INJ:1ML AMP B | 22.50 | | |
| 12/19/03 | | CHG | 258 36190374 | 1 PLASMALYTE A : 1000ML IV | 56.50 | | |
| 12/19/03 | | CHG | 379 37569258 | 6 ANES 0.1 TO 1.0 UNITS | 390.00 | | |
| 12/19/03 | | CHG | 370 37563848 | 1 ANESTHESIA MINOR EQ | 592.00 | | |
| 12/19/03 | | CHG | 270 17100258 | 1 PACK ORTHOPEDIC EXTREMITY | 46.50 | | |
| 12/19/03 | | CHG | 270 17106748 | 1 YANKAUER SUCTION LATEX FREE | 3.00 | | |
| 12/19/03 | | CHG | 270 17100948 | 1 SURGICAL CONNECTING TUBE LATEX FREE | .00 | | |
| 12/19/03 | | CHG | 270 17101350 | 1 PAD GROUNDING ADULT LATEX FREE | .00 | | |
| 12/19/03 | | CHG | 270 17101336 | 1 HAND CONTROL/HOLDER LATEX FREE | .00 | | |
| 12/19/03 | | CHG | 270 17107524 | 1 GOWN SURGICAL LARGE STERILE LATEX F | .00 | | |
| 12/19/03 | | CHG | 270 17101409 | 1 DRESSING ABDOMINAL PAD LATEX FREE | 2.50 | | |
| 12/19/03 | | CHG | 270 17100016 | 1 H2O POUR 1000CC STERILE LATEX FREE | .00 | | |
| 12/19/03 | | CHG | 270 17102490 | 1 ELECTRODE NEEDLE | .00 | | |
| 12/19/03 | | CHG | 270 17109759 | 1 SKIN SCRIBE | .00 | | |
| 12/19/03 | | CHG | 270 17102545 | 1 BLUE MAXI VAS. LOOP | 13.00 | | |
| 12/19/03 | | CHG | 270 17101048 | 1 KERLIX LATEX FREE | 4.50 | | |
| 12/19/03 | | CHG | 270 17102114 | 1 GAUZE RATEX SPONGES LATEX FREE | 4.00 | | |
| 12/19/03 | | CHG | 270 17101424 | 1 GAUZE SPONGE 4X4 STERILE/PK LATEX P | 3.50 | | |
| 12/19/03 | | CHG | 270 17100850 | 1 BANDAGE ACE 4 INCH | 6.00 | | |
| 12/19/03 | | CHG | 270 17101309 | 1 DRESSING ADAPTIC 3"X8" LATEX FREE | 5.50 | | |
| 12/19/03 | | CHG | 270 17101450 | 1 LAP SPONGES LATEX-FREE | 9.00 | | |
| 12/19/03 | | CHG | 270 17100683 | 1 DURAPREP SURGICAL SOLUTION 26ML | .00 | | |
| 12/19/03 | | CHG | 270 17100255 | 1 SUTURE VICRYL FS1 2-0 | 9.50 | | |
| 12/19/03 | | CHG | 270 17100110 | 1 MASTISOL | 7.00 | | |

PLAINTIFF'S
EXHIBIT
7

```
10/28/04                  Wiregrass Medical Center                              PAGE  2
13:18 Thursday            PATIENT ACCOUNT DETAIL 479251   SEAMAN CRYSTAL D      H5ARDET

                          WIREGRASS MEDICAL CENTER
                          1200 W MAPLE AVE
                          GENEVA      AL 36340-1694
                          PHONE: 334-684-3655 TAX ID#: 636004474


 A/R      SERV     TYPE      CHG/REC                                                                           MED
 DATE     DATE     TRAN CODE  NUMBER   QTY DESCRIPTION                  CHARGE       CREDIT       NECESSARY CPT
-----------------------------------------------------------------------------------------------------------------
12/19/03           CHG    270 17100254   1 SUTURE VICRYL FS1 3-0             9.50
12/19/03           CHG    270 17101036   1 STERI STRIP 1/2 X 4                .00
12/19/03           CHG    270 17100221   1 SUTURE NYLON BLACK MONO FS 2 4-0  7.50
12/19/03           CHG    360 15522541   1 ORTHO MAJOR                   3,122.00
12/19/03           CHG    270   590000   1 <=DIET ORDER=>                     .00
12/19/03           CHG    270 17104312   1 SLING ARM XLG LATEX FREE         12.50
12/19/03           CHG    710 15572104   1 RECOVERY ROOM                   226.00
12/19/03           CHG    270 17100070   1 ****BETADINE CLEANSER 4OZ          .00
12/19/03           CHG    258 36190374   1 PLASMALYTE A  ; 1000ML  IV       56.50
12/19/03           CHG    270 17101967   1 SET IV EXT. ANESTHESIA W/CHECK VALV 9.00
12/19/03           CHG    270 17101954   1 ****SET IV CONTINUOUS FLOW CLEARLIN .00
12/19/03           CHG    270 17100173   1 KIT IV START LATEX FREE           5.00
12/19/03           CHG    270 17101381   1 CATH IV AUTOGUARD 20GAX1.00 LATEX F 8.00
12/19/03           CHG    270 17101955   1 ****SET IV SECONDARY CLEARLINK    .00
12/19/03           CHG    250 33200454   1 DEMEROL/MEPERIDINE  25MG INJ;CJ/LL 14.00
12/19/03           CHG    259 33283976   2 LORTAB  5 TAB/VICODIN 5;5/500    12.00
12/19/03           CHG    250 33210532   1 BENADRYL/DIPHENHYD 50MG CAP       4.00
12/19/03           CHG    259 33280199   1 REGLAN/METOCLOPRAMIDE 10MG TAB:   4.00
12/19/03           CHG    259 33200357   1 PROTONIX 40MG TAB:                4.00
12/19/03           CHG    258 36190043   1 ANCEF/CEFAZOLIN 1GM/NS; 50ML IV PRE 36.00
12/19/03           CHG    259 33280199   1 REGLAN/METOCLOPRAMIDE 10MG TAB:   4.00
12/19/03           CHG    270   590000  -1 <=DIET ORDER=>                     .00
12/19/03           CHG    270   590000  -1 <=DIET ORDER=>                     .00
01/20/04           PAY          123572     GB5 NATIONAL SECURITY                           .00
04/01/04           CHG           99001   1 BAD DEBT WRITE-OFF                         4,842.50

BAD DEBT BALANCE.........4,842.50         AR BALANCE..........................0.00
```

```
10/28/04                Wiregrass Medical Center                           PAGE 1
13:18 Thursday          PATIENT ACCOUNT DETAIL 465658  SEAMAN CRYSTAL D    H5ARDET

                        WIREGRASS MEDICAL CENTER
                        1200 W MAPLE AVE
                        GENEVA      AL 36340-1694
                        PHONE: 334-684-3655 TAX ID#: 636004474

PATIENT------------------------    BILLING INFORMATION-----------
 1 NUM/NAME-: 465658  SEAMAN CRYSTAL D    16 CREDIT----:              HOSP DRG,.:
 2 SEX------: M                           17 BILL------:              FINAL DRG.:
 3 BIRTH----: 03/09/1970                  18 CYCLE-----: 4
 4 DOCTOR---: 000900 MITCHUM DG           19 STAY TYPE-: 2   O/P
 5 MARITAL--: M                           20 SERVICE---: R
 6 SOC.SEC.-: 236150086                   21 INSURANCE-: GB5 NATIONAL SECURITY

GUARANTOR------------------------   ADMISSION--------------------
10 NAME-----: SEAMAN CRYSTAL D           22 DATE------: 4/30/03
11 ADDRESS-1: 28045 BEULAH CH ROAD       23 CODE------: N
12 ADDRESS-2:
13 CITY/ST--: OPP        AL              DISCHARGE--------------------
14 ZIP------: 36467-0422                 25 DATE------: 4/30/03    DAY STAY
15 PHONE----: 3348585904                 26 CODE------: B


A/R     SERV   TYPE         CHG/REC                                                      MED
DATE    DATE   TRAN CODE    NUMBER   QTY DESCRIPTION              CHARGE    CREDIT   NECESSARY CPT
--------------------------------------------------------------------------------------------
04/30/03        CHG  320 24700001   1 <=X-RAY ORDER=>                .00
04/30/03        CHG  320 24731107   1 WRIST 4V                     87.00                  73110
05/23/03        PAY      112796       GB5 NATIONAL SECURITY                   87.00

                                   AR BALANCE......................................0.00
```

```
10/28/04              Wiregrass Medical Center                              PAGE 1
13:18 Thursday        PATIENT ACCOUNT DETAIL 467551   SEAMAN CRYSTAL D      H5ARDET

                      WIREGRASS MEDICAL CENTER
                      1200 W MAPLE AVE
                      GENEVA      AL 36340-1694
                      PHONE: 334-684-3655 TAX ID#: 636004474

PATIENT-----------------------------     BILLING INFORMATION-------------
 1 NUM/NAME-: 467551   SEAMAN CRYSTAL D   16 CREDIT----:            HOSP DRG..:
 2 SEX------: M                           17 BILL------:            FINAL DRG.:
 3 BIRTH----: 03/09/1970                  18 CYCLE-----: 2
 4 DOCTOR---: 006400 BERANEK ST           19 STAY TYPE-: 2   O/P
 5 MARITAL--: M                           20 SERVICE---: R
 6 SOC.SEC.-: 236150086                   21 INSURANCE-: GB5 NATIONAL SECURITY

GUARANTOR--------------------------       ADMISSION--------------------
10 NAME-----: SEAMAN CRYSTAL D            22 DATE------: 6/02/03
11 ADDRESS-1: 28045 BEULAH CH ROAD        23 CODE------: N
12 ADDRESS-2:
13 CITY/ST--: OPP        AL               DISCHARGE-----------------
14 ZIP------: 36467-0422                  25 DATE------: 6/02/03   DAY STAY
15 PHONE----: 3348585904                  26 CODE------: H

  A/R    SERV    TYPE   CHG/REC                                                          MED
  DATE   DATE    TRAN CODE  NUMBER   QTY DESCRIPTION          CHARGE      CREDIT   NECESSARY CPT
-----------------------------------------------------------------------------------------------
06/02/03         CHG   320 24700001   1 <=X-RAY ORDER=>           .00
06/02/03         CHG   320 24731107   1 WRIST 4V                87.00                      73110
06/17/03         PAY       113907       GB5 NATIONAL SECURITY                13.00
10/01/03         CHG        99001    1 BAD DEBT WRITE-OFF                    74.00

BAD DEBT BALANCE............74.00       AR BALANCE.............................0.00
```