P.O. BOX 789
GENEVA  STATEMENT

Return Service Requested

| STATEMENT DATE | PAY THIS AMOUNT | ACCT.# |
|---|---|---|
| 30-JUN-04 | 34.00 | 66525 |

Phone (334) 684-7156

SHOW AMOUNT PAID HERE  $

Page  1 of  1

S.AL.DIAGNOSTIC IMAGING P.C.
PO BOX 789
GENEVA AL 36340-0789

**********AUTO**MIXED AADC 350
00001477   1 MB   0.309  01
MS. CRYSTAL SEAMAN
28045 BEULAH CHURCH RD
OPP AL 36467-4022

Check box if your address is incorrect or insurance information has changed.
Indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT.

| Date | Pat | Procedure | Description | Qty | Diag | Phy | Loc | Insurance | Patient |
|---|---|---|---|---|---|---|---|---|---|
| 04/30/03 | 01 | 7311026 | WRIST, COMPLETE MIN 3 V | 1 | 959.3 | 001 | W02 | 34.00 | |
| 05/23/03 | | | PMT: NATIONAL SECURITY IN | | | 001 | | 20.00- | |
| 06/16/03 | | | WRT-OFF: COMM.INS. W/O | | | 001 | | 14.00- | |
| 05/18/03 | | | FILED: $34 Y NATIONAL SE | | | 001 | | | 0.00 |
| | | | **** Subtotal of Claim 00002: | | | | | 0.00 | 0.00 |
| 06/02/03 | 01 | 7311026 | WRIST, COMPLETE MIN 3 V | 1 | 719.43 | 001 | W02 | 34.00 | |
| 05/05/04 | | | PD ONE ON CLAIM 2 | | | 001 | | 34.00- | 34.00 |
| 06/23/03 | | | FILED: $34 Y NATIONAL SE | | | 001 | | | 0.00 |
| | | | **** Subtotal of Claim 00003: | | | | | 0.00 | 34.00 |

Abbreviations/Codes

Patient:    01    - SEAMAN, CRYSTAL
Location:   W02   - WIREGRASS HOSPITAL OUTPATIENT (PLS:

Notes:
Please call us if insurance is responsible for this xray interpretation.
Your account is falling behind. Please try to make a payment as soon as
possible or call us to explain why you cannot at 334-684-7156. Thank yo

PLAINTIFF'S EXHIBIT
8

| Current | 31 - 60 Days | 61 - 90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|
| 0.00 | 34.00 | 0.00 | 0.00 | 34.00 |