```
                                              P.O. BOX 169
                                              FLORALA, AL  36442


SEMAN CRYSTAL              3825314         0    0      4/26/03    4/26/03       1


       SEMAN CRYSTAL              W     36   0    0         7/26/04
       783 GOPHER RIDGE RD.
       SAMSON AL 36477


                                              34           PAGE R


4/26/03  264002   ER LEVEL 2            1      0.00          75.00
4/26/03  213305   CS VITAL SIGN MONITO  1      0.00          20.00
4/26/03  274012   ER ROOM PHYSICIAN     1      0.00          75.00
4/26/03  213012   CS WRIST/FOREARM SPL  1      0.00          29.00
                                                         ----------

          ****** DEPARTMENTAL SUMMARY ******

          CENTRAL SUPPLY NON-STERIL       49.00
          EMERGENCY ROOM                  75.00
          ER PHYSICIAN'S FEES             75.00
                                       ----------
                                         199.00










          TOTAL CHARGES                                    199.00
          LESS PAYMENTS                                      0.00


                                                           199.00
```



PLAINTIFF'S EXHIBIT 9