```
GUARANTOR #:019656-00    Seaman, Crystal D              DATE :05/06/04
PATIENT   #:019656-00    Seaman, Crystal D              D.O.B:03/09/70
ASSIGNMENT :yes-no       28045 Beulah Church Rd         CHART:12136
LAST PAY DT:04/26/04     Opp, AL 36467                  HOME :
LAST PAY $ :      3.00                                  EMRG :334-858-5904
LST PLN PAY:10/02/03     EMPLOYER NAME:                 EMPLY:
LST PLAN $ :     15.00   REF DOCTOR:odm Mitchum, O.D.   S S #: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
AT COLLECTN:      0.00                                  CLASS:slf  DR:sb4
         INSURED #1                   INSURED #2
Seaman, Crystal D
28045 Beulah Church Rd
Opp, AL 36467

PLAN 1   :National Security Ins Co     PLAN 2  :
POLICY #:236150086          FR:04/25/03 POLICY #:         FR:
GROUP  #:                   TO:10/22/03 GROUP  #:         TO:

DATE        BILL #  DR. CPT/PROCEDURE         CHECK #:PLAN                POS    CHARGE

05/12/03    86877  sb4  99203-Office/Outpatient Visit, New                11      94.00
05/29/03                PAYMENT-THANK YOU 0239279:National Security Ins           15.00-
05/29/03                Insurance Writeoff:National Security Ins Co               79.00-
06/16/03                Reverse Writeoff:National Security Ins Co                 79.00
12/17/03                PAYMENT-THANK YOU                                          5.00-
12/22/03                PAYMENT-THANK YOU                                          5.00-
02/23/04                PAYMENT-THANK YOU                                          5.00-
03/29/04                PAYMENT-THANK YOU                                          5.00-
04/26/04                PAYMENT-THANK YOU                                          3.00-
05/12/03           sb4  L3908-Wrist Splint, Velcro                        11      25.00
                        wrist splint, right
05/29/03                PAYMENT-THANK YOU 0239279:National Security Ins           25.00-
: Payment Notes:        no EOB with payment                                            |
:                       Assignment not accepted                                        |
: First Form Printed    for National Security Ins   on 05/19/03 for     119.00   E?n|
: Last  Form Printed    for National Security Ins   on 05/19/03 for     119.00   E?n|
        OFFICE: 4       Dx:842.00-Sprain Of Wrist N                      56.00   (------
06/02/03    87397  sb4  99213-Office/Outpatient Visit, Est                11      69.00
06/16/03                PAYMENT-THANK YOU 0239362:National Security Ins           15.00-
: Payment Notes:        supplement ins policy                                          |
: First Form Printed    for National Security Ins   on 06/06/03 for      69.00   E?n|
: Last  Form Printed    for National Security Ins   on 06/06/03 for      69.00   E?n|
        OFFICE: 4       Dx:354.2-Ulnar Nerve Palsey                      54.00   (------
06/30/03    88180  sb4  99212-Office/Outpatient Visit, Est                11      56.00
07/16/03                PAYMENT-THANK YOU 0239566:National Security Ins           15.00-
: Payment Notes:        Supplemental insurance pmt                                     |
: First Form Printed    for National Security Ins   on 07/07/03 for      56.00   E?n|
: Last  Form Printed    for National Security Ins   on 07/07/03 for      56.00   E?n|
        OFFICE: 4       Dx:354.2-Ulnar Nerve Palsey                      41.00   (------
08/11/03    89127  sb4  99212-Office/Outpatient Visit, Est                11      56.00
08/11/03                PAYMENT-THANK YOU                                         10.00-
08/25/03                PAYMENT-THANK YOU 0239835:National Security Ins           15.00-
: Payment Notes:        Supplemental insurance payment                                 |
```

PLAINTIFF'S
EXHIBIT
10
Blumberg No. 5113

```
GUARANTOR #:019656-00    Seaman, Crystal D                    DATE :05/06/04
PATIENT   #:019656-00    Seaman, Crystal D                    D.O.B:03/09/70
ASSIGNMENT :yes-no       28045 Beulah Church Rd               CHART:12136
LAST PAY DT:04/26/04     Opp, AL 36467                        HOME :
LAST PAY $ :     3.00                                         EMRG :334-858-5904
LST PLN PAY:10/02/03     EMPLOYER NAME:                       EMPLY:
LST PLAN $ :    15.00    REF DOCTOR:odm Mitchum, O.D.         S S #: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
AT COLLECTN:     0.00                                         CLASS:slf  DR:sb4
           INSURED #1                         INSURED #2
Seaman, Crystal D
28045 Beulah Church Rd
Opp, AL 36467

PLAN 1   :National Security Ins Co       PLAN 2  :
POLICY #:236150086         FR:04/25/03 POLICY #:                FR:
GROUP  #:                  TO:10/22/03 GROUP   #:               TO:

DATE        BILL # DR.  CPT/PROCEDURE        CHECK #:PLAN               POS      CHARGE

  First Form Printed   for National Security Ins  on 08/15/03 for     46.00   E?nl
  Last  Form Printed   for National Security Ins  on 08/15/03 for     46.00   E?nl
           OFFICE: 1    Dx:354.2-Ulnar Nerve Palsey                   31.00  (-------
09/22/03    90288 sb4  99211-Office/Outpatient Visit, Est             11      38.00
09/22/03                PAYMENT--THANK YOU                                    10.00-
10/02/03                PAYMENT--THANK YOU 0239917:National Security Ins      15.00-
  Payment Notes:        Supplemental insurance payment
  First Form Printed   for National Security Ins  on 09/26/03 for     28.00   E?nl
  Last  Form Printed   for National Security Ins  on 09/26/03 for     28.00   E?nl
           OFFICE: 4    Dx:354.2-Ulnar Nerve Palsey                   13.00  (-------
10/27/03    91111 srb  99212-Office/Outpatient Visit, Est             11      56.00
11/06/03                PAYMENT--THANK YOU none:National Security Ins Co       0.00
11/26/03                Insurance Writeoff:National Security Ins Co            0.00
  Payment Notes:        Coverage expired
  First Form Printed   for National Security Ins  on 10/31/03 for     56.00   E?nl
  Last  Form Printed   for National Security Ins  on 10/31/03 for     56.00   E?nl
           OFFICE: 1    Dx:354.2-Ulnar Nerve Palsey                   56.00  (-------
10/17/03    92081 srb  pre-Pre Op Visit                               11       0.00
           OFFICE: 1    Dx:354.2-Ulnar Nerve Palsey                    0.00  (-------
11/22/03    92139 sb4  99024-Post-op Follow-up Visit                  11       0.00
           OFFICE: 4    Dx:354.2-Ulnar Nerve Palsey                    0.00  (-------
11/19/03    92183 sb4  64718-Revise Ulnar Nerve At Elbow              22    1700.00
           OFFICE: 1    Dx:354.2-Ulnar Nerve Palsey                 1700.00  (-------
12/12/04    92527 sb4  99024-Post-op Follow-up Visit                  11       0.00
           OFFICE: 4    Dx:354.2-Ulnar Nerve Palsey                    0.00  (-------
   22/04    93524 srb  99024-Post-op Follow-up Visit                  11       0.00
           OFFICE: 1    Dx:354.2-Ulnar Nerve Palsey                    0.00  (-------
   23/04    94257 sb4  pre-Pre Op Visit                               11       0.00
           OFFICE: 4    Dx:354.2-Ulnar Nerve Palsey                    0.00  (-------
   21/04    95147 srb  99024-Post-op Follow-up Visit                  11       3.00
           OFFICE: 1    Dx:354.2-Ulnar Nerve Palsey                    0.00  (-------
```

```
GUARANTOR #:019656-00    Seaman, Crystal D           DATE :05/06/04
PATIENT   #:019656-00    Seaman, Crystal D           D.O.B:03/09/70
ASSIGNMENT :yes-no       28045 Beulah Church Rd      CHART:12136
LAST PAY DT:04/26/04     Opp, AL 36467               HOME :
LAST PAY $ :      3.00                               EMRG :334-858-5904
LST PLN PAY:10/02/03     EMPLOYER NAME:              EMPLY:
LST PLAN $ :     15.00   REF DOCTOR:odm Mitchum, O.D. S S #: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
AT COLLECTN:      0.00                               CLASS:slf   DR:sb4
            INSURED #1                     INSURED #2
Seaman, Crystal D
28045 Beulah Church Rd
Opp, AL 36467

PLAN 1  :National Security Ins Co     PLAN 2  :
POLICY #:236150086        FR:04/25/03  POLICY #:              FR:
GROUP  #:                 TO:10/22/03  GROUP  #:              TO:
```

| DATE | BILL # | DR. | CPT/PROCEDURE | CHECK #:PLAN | POS | CHARGE |
|------|--------|-----|---------------|--------------|-----|--------|

```
PATIENT NOTES: PT MUST PAY SOMETHING ON BALANCE BEFORE
               SHE SEES THE DOCTOR!!
Last statement printed on 04/22/04 for  1954.00
                              Balance for Seaman, Crystal D   1951.00
                              Balance for Plan                   0.00
```

|         | CURRENT | 031-060 | 061-090 | 091-120 | 120+    |
|---------|---------|---------|---------|---------|---------|
| Patient | 3.00    | 0.00    | 0.00    | 0.00    | 1951.00 |
| Plan    | 0.00    | 0.00    | 0.00    | 0.00    | 0.00    |