DEA # BB1204774

STEVEN R. BERANEK, M.D.
WIREGRASS ORTHOPAEDICS
519 EAST LEE STREET
P.O. BOX 311345
ENTERPRISE, AL 36331-1345
334-347-9590

AL LICENSE # 17720

NAME  Crystal Segners
ADDRESS
DATE 7/13/05

℞ (Please Print)

Lortab 10/500
#60 (sixty)
Sig: ĩ po TID
for pain    Rf x 5

Xanax (1mg)
#60 (sixty)
Sig: ĩ po BID   Rf x 5
therapist

[signature]

□ LABEL
REFILL ___ TIMES   PRN   NR
04-MAY-05
PRODUCT SELECTION PERMITTED / DISPENSE AS WRITTEN ___ M.D.
TRI050504 · 100134194-18 · 09 · 44970 · 0003

PLAINTIFF'S EXHIBIT 11
Blumberg No. 5113