**Dothan Neurodiagnostic Center, PC**
1800 Fairview Ave. Suite 1
Dothan, AL 36301
334/793-1703

DATE: June 19, 2003

PATIENT NAME: Crystal Seaman

TEST PERFORMED: EMG/NCV GENEVA OFFICE

REFERRED BY: Steven Beranek, MD

Thank you for this referral.

## FINDINGS

NERVE CONDUCTION STUDY: The right median nerve shows normal palmar sensory latency and distal motor latency, motor nerve conduction above and below the elbow and normal F-wave latency. The palmar sensory latency to the left median nerve is also normal. The right ulnar nerve shows normal distal motor and sensory latency, motor and sensory conduction in the forearm. As one goes above the olecranon groove there is a drop of 5 meters/second on the motor fibers and 14 meters/second on the sensory fibers; the F-wave is prolonged.

EMG OF THE RIGHT ARM: Is within normal limits without evidence of denervation, myopathy, or radiculopathy.

IMPRESSION: There is mild tardy ulnar palsy on the right side. There is no evidence of carpal tunnel syndrome, pronator syndrome, or cervical radiculopathy.

ALAN D. PRINCE, M.D.
NEUROLOGY

ADP/kc


PLAINTIFF'S EXHIBIT 12a

**Nerve Conduction Study**

Name: Crystal Seaman    Referring Physician: Dr. Berdrick

Address: _____    Date: 6/19/03

## NERVE CONDUCTION VELOCITY

### MOTOR:

| Nerve | DISTAL LATENCY | MNCV PROX-IMAL | DIS-TANCE | AMPLI-TUDE | R/L DIFF. SEC. | MNCV M/S | DISTAL LATENCY | PROXIMAL | F-Wave DIST-ANCE | AMPLI-TUDE | R/L DIFF. MSEC. | FWCV M/S | F. RATIO | H-REFLEX GASTROS L R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| median | 3.0 | 64/ 7.8 | 21 31 | | | 62 65 | 25 | | | | | | | |
| ulnar | 2.6 | 6.2 8.2 | 25 36 | | | 69 64 | 30.2 | | | | | | | |

### SENSORY:

| Nerve | DISTAL LATENCY ON-SET / PEAK | PROX-IMAL | DIS-TANCE | AMPLI-TUDE | R/L DIFF. MS | SNCV MS |
|---|---|---|---|---|---|---|
| median | 1.27 – 1.12/1.5 | | | | | |
| | " 1.12/1.5 | | | | | |
| ulnar | 2.2 | 5.4 7.8 | 25 36 | | | 28 64 |

OTHERS: _____ Skin temperature _____

IMPRESSION:
_____
_____

_____ M.D.

Blumberg No. 5113
PLAINTIFF'S EXHIBIT
12b

Name: Crystal Sharman   Referring Physician: Dr. Berank   Electromyographic Exam (1)

Address: _____   Date: 6/19/03   RENEW OFFICE

| Muscle | INSERTIONAL ACTIVITY N - +++ | FIBRILLATION POTENTIAL 0 - +++ | FASCICU-LATION 0 - +++ | MONO-PHASIC SHARP | MYO-TONIA | COMPLEX REPETITIVE DISCHARGES | AMPLI-TUDE | DURA-TION | POLYPHASIA 0 +++ Short / Normal / Long | RECRUIT-MENT | PATT. FULL MIXED SMUP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rhomboids, C4,5 | | | | | | | | | | | |
| Supraspinatus C5, 6 | | | | | | | | | | | |
| Infraspinatus | | | | | | | | | | | |
| Suprascapular C5, 6 | | | | | | | | | | | |
| Deltoid | | ✓ | | | | | | | | | |
| Axillary C5, 6 | | | | | | | | | | | |
| Biceps | | | | | | | | | | | |
| Musculocutaneous C5, 6 | | | | | | | | | | | |
| Brachioradialis | | | | | | | | | | | |
| Radial C7, 8 | | | | | | | | | | | |
| Radial C5, 6 | | | ✓ | | | | ✓ | | | | |
| Radial C6 (C7) | | | ✓ | | | | ✓ | | | | |
| Radial C7 (C8) | | | ✓ | | | | | | | | |
| Extensor Digiti Com | | | ✓ | | | | ✓ | | | | |
| Abductor Pollicis | | | | | | | | | | | |
| 1st Dorsal Inter. | | | | | | | | | | | |
| Ulnar C8, T1 | | | ✓ | | | | ✓ | | | | |
| Abductor Digiti V | | | | | | | | | | | |
| Ulnar C8, T1 | | | | | | | | | | | |
| Flex. Carpi Ulnaris | | | | | | | | | | | |
| Ulnar C8, T1 | | | | | | | | | | | |
| Pronator Teres | | | | | | | | | | | |
| Median C6 (C7) | | | | | | | | | | | |
| Pronator Quadratus | | | | | | | | | | | |
| Median (C7, C8 (T1) | | | | | | | | | | | |
| Abductor Pollicis Br. | | | | | | | | | | | |
| Median C8, T1 | | | | | | | | | | | |
| Paraspinalis | | | | | | | | | | | |
| C4 | | | | | | | | | | | |
| C5 | | | | | | | | | | | |
| C6 | | | | | | | | | | | |
| C7 | | | | | | | | | | | |
| C8 | | | | | | | | | | | |
| T1 | | | | | | | | | | | |

Impression:

_____ M.D.

Blumberg No. 5113
PLAINTIFF'S EXHIBIT 12c