WIRLGRASS MEDICAL CENTER     1200 W MAPLE AVE     GENEVA     AL 36340

## EMERGENCY ROOM • OUTPATIENT RECORD

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 465658 | 2 | SEAMAN CRYSTAL D | 33 | 3/09/1970 | M | MW | 4/30/03 | 06:44 | GMR |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 783 GOPHER RIDGE RD | | SAMSON | AL | 36477 | 334-858-5904 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | | TELEPHONE |
|---|---|---|---|---|---|
| 236150086 | SEAMAN ROBERT | SP | SAME | SAMSON AL | 334-858-5904 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| NATIONAL SECURITY | 226150086 | 4/25/03 | NO FAULT |
| | | TIME 15:30 | EVENT RT WRST INJ |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| SEAMAN CRYSTAL D | 783 GOPHER RIDGE RD | SAMSON | AL | 36477 | 858-5904 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL. TELEPHONE |
|---|---|---|---|
| STUDENT MCARTHUR TECH | STUDENT | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 460026 | 1/30/03 | | 236150086 | MITCHUM DG/ |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the 'Administrator of Hospital' to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the 'Controller' of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |
|---|---|---|---|
| | | | |

**CHIEF COMPLAINT (If Accident State How, When, and Where)**
RT WRIST INJ

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**NURSES NOTES:**

NURSE'S SIGNATURE (RN OR LPN)

**LAB DATA (Including X-Rays, EKGs, etc.)**

**PHYSICIAN'S REPORT**

**DIAGNOSIS:**

PLAINTIFF'S EXHIBIT 13a

**TREATMENT:**

| CONDITION ON DISC |
|---|
| IMP | STABLE | EXPIRED |

**INSTRUCTIONS TO PATIENT:**

FOLLOW-UP WITH _____ M.D.

| PATIENT'S SIGNATURE ON DISCHARGE | DATE - TIME OF DISC. | PHYSICIAN'S SIGNATURE |
|---|---|---|
| SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME. | | |

```
10/28/04                Wiregrass Medical Center                         PAGE 1
13:18 Thursday          PATIENT ACCOUNT DETAIL 465658   SEAMAN CRYSTAL D  H5ARDET

                        WIREGRASS MEDICAL CENTER
                        1200 W MAPLE AVE
                        GENEVA    AL 36340-1694
                        PHONE: 334-684-3655 TAX ID#: 636004474

PATIENT-----------------------      BILLING INFORMATION-----------
 1 NUM/NAME-: 465658  SEAMAN CRYSTAL D   16 CREDIT----:            HOSP DRG,.:
 2 SEX------: M                          17 BILL------:            FINAL DRG.:
 3 BIRTH----: 03/09/1970                 18 CYCLE-----: 4
 4 DOCTOR---: 000900 MITCHUM DG          19 STAY TYPE-: 2   O/P
 5 MARITAL--: M                          20 SERVICE---: R
 6 SOC.SEC.-: 236150086                  21 INSURANCE-: GB5 NATIONAL SECURITY

GUARANTOR-------------------------   ADMISSION---------------------
10 NAME-----: SEAMAN CRYSTAL D          22 DATE------: 4/30/03
11 ADDRESS-1: 28045 BEULAH CH ROAD      23 CODE------: N
12 ADDRESS-2:
13 CITY/ST--: OPP       AL              DISCHARGE---------------------
14 ZIP------: 36467-0422                25 DATE------: 4/30/03    DAY STAY
15 PHONE----: 3348585904                26 CODE------: H

 A/R    SERV   TYPE   CHG/REC                                                 MED
 DATE   DATE   TRAN CODE  NUMBER   QTY DESCRIPTION         CHARGE    CREDIT   NECESSARY CPT
-----------------------------------------------------------------------------------------
04/30/03        CHG   320 24700001  1 <=X-RAY ORDER=>        .00
04/30/03        CHG   320 24731107  1 WRIST 4V              87.00              73110
05/23/03        PAY       112796      GB5 NATIONAL SECURITY          87.00

                                      AR BALANCE.........................0.00
```

PLAINTIFF'S EXHIBIT 13b    Blumberg No. 5113

**Wiregrass Medical Center**
1200 W. Maple Avenue
Geneva, Alabama 36340

# CONDITIONS FOR TREATMENT

#46568
Seaman Crystal

PLAINTIFF'S
EXHIBIT
13c
Blumberg No. 5113

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited to, the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date 4-30 20 03    X Crystal Seaman
                                    Patient

Witness Gail Rodgers
                                    Patient's Agent or Representative

                                    Relationship to Patient

## ASSIGNMENT OF MEDICARE BENEFITS:
### PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

Date                    Signature                    Relationship to Patient

## ACKNOWLEDGEMENT OF MEDICARE

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

Date                    Signature                    Relationship to Patient

Form 1536                                                                    Rev. 9/00

# WIREGRASS MEDICAL CENTER
1200 WEST MAPLE AVENUE
GENEVA, ALABAMA

## RADIOLOGY REPORT

NAME: SEAMAN CRYSTAL D
AGE: 33   SEX: M
DOB: 03/09/1970
STAY TYPE: O/P   ROOM:
ADMIT DATE: 04/30/03
ACCT NUMBER: 465658
LOCATION:
TRANS DATE: 4/30/03

PATIENT PHONE: 334/858/5904
ORDERING PHY: MITCHUM DG
ADMITTING PHY: MITCHUM DG
REFERRING PHY:
FAMILY PHY:
XRAY NUMBER: 20539
MR NUMBER: 236150086
TRANS INITIALS: SR

<=X-RAY ORDER=>            COMPLETE:04/30/03  7:08  ERH 41141
Reason for Procedure: INJ TO RT WRIST
WRIST 4V            73110    COMPLETE:04/30/03  7:08  ERH 41144

*** UNSIGNED TRANSCRIPTIONS REPRESENT A PRELIMINARY REPORT AND DOES ******
NOT REFLECT A MEDICAL OR LEGAL DOCUMENT ***

RIGHT WRIST 4 VIEWS:   BONES ARE INTACT WITHOUT FRACTURE OR OTHER ABNORMALITY NOTED.  A TINY LUCENT DEFECT CAN BE SEEN ALONG THE BASE OF THE RADIAL STYLOID AND AN INCOMPLETE AND NONDISPLACED FRACTURE CANNOT BE TOTALLY EXCLUDED.  CLINICAL CORRELATION FOR POINT TENDERNESS MIGHT BE CONSIDERED.  IF PATIENT'S SYMPTOMS PERSIST, A FOLLOW UP NUCLEAR BONE SCAN IN SEVERAL DAYS MIGHT BE A CONSIDERATION.

OPINION:  PROBABLY NEGATIVE EXAM HOWEVER SEE ABOVE COMMENTS.

PLAINTIFF'S EXHIBIT
13d

JOHN C. TOMBERLIN, M.D.

**WIREGRASS MEDICAL CENTER**
1200 W. Maple Ave.
Geneva, AL 36340

15658

(334) 684-3655 voice
(334) 684-6564 fax

| Patient Name | Brunson, Crystal |
|---|---|
| SS# | DOB |
| Phone | Precertification # |
| Scheduled Date & Time | |

# OUTPATIENT PHYSICIAN ORDERS

Physician Signature: V/O Dr. Mike Mitchell / O. Brunson RN order    Date: 4/30/03

Diagnosis (essential for registration): injury (R) Wrist

| STAT & CALL RESULTS | SEND RESULTS BY COURIER |
|---|---|
| FAX TO PHONE # | SEND RESULTS BY MAIL |

### Laboratory

| | | |
|---|---|---|
| AMYLASE | LIPID PROFILE | RA PROFILE |
| ANA | HEPATIC PANEL | RA TEST |
| B12 / FOLATE | MONO TEST | SED. RATE |
| CALCIUM | PHENOBARBITAL | SGOT |
| CBC | POTASSIUM | TEGRETOL LEVEL |
| CHOLESTEROL | PREGNANCY, Urine | THEOPHYLLINE |
| CULTURE from... | PREGNANCY, Serum | THYROID PROFILE |
| DEPAKOTE LEVEL | BASIC METABOLIC PANEL | TRIGLYCERIDES |
| DIGOXIN LEVEL | COMPREHENSIVE METABOLIC PANEL | LITHIUM |
| DILANTIN LEVEL | PROTHROMBIN TIME | URINE CULTURE |
| GLUCOSE | PSA | URINALYSIS |
| Hgb A1C | PTT | |
| OTHER, as follows... | | |

### Imaging Services

| ULTRASOUND | C.T. | CONTRAST Y / N | NUCLEAR MEDICINE |
|---|---|---|---|
| ABD | ABD | | BONE |
| ARTERIAL | HEAD | | HIDA |
| BREAST | PELVIS | | THYROID |
| CAROTID | L.S. | | |
| ECHO | C.S. | | |
| PELVIS | | | |
| VENOUS | | | |
| OTHER, as follows... | | | |

### X-RAY

| L | R | | L | R | |
|---|---|---|---|---|---|
| | | ANKLE | | | HUMERUS |
| | | CLAVICLE | | | FEMUR |
| | | CHEST | | | G.I. |
| | | ELBOW | | | FINGER (Specify Digit) |
| | | FOOT | | | TOE |
| | | FOOT & ANKLE | | | KNEE |
| | | FOREARM | | | PELVIS |
| | | HAND | | | SHOULDER |
| | | HIP | | X | WRIST |
| | | LUMBAR SPINE | | | CERVICAL SPINE |
| | | MAMMOGRAM | | | TIB-FIB |
| OTHER, as follows... | | | | | |

### Respiratory Care

| ABG | PULMONARY FUNCTION TESTING | |
|---|---|---|
| PULSE OXIMETRY SPOT CHECK | BASIC | |
| OTHER, as follows... | COMPLETE | |
| | WITH | BRONCHO-DILATOR |
| | WITHOUT | |

### Cardiology & Neurological Services

| EKG | GXT | GXT w/THALLIUM |
|---|---|---|
| HOLTER | 2-D ECHO | 2-D COLOR DOPPLER |
| EEG | STRESS ECHO | |
| OTHER, as follows... | | |

### Physical Therapy

| EVALUATE & TREAT | PROSTHETIC TRAINING | WHIRLPOOL/ WOUND CARE |
|---|---|---|
| MODALITIES | TENS UNIT | STRENGTHENING / ROM EX |
| GAIT TRAINING | TRACTION | |
| OTHER, as follows... | | |

### Misc. Additional Orders and/or Diagnosis

PLAINTIFF'S EXHIBIT 13e
Blumberg No. 5113