```
10/28/04                Wiregrass Medical Center                           PAGE 1
13:18 Thursday   PATIENT ACCOUNT DETAIL 467551   SEAMAN CRYSTAL D          H5ARDET

                 WIREGRASS MEDICAL CENTER
                 1200 W MAPLE AVE
                 GENEVA      AL 36340-1694
                 PHONE: 334-684-3655  TAX ID#: 636004474

PATIENT-----------------------------     BILLING INFORMATION------------
 1 NUM/NAME·: 467551   SEAMAN CRYSTAL D   16 CREDIT----:           HOSP DRG..:
 2 SEX------: M                           17 BILL------:           FINAL DRG.:
 3 BIRTH----: 03/09/1970                  18 CYCLE-----: 2
 4 DOCTOR---: 006400 BERANEK ST           19 STAY TYPE·: 2   O/P
 5 MARITAL--: M                           20 SERVICE---: R
 6 SOC.SEC.·: 236150086                   21 INSURANCE·: GB5 NATIONAL SECURITY

GUARANTOR------------------------        ADMISSION---------------------
10 NAME-----: SEAMAN CRYSTAL D            22 DATE------: 6/02/03
11 ADDRESS-1: 28045 BEULAH CH ROAD        23 CODE------: N
12 ADDRESS-2:
13 CITY/ST--: OPP         AL              DISCHARGE---------------------
14 ZIP------: 36467-0422                  25 DATE------: 6/02/03    DAY STAY
15 PHONE----: 3348585904                  26 CODE------: H


   A/R     SERV   TYPE    CHG/REC                                                    MED
   DATE    DATE   TRAN CODE  NUMBER  QTY DESCRIPTION          CHARGE     CREDIT   NECESSARY CPT
-----------------------------------------------------------------------------------------------
 06/02/03         CHG   320 24700001  1 <=X-RAY ORDER=>           .00
 06/02/03         CHG   320 24731107  1 WRIST 4V                87.00                  73110
 06/17/03         PAY       113907      GB5 NATIONAL SECURITY              13.00
 10/01/03         CHG       99001    1 BAD DEBT WRITE-OFF                  74.00

BAD DEBT BALANCE............74.00        AR BALANCE........................0.00
```

PLAINTIFF'S
EXHIBIT
14a
Blumberg No. 5113

# WIREGRASS MEDICAL CENTER    1200 W MAPLE AVE    GENEVA    AL 36340

## EMERGENCY ROOM • OUTPATIENT RECORD

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 467551 | 2 | SEAMAN CRYSTAL D | 33 | 3/09/1970 | M | MW | 6/02/03 | 09:13 | MAM |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 783 GOPHER RIDGE RD | | SAMSON | AL | 36477 | 334-858-5904 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | | TELEPHONE |
|---|---|---|---|---|---|
| 236150086 | SEAMAN ROBERT | SP | SAME | SAMSON AL | 334-858-5904 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| NATIONAL SECURITY | 226150086 | 3/25/03 | |
| | | TIME | EVENT: INJ TO R WRIST |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| SEAMAN CRYSTAL D | 783 GOPHER RIDGE RD | SAMSON | AL | 36477 | 858-5904 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL. TELEPHONE |
|---|---|---|---|
| STUDENT MCARTHUR TECH | STUDENT | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 465658 | 4/30/03 | | 236150086 | BERANEK ST/MITCHUM O |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |
|---|---|---|---|
| | | | |

CHIEF COMPLAINT (If Accident State How, When, and Where)
R WRIST PAIN

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

**PLAINTIFF'S EXHIBIT 14b** (Blumberg No. 5113)

DIAGNOSIS:

TREATMENT:

| | CONDITION ON DISC |
|---|---|
| | IMP | STABLE | EXPIRED |

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH

M.D.

M.D.

| PATIENT'S SIGNATURE ON DISCHARGE | DATE - TIME OF DISC. | PHYSICIAN'S SIGNATURE |
|---|---|---|
| SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME. | | |

**Wiregrass Medical Center**
1200 W. Maple Avenue
Geneva, Alabama 36340

## CONDITIONS FOR TREATMENT


PLAINTIFF'S EXHIBIT 14c

467551  Seaman, Crystal

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date _____6-2-_____ 20 _03_     X _Crystal Seaman_   6-2-03
                                          Patient

Witness _Becky Shelee_

_____
Patient's Agent or Representative

_____
Relationship to Patient

### ASSIGNMENT OF MEDICARE BENEFITS:
PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

_____  _____  _____
Date                Signature           Relationship to Patient

### ACKNOWLEDGEMENT OF MEDICARE

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

_____  _____  _____
Date                Signature           Relationship to Patient

Form 150A                                                      Rev. 9/00

# WIREGRASS MEDICAL CENTER
### 1200 WEST MAPLE AVENUE
### GENEVA, ALABAMA

---

## RADIOLOGY REPORT

---

NAME: SEAMAN CRYSTAL D
AGE: 33   SEX: M
DOB: 03/09/1970
STAY TYPE: O/P   ROOM:
ADMIT DATE: 06/02/03
ACCT NUMBER: 467551
LOCATION:
TRANS DATE: 6/03/03

PATIENT PHONE: 334/858/5904
ORDERING PHY: BERANEK ST
ADMITTING PHY: BERANEK ST
REFERRING PHY: MITCHUM O
FAMILY PHY: MITCHUM O
XRAY NUMBER: 20539
MR NUMBER: 236150086
TRANS INITIALS: SR

<=X-RAY ORDER=>          COMPLETE:06/02/03 9:31 ERH 44258
Reason for Procedure: RT WRIST PAIN
WRIST 4V          73110   COMPLETE:06/02/03 9:32 ERH 44264

---

*** UNSIGNED TRANSCRIPTIONS REPRESENT A PRELIMINARY REPORT AND DOES ******
NOT REFLECT A MEDICAL OR LEGAL DOCUMENT ***

---

RIGHT WRIST 4 VIEWS INCLUDING TUNNEL VIEW FOR THE HAMATE: THE HOOK OF THE HAMATE APPEARS TO BE INTACT. JOINT SPACES ARE MAINTAINED. THERE IS NO FRACTURE SEEN.

OPINION:   UNREMARKABLE EXAM.


PLAINTIFF'S EXHIBIT
14d


JOHN C. TOMBERLIN, M.D.

# WIREGRASS MEDICAL CENTER
1200 W. Maple Ave.
Geneva, AL 36340

H67551

(334) 684-3655 voice
(334) 684-6564 fax

## OUTPATIENT PHYSICIAN ORDERS

| Patient Name | | |
|---|---|---|
| SS# | | DOB |
| Phone | | Precertification # |
| Scheduled Date & Time | | |
| Physician Signature | | Date 6/2/03 |

**Diagnosis** (essential for registration): ® wrist pain

| STAT & CALL RESULTS | SEND RESULTS BY COURIER |
|---|---|
| FAX TO PHONE # | SEND RESULTS BY MAIL |

### Laboratory

| | | |
|---|---|---|
| AMYLASE | LIPID PROFILE | RA PROFILE |
| ANA | HEPATIC PANEL | RA TEST |
| B12 / FOLATE | MONO TEST | SED. RATE |
| CALCIUM | PHENOBARBITAL | SGOT |
| CBC | POTASSIUM | TEGRETOL LEVEL |
| CHOLESTEROL | PREGNANCY, Urine | THEOPHYLLINE |
| CULTURE from... | PREGNANCY, Serum | THYROID PROFILE |
| DEPAKOTE LEVEL | BASIC METABOLIC PANEL | TRIGLYCERIDES |
| DIGOXIN LEVEL | COMPREHENSIVE METABOLIC PANEL | LITHIUM |
| DILANTIN LEVEL | PROTHROMBIN TIME | URINE CULTURE |
| GLUCOSE | PSA | URINALYSIS |
| Hgb A1C | PTT | |

OTHER, as follows...

### Imaging Services

| ULTRASOUND | C.T. | CONTRAST Y/N | NUCLEAR MEDICINE |
|---|---|---|---|
| ABD | ABD | | BONE |
| ARTERIAL | HEAD | | HIDA |
| BREAST | PELVIS | | THYROID |
| CAROTID | L.S. | | |
| ECHO | C.S. | | |
| PELVIS | | | |
| VENOUS | | | |

OTHER, as follows...

### X-RAY

| L | R | | L | R | |
|---|---|---|---|---|---|
| | | ANKLE | | | HUMERUS |
| | | CLAVICLE | | | FEMUR |
| | | CHEST | | | G.I. |
| | | ELBOW | | | FINGER — Specify Digit |
| | | FOOT | | | TOE |
| | | FOOT & ANKLE | | | KNEE |
| | | FOREARM | | | PELVIS |
| | | HAND | | | SHOULDER |
| | | HIP | ✗ | | WRIST |
| | | LUMBAR SPINE | | | CERVICAL SPINE |
| | | MAMMOGRAM | | | TIB-FIB |

OTHER, as follows... carpal tunnel view (for hamate fx)

### Respiratory Care

| ABG | PULMONARY FUNCTION TESTING | |
|---|---|---|
| PULSE OXIMETRY SPOT CHECK | BASIC | |
| OTHER, as follows... | COMPLETE | |
| | WITH | BRONCHO-DILATOR |
| | WITHOUT | |

### Cardiology & Neurological Services

| EKG | GXT | GXT w/THALLIUM |
|---|---|---|
| HOLTER | 2-D ECHO | 2-D COLOR DOPPLER |
| EEG | STRESS ECHO | |

OTHER, as follows...

### Physical Therapy

| EVALUATE & TREAT | PROSTHETIC TRAINING | WHIRLPOOL / WOUND CARE |
|---|---|---|
| MODALITIES | TENS UNIT | STRENGTHENING / ROM EX |
| GAIT TRAINING | TRACTION | |

OTHER, as follows...

### Misc. Additional Orders and/or Diagnosis

PLAINTIFF'S EXHIBIT 14e — Blumberg No. 5113