**Wiregrass Medical Center**
**1200 W. Maple Avenue**
**Geneva, Alabama 36340**

SEAMAN CRYSTAL D          O/P
479251 MITCHUM O D MD
DOC-03/09/70  33   MALE
00/00/00

OP-SURG

PLAINTIFF'S
EXHIBIT
15a

## CONDITIONS FOR TREATMENT

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date_____ 20____        X_____
                                                                                          Patient

Witness_____        _____
                                                                                  Patient's Agent or Representative

                                                                                  _____
                                                                                  Relationship to Patient

### ASSIGNMENT OF MEDICARE BENEFITS:
PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

_____        _____        _____
Date                                       Signature                               Relationship to Patient

### ACKNOWLEDGEMENT OF MEDICARE

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

_____        _____        _____
Date                                       Signature                               Relationship to Patient

Form 150A                                                                                          Rev. 9/00

WIREGRASS MEDICAL CENTER    1200 W MAPLE AVE    GENEVA    AL 36340

## EMERGENCY ROOM • OUTPATIENT RECORD

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 479251 | 2 | SEAMAN CRYSTAL D | 33 | 3/09/1970 | M | MW | 12/19/03 | 09:00 | SCJ |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 28045 BEULAH CH ROAD | | OPP | AL | 36467 | 334-858-5904 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | | | TELEPHONE |
|---|---|---|---|---|---|---|
| 236150086 | SEAMAN ROBERT | SP | SAME | SAMSON | AL | 334-858-5904 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE | |
|---|---|---|---|---|
| NATIONAL SECURITY | 226150086 | | | |
| | | TIME | EVENT | |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| SEAMAN CRYSTAL D | 28045 BEULAH CH ROAD | OPP | AL | 36467 | 858-5904 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| STUDENT MCARTHUR TECH | STUDENT | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 467551 | 6/02/03 | | 236150086 | MITCHUM O /BERANEK ST |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I we hereby authorize the "Administrator of Hospital" to furnish free its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance on any other account I may owe said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |
|---|---|---|---|
| | | | |

CHIEF COMPLAINT (If Accident State How, When, and Where)

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

28

PLAINTIFF'S EXHIBIT
Blumberg No. 5113
15b

# DIAGNOSIS:

TREATMENT:

| | CONDITION ON DISC | | |
|---|---|---|---|
| | IMP | STABLE | EXPIRED |

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH

M.D.

| PATIENT'S SIGNATURE ON DISCHARGE | DATE - TIME OF DISC. | PHYSICIAN'S SIGNATURE |
|---|---|---|
| | | |

SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTION RECEIVED BY ME IN WRITING WHICH WERE EXPLAINED TO ME.

GENEVA MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340

## HISTORY AND PHYSICAL

| | | |
|---|---|---|
| Patient Name: SEAMAN CRYSTAL D | Number: 479251 | Admit Date: 00/00/00 |
| Sex: M       Age: 33 | Med Record: 236150086 MR | Disc. Date: 00/00/00 |
| Date of Birth: 03/09/1970 | Type: O/P     Room#: | Physician: MITCHUM O D MD |
| | | Physician Number: 000700 |

CHIEF COMPLAINT: ELBOW PAIN

HISTORY: MS. SEAMAN IS A 33 YEAR-OLD WHITE FEMALE WHO HAS PAIN IN HER RIGHT ELBOW, UNIMPROVED WITH CONSERVATIVE TREATMENT WHO PRESENTS FOR ELECTIVE SURGICAL CARE. SHE HAS AN ULNAR NEUROPATHY AT THE ELBOW AND PRESENTS FOR ULNAR NERVE TRANSPOSITION. SHE GIVES A HISTORY THAT ON APRIL 25, 2003, SHE WAS COMING OUT OF THE PIGGLY WIGGLY IN FLORALA, HER BUGGY WHEEL HIT A POT HOLE AND TRIED TO FLIP. SHE FELL AND INJURED HERSELF. SHE HAS HAD PAIN EVER SINCE THAT TIME. SHE UNDERWENT ELECTRODIAGNOSTIC STUDIES WHICH SHOWED A TARDIVE ULNAR NERVE PALSY. SHE HAS SYMPTOMS OF PAIN, NUMBNESS AND TINGLING AND WEAKNESS. SHE PRESENTS FOR ELECTIVE RIGHT ELBOW ULNAR NERVE TRANSPOSITION.

PAST MEDICAL HISTORY:
ALLERGIES: NONE KNOWN.
MEDICATIONS: LORTAB FOR PAIN ON AN AS NEEDED BASIS.
PAST SURGERIES INCLUDE A TUBAL LIGATION IN 1991.
FAMILY HISTORY IS NEGATIVE FOR DIABETES, CANCER AND HEART DISEASE.
SOCIAL HISTORY: SHE IS CURRENTLY A STUDENT. SHE ADMITS TO SMOKING A PACK PER DAY. SHE IS MARRIED AND LIVES IN OPP, ALABAMA.

REVIEW OF SYSTEMS: UNREMARKABLE.

PHYSICAL EXAMINATION: MS. SEAMAN IS 5'9", 260 POUNDS AND APPEARS IN GOOD HEALTH.
HEENT IS BENIGN.
LUNGS ARE CLEAR TO AUSCULTATION.
HEART IS REGULAR RATE AND RHYTHM WITHOUT MURMUR.
ABDOMEN IS SOFT, BENIGN, NON TENDER.
EXTREMITIES: RIGHT ELBOW – SHE HAS FULL RANGE OF MOTION AT THE ELBOW. SHE IS EXQUISITELY TENDER PROXIMALLY ON THE ULNAR SIDE OF THE ELBOW JUST BELOW THE LIGAMENT OF STRUTHERS. SHE HAS A POSITIVE TINEL'S THERE AND A POSITIVE PHALEN SIGN WITH DECREASED SENSATION IN THE RING FINGER DISTALLY. SHE IS NOTED TO HAVE INTACT MOTOR STRENGTH, SENSATION AND PULSES DISTALLY WITH THE EXCEPTION OF THE SMALL FINGER.

IMPRESSION: RIGHT ELBOW ULNAR NEUROPATHY.

PLAN: ADMISSION FOR ELECTIVE RIGHT ELBOW ULNAR NERVE TRANSPOSITION. SHE ACKNOWLEDGES UNDERSTANDING OF THE DIAGNOSIS, SURGERY, INDICATIONS, ALTERNATIVES, RISKS AND COMPLICATIONS WHICH INCLUDE BUT ARE NOT LIMITED TO PAIN, SCAR, BLEEDING, INFECTION, FURTHER SURGERY, FAILURE TO RELIEVE HER SYMPTOMS AND ANESTHETIC RISKS. SHE WISHES TO PROCEED WITH SURGERY.

STEVE BERANEK, M.D.
DATE DICTATED: 12/19/03
DATE TYPED:  12/19/03/8:37 A.M./md

PLAINTIFF'S
EXHIBIT
15c

**PLAINTIFF'S EXHIBIT 159**
Blumberg No. 5113

## WIREGRASS MEDICAL CENTER
## NURSING INTERVIEW AND ASSESSMENT

| | |
|---|---|
| Admission Date: 12-19-03 | |
| Admission Time: 0900 | |
| Mode of Arrival: ☑ Amb  ☐ Stretcher  ☐ W/C | |
| ID Bracelet: ☑ Yes  ☐ No | |
| Height 5'10"  Weight 250 | |
| BP 137/06 | |
| Pulse 77  Apical (Radial) | |
| Irregular ___ Regular ✓ | |
| Respirations 20 | |
| Temp. 97.2  (Oral) / Rectal / Ax / Ear | |
| Chief Complaint ___ | |

**Information for Interview Obtained From:**
Patient ✓
Other (Name) ___
Relationship ___

**ALLERGIES**
Drugs: NKDA
Food: NKA
Latex: NKA
Other: ___

**ORIENTATION TO ROOM:**
☑ Nurse Call Light   ☑ Meal Time
☑ Side Rail Policy   ☑ Bathroom
☑ Electric Bed       ☑ Television
☐ Telephone          ☑ Roommate

**PROSTHESIS:**

| | YES | NO |
|---|---|---|
| Dentures ☐ Upper ☐ Lower | ☐ | ☑ |
| Removable Bridge | ☐ | ☑ |
| Artificial Eye | ☐ | ☑ |
| Contact Lens | ☐ | ☑ |
| Glasses | ☐ | ☑ |
| Hearing Aid ☐ Right ☐ Left | ☐ | ☑ |
| Pacemaker | ☐ | ☑ |
| Artificial Limb ___ | ☐ | ☑ |
| Brace ___ | ☐ | ☑ |
| Anything Artificial in Body ___ | ☐ | ☑ |

### SELF-MEDICATION / VALUABLES RESPONSIBILITY
Signing here I acknowledge that I have informed of the Wiregrass Medical Center's rule against self-medication and I state that I have no medication in my possession and will not seek to obtain any while I am a patient in this hospital. I also agree to comply with Wiregrass Medical Center's Policy concerning disposition of valuables.

### SMOKING RESPONSIBILITY
I have also been informed of the smoking regulations and state that I will adhere to Wiregrass Medical Center's Policy.

X Crystal Johnson _____     12-17-03
   Patient or Next of Kin                        Date

### MEDICATIONS:  ☐ LOCKED UP   ☐ SENT HOME

| Name | Dosage | Frequency | Last Taken |
|---|---|---|---|
| | | | |
| OTC allergy sinus | | | |
| Lortab 5 | One every | 4 hrs as Needed | |
| **HERBS** | | | |
| | | | |
| **VITAMINS** | | | |

### SURGICAL HISTORY

| When | What |
|---|---|
| 1991 | BTL |
| | |
| | |

### PREVIOUS MEDICAL HISTORY

| | YES | NO | When |
|---|---|---|---|
| Cancer | ☐ | ☑ | |
| Liver Disease / GI | ☐ | ☑ | |
| Hepatitis | ☐ | ☑ | |
| Problems With Anesthesia | ☐ | ☑ | |
| Sickle Cell Anemia | ☐ | ☑ | |
| Blood / Bleeding Disorders | ☐ | ☑ | |
| Infectious Disease | ☐ | ☑ | |
| Last Flu Vaccine | ☐ | ☑ | |
| Last T.T. Vaccine | ☑ | ☐ | 2003 |
| Last Pneumonia Vaccine | ☐ | ☑ | |
| Diabetes | ☐ | ☑ | |

### PERSONAL DATA & HISTORY

| | NOW | | EVER | |
|---|---|---|---|---|
| | YES | NO | When | How Much |
| Use of Tobacco | ☑ | ☐ | 1 pk/day | ≥ 2 1/2-3 yrs |
| Use of Alcohol | ☑ | ☐ | Socially | |
| Use of Other Addicting Drugs | ☐ | ☑ | | |
| Seeping Problems | ☐ | ☑ | | |
| Visitor Restriction | ☐ | ☑ | | |
| Communication Barrier | ☐ | ☑ | | |
| Previous Blood Transfusions | ☐ | ☑ | | |
| Independent Living | ☑ | ☐ | | |

Usual Residence: ☐ Alone  ☑ W/Sig. Other  ☐ ECF  ☐ Other
Medical Equipment at Home: None

### FAMILY HISTORY - STATE WHO

| | YES | NO | Who |
|---|---|---|---|
| Mental Retardation | ☐ | ☑ | |
| Diabetes | ☐ | ☑ | |
| Hypertension | ☑ | ☐ | mother |
| Cancer | ☐ | ☑ | |
| Heart Disease | ☑ | ☐ | father; grandfather |
| Mental Illness | ☐ | ☑ | |
| T.B. / Lung | ☑ | ☐ | father, grandfather "Black Lung" |
| Seizures | ☑ | ☐ | father |

### SPIRITUAL / CULTURAL NEEDS
Advanced Directives ☐ Yes ☑ No   Copy on file if Yes
Religious Preference Christian
Organ Donor ☐ Yes ☑ No
Other Spiritual / Cultural Needs ☐ Yes ☐ No
If Yes explain: ___

Signature:
Monica Collins ___

Form No. 00157 (Rev. 1/00)

*Seaman*

*1330*

**Wiregrass Medical Center**
**1200 West Maple Avenue**
**Geneva, Alabama 36340**
**(334) 684-3655 Extension 4652**
**Outpatient Surgery Department**

Discharge Instructions
General Surgery / EGD / Colonoscopy

Follow-up Doctor's Appointment Date: _12-22-03_    Time: _9⁰⁰ AM_

**Activity:**  Rest quietly today. Have a responsible adult be with you the rest of the day.
Children should be watched for the next 24 hours.
Do not drive a car or operate machinery for 24 hours.
Have someone with you if you smoke.
You should not drink alcoholic beverages while taking pain medicine.
You may return to work _when released by MD_

**Diet:**  Take clear liquids such as tea, soups, and sodas. Progress slowly to soft foods as
tolerated; then resume a normal diet.

**Medications:**  Continue home medications.
Rx _Lortab 10 one every 4 to 6 hrs as Needed._
If possible take medication with toast, crackers or some type of solid food.

**Wound Care:** _Keep dsrg on until you see Dr Beranek on_
_Monday. Keep arm in comfortable position + may elevate with_
_pillow for comfort. Keep arm in current position without bending_
If any of the following should occur or any other complications occur call: Dr. _1-888-351-2663_
at _____. If unable to contact a Doctor go to the Emergency Room. _Dr Beranek_

_____ Lung congestion or wheezing.
__✓__ Nausea or vomiting that continues 12 hours after you return home.
__✓__ Temperature above 100 degrees.
_____ Difficulty urinating.
_____ Severe abdominal pain.
__✓__ Excessive bleeding.
__✓__ Signs of infection- redness, drainage, foul odor.
_____ Poor circulation- tingling, numbness, skin discoloration.
_____ EGD: Difficulty swallowing, spitting up bright red blood.
_____ Colonoscopy: Rectal bleeding

The above instructions have been explained to me. I understand these instructions

X_____      _12-19-03_
Signature                          Date

PLAINTIFF'S EXHIBIT 15e

**Wiregrass Medical Center**
**Outpatient Surgery Unit Discharge Criteria**

| Yes | No | Discharge Criteria |
|---|---|---|
| ✓ | | Swallow, cough, gag reflexes present |
| ✓ | | Absence of respiratory distress |
| ✓ | | Vital signs stable |
| ✓ | | Alert, oriented |
| ✓ | | Nausea, vomiting, dizziness minimal |
| ✓ | | Bleeding, drainage minimal |
| ✓ | | Taking fluids PO |
| ✓ | | Voided |
| ✓ | | Dressing checked |
| ✓ | | Ambulatory |
| ✓ | | Given instructions and prescription |
| ✓ | | Transportation home |
| ✓ | | Hep lock or IV removed |
| | | Pain free or minimal      Pain Scale: _____ |

Discharge Summary
D/C per Doctor's order   _Dr Bennell_

Date: _12-19-83_    At: _1325_    By: _M Brice Collins Jr_

ia:   (Amb)    W/C    Stretcher

o:    (Home)    Relative's House    Hospital Room

companied By: _____

tpatient Instructions Given:   (Yes)    No    Other

nature: _____

PLAINTIFF'S
EXHIBIT
15F

# Wiregrass Medical Center

## PATIENT TEACHING / DISCHARGE PLANNING

### MULTIDISCIPLINARY PLAN OF CARE

**NURSING ACTION**

| DATE I.D. | NEED | DATE TO BE ACCOMPLISHED | INITIAL / DATE COMPLETED |
|---|---|---|---|
| 12-19-03 | INSTRUCTION SHEET AND FOLLOW-UP APPT. GIVEN | D/C | 12-19-03 *illegible* |
| 12-17-03 | *prog instructions given; verbalizes understanding* | | 12-17-03 *illegible* |
| | | | |
| | | | |

**DIETARY ACTION**

| DATE I.D. | NEED | DATE TO BE ACCOMPLISHED | INITIAL / DATE COMPLETED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**PHYSICAL THERAPY ACTION**

| DATE I.D. | NEED | DATE TO BE ACCOMPLISHED | INITIAL / DATE COMPLETED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**RESPIRATORY CARE ACTION**

| DATE I.D. | NEED | DATE TO BE ACCOMPLISHED | INITIAL / DATE COMPLETED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**CASE MANAGEMENT ACTION**

| DATE I.D. | NEED | DATE TO BE ACCOMPLISHED | INITIAL / DATE COMPLETED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER**

| DATE I.D. | NEED | DATE TO BE ACCOMPLISHED | INITIAL / DATE COMPLETED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

FORM # 383 PATIENT TEACHING / DISCHARGE PLANNING

PLAINTIFF'S EXHIBIT

15g

Blumberg No. 5113

WIREGRASS MEDICAL CENTER

**Billing Form**

*For Financial Class:*

*GB5*

Patient Name........................................ SEAMAN, CRYSTAL D.          Discharge Date........................ 12/19/2003

Admission Date.................................... 12/19/2003          Date of Birth.............................. 03/09/1970

Medical Record Number..................... 236150086          Sex............................................. Male

Age..................................................... 33

Account Number.................................. 479251

| DX | Code | DX Description |
|----|------|----------------|
| 1 | 354.2 | Ulnar Nerve Lesion |

| PR | Code | PR Description | Procedure Date | Surgeon |
|----|------|----------------|----------------|---------|
| 1 | 04.6 | Transposition of Cranial/Peripheral Nerve | 12/19/2003 | 6400 |
| 2 | 04.3 | Suture of Cranial/Peripheral Nerve | 12/19/2003 | 6400 |

| CPT | Code | CPT Modifiers | | CPT Description | CPT Date | CPT Surgeon |
|-----|------|---------------|---|-----------------|----------|-------------|
| 1 | 64718 | | | Revise Ulnar Nerve At Elbow | 12/19/2003 | 6400 |
| | | APC | PSI | Payment Rate | ASC Group | ASC Fee |
| | | 0220 | T | 351.19 | 2 | 392.47 |

| CPT | Code | CPT Modifiers | | CPT Description | CPT Date | CPT Surgeon |
|-----|------|---------------|---|-----------------|----------|-------------|
| 2 | 64857 | | | Repair Arm/Leg Nerve | 12/19/2003 | 6400 |
| | | APC | PSI | Payment Rate | ASC Group | ASC Fee |
| | | 0221 | T | 955.87 | 2 | 196.24 |

Attending Physician............................ MITCHUM O D MD

Consulting Physician.......................... 6400

Discharge Disposition.......................... 01 - Home

DRG =

Status..................................................

DRG

| MDC | Weight | AMLOS | GMLOS | LOS |
|-----|--------|-------|-------|-----|

PLAINTIFF'S
EXHIBIT
15h
Blumberg No. 5113

PRINT DATE: 12/18/03 901          Wiregrass Medical Center                                              PAGE    1
Ed Benak M.D.                                                              01D0304961
Medical Director                                                          CLIA Number
        TIME: 13:00                  LABORATORY --- CUMULATIVE REPORT                            H5LACUMV

NAME.: SEAMAN CRYSTAL D              SEX.......: M              PHY..: MITCHUM O D MD
ACCT#: 479251                        AGE.......:  33 Y          ADMIT:
ROOM.: O/P           - NO PENDING ORDERS   DOB.......: 03/09/1970      MR#..: 236150086
                                     PAT. PHONE: 3348585904

---

## HEMATOLOGY

|              | 12/17/03 |          | REFERENCE |            |
|              | 1610     |          | RANGE     | UNITS      |
|--------------|----------|----------|-----------|------------|
| WBC          | 9.1      |          | 4.3 - 11.0 | K/uL      |
| RBC          | 4.36 L   |          | 4.60 - 6.20 | M/uL     |
| HEMOGLOBIN   | 13.4 L   |          | 14.0 - 18.0 | gm/dL    |
| HEMATOCRIT   | 38.9     |          | 38.0 - 56.0 | %        |
| MCV          | 89.2     |          | 80.0 - 94.0 | fL       |
| MCH          | 30.8     |          | 26.0 - 33.0 | pg       |
| MCHC         | 34.5     |          | 31.0 - 36.0 | gm/dL    |
| PLATELETS    | 309      |          | 150 - 375 | k/uL       |
| RDW          | 12.8     |          | 10.2 - 15.5 | %        |
| MPV          | 8        |          | 7 - 10    | fl         |
| NEUTROPHILS% | 70       |          | 50 - 87   | %          |
| LYMPHOCYTES% | 22       |          | 16 - 46   | %          |
| MONO%        | 6.7      |          | 5.5 - 11.7 | %         |
| EO%          | 1        |          | 0 - 2     | %          |
| BA%          | 1        |          | 0 - 1     | %          |
| NEUTROPHILS# | 6.3      |          | 1.5 - 7.1 | K/uL       |
| LYMPHS#      | 2.0      |          | .8 - 2.8  | K/uL       |
| MONO#        | 0.6      |          | .3 - .8   | K/uL       |
| EO#          | 0.1      |          | .0 - .2   | K/uL       |
| BA#          | 0.1      |          | .0 - .1   | K/uL       |
| DIFF         | NOT INDICATED |     |           |            |



PLAINTIFF'S
EXHIBIT
15i
Blumberg No. 5113

PRINT: 12/18/03 13:00   **SEAMAN CRYSTAL D**                                901 Page:   1    LAST
                LEGEND:  L-Low, H-High, C-Critical, A-Abnormal, "E"-Error

WIREGRASS MEDICAL CENTER
GENEVA, AL  36340

## O P E R A T I V E   R E P O R T

Patient Name: SEAMAN CRYSTAL D     Number: 479251                Admit Date: 00/00/00
Sex: M          Age: 33            Med Record: 236150086 MR      Disc. Date:  00/00/00
Date of Birth: 03/09/1970          Type: O/P      Room#:         Physician: MITCHUM O D MD
                                                                 Physician Number: 000700

---

DATE OF PROCEDURE: 12/19/03

PREOPERATIVE DIAGNOSIS: RIGHT ELBOW ULNAR NEUROPATHY

POSTOPERATIVE DIAGNOSIS: SAME

OPERATIVE PROCEDURE: RIGHT ELBOW ULNAR NERVE TRANSPOSITION

SURGEON: STEVE BERANEK, M.D.
ANESTHESIA: GENERAL ANESTHETIC; FRANK VANLANDINGHAM; CRNA
BLOOD LOSS: MINIMAL
TOURNIQUET TIME: 45 MINUTES AT 210 MILLIMETERS OF MERCURY
FLUIDS: A LITER OF PLASMALYTE

INDICATIONS: ADULT WHITE FEMALE WITH ELECTRODIAGNOSTIC RIGHT ELBOW ULNAR NEUROPATHY, WHO
PRESENTS FOR ULNAR NERVE TRANSPOSITION.

DESCRIPTION OF PROCEDURE: FOLLOWING ADEQUATE GENERAL ANESTHETIC, THE RIGHT ARM WAS PREPPED
WITH DURAPREP AND DRAPED IN THE USUAL STERILE FASHION. THE TOURNIQUET AT THE BICEP WAS
INFLATED AT 210 MM OF MERCURY. A 4 INCH INCISION WAS PLACED ALONG THE POSTERIOR BORDER OF
THE ELBOW. THE SUBCUTANEOUS TISSUES WERE DISSECTED DOWN TO THE ULNAR NERVE PROXIMALLY. IT
WAS EASILY IDENTIFIED. AS IT WAS FOLLOWED UP INTO THE ARM, TO THE LIGAMENTOUS STRUTHERS IT
WAS NOTED TO BE QUITE TIGHT. THIS WAS FREED. THE NERVE WAS THEN CIRCUMFERENTIALLY FREED
DISTALLY ALL THE WAY TO THE INSERTION AT THE FLEXOR DIGITORUM PROFUNDUS MUSCLE. IT WAS THEN
TRANSPOSED ANTERIORLY INTO THE SUBCUTANEOUS AREA AND THEN THE FATTY TISSUE WAS SEWN OVER THE
COMMON FLEXOR ORIGIN WITH 2-0 VICRYL SUTURE. THE NERVE WAS NOTED TO BE FREE AND FLOW THROUGH
THIS LITTLE TUNNEL WITHOUT DIFFICULTY. THERE WAS AN ADDITIONAL SUPERFICIAL NERVE WHICH WAS
TRANSECTED IN THE DISSECTION WHICH WAS REPAIRED WITH A SINGLE 4-0 NYLON SUTURE. THE SKIN WAS
CLOSED WITH SUBCUTANEOUS 2-0 VICRYL SUTURE, SUBCUTICULAR 2-0 VICRYL SUTURE AND THEN
REINFORCED WITH STERI-STRIPS. A STERILE NON OCCLUSIVE DRESSING WAS APPLIED, THE TOURNIQUET
DEFLATED AND HER FINGERS PINKED UP NICELY. SHE WAS TAKEN TO OUTPATIENT RECOVERY IN GOOD
CONDITION.

STEVE BERANEK, M.D.
DATE DICTATED: 12/19/03
DATE TYPED:  12/19/03/11:13 A.M./md

PLAINTIFF'S
EXHIBIT
15j

Wiregrass Medical Center
Brief Postop Note

Pre-op Diagnosis:
_Right elbow ulnar neuropathy_

Post-op Diagnosis:
_Same_

Procedure:
_Right elbow ulnar nerve transposition_

Specimens:
_None_

Estimated Blood Loss: _10_ cc   Blood Given – Type: _____   Total: _____ cc

Fluid Type: _Plas_   Fluid Total: _1000_ cc

Drains: _____

Type of Anesthesia: _General Mask_

Surgeon: _Dr Steven Beranek MD_

Anesthesia Provider: _Fish Vanlandigham CRNA_

Assistant: _____

Scrub # 1: _Lisa Pridgen ORT_

Scrub # 2: _____

Circulating RN: _Kris Balcom_

_Sreranah_   10:35.15        12/19/03

Signature                    Date / Time


PLAINTIFF'S
EXHIBIT
15k

O.R. # 2    Date:

Chart Checked By: _____ Time: 0935

| Pre-Op Check List: | Yes | No | Pre-Op Check List: | Yes | No |
|---|---|---|---|---|---|
| Surgical Consent | ☑ | ☐ | I.D./Band/Verbal | ☑ | ☐ |
| CBC | ☑ | ☐ | Consult | ☐ | ☐ |
| Urinalysis | ☐ | ☑ | Blood Available | ☐ | ☐ |
| X-Ray | ☐ | ☑ | History & Physical | ☑ | ☐ |
| EKG | ☐ | ☑ | Allergies NKDA | ☐ | ☐ |

Pre-Op Assessment: 137/6 B P 77 P 97 T 20 R
Response Level: awake & alert
Physical Status:
Skin Condition: warm - dry

Arrived OR 0945    Departed OR 1040
Anesthesia Start 0950    Anesthesia End 1040
Surgery Start 1005    Surgery End 1035

| Position: | | Safety Belt | ☑ Yes ☐ No |
|---|---|---|---|
| Supine | ☑ | Repositioned all extremities |
| Prone | ☐ | supported |
| Lithotomy | ☐ | Supports: padded OR table |
| Lateral | ☐ | + arm boards |
| Knee-Chest | ☐ | Cautery Ground Pad: L thigh |
| Other | | EKG Leads: LA ☐ LL ☐ RA ☐ RL ☐ |

Cautery Unit # Fen 30484    Cautery Setting Blend 2
Pad: 76 205    Cutting _____ Coagulation 30
Probe: _____    ___ Rectal ___ Oral ___ Skin Dot

Tourniquet Site: _____    Pressure _____ MM of Hg
Time Up: _____    Time Down: _____

| Arrived with: | Foley ☐ | Output: _____ |
|---|---|---|
| | NG ☐ | Output: _____ |

Inserted:
Foley _____    Size ___ F ___ cc of Balloon Fluid
Time: _____    By Whom: _____
Output: _____    Removed ___ Yes ___ No
Total Output: _____    Quality: _____

I.V. Fluids: Ancef + GM    Prep

| Type | Site | Total | Started By |
|---|---|---|---|
| Plas | R hand | 1000cc | see reg notes |

Opsite ☑ Yes ☐ No    Needle ga. 20

Blood/Components: none
Estimated Blood Loss: < 10 cc
Skin Prep: Dura prep    Clip/Shave ☐ Yes ☐ No
Irrigation: NS
Wound Drains:    Location/Size
T-Tube ☐ Chest Tube ☐ Vacuum ☐ Sump ☐ Penrose ☐

| Medications: | Time | Site/Route | By |
|---|---|---|---|
| see anesthesia record | | | FV |

Packing/Dressing: Adaptic, 4X4's, Kerlix + Ace

Anesthesia: _____ MD _____ CRNA
General ☐    Regional Block ☐    Local/MIVS ☐

---

CRYSTAL D
MITCHUM O D MD    O/P
DOB: 03/09/__

# WIREGRASS MEDICAL CENTER

Pre-op Diagnosis: Right elbow ulnar neuropathy
Operation: Right elbow ulnar nerve transposition

Post-op Diagnosis: Same

Wound Class: 1    Comment: _____
Surgeon: Dr. Steven Keranen MD
Assistant: _____
1st Scrub: Lisa Bridges OT    2nd Scrub: _____
Relief: _____    Time: _____
Circulator: Ann Blalock R
Relief: _____    Time: _____
Other Personnel: _____

| Sponge Ct. | Original | Added | Total |
|---|---|---|---|
| Laps | 10 | 5 | 15 |
| Raytec | 10 | 0 | 10 |
| Peanuts | 0 | 0 | 0 |
| Needle Ct. | 2 | | 3 |
| Blade Ct. | 1 | 0 | |
| Inst. Ct. | n/a | 0 | n/a |

| | Yes | No | Signature |
|---|---|---|---|
| 1st Count Correct | ☑ | ☐ | LB / LP |
| 2nd Count Correct | ☑ | ☐ | LB / LP |
| 3rd Count Correct | ☑ | ☐ | LB / LP |
| 4th Count Correct | ☐ | ☐ | |
| If unresolved - X-ray Taken: | | | ___ Yes ___ No |

Circulator: Ann Blalock R    Scrub: Lisa Bridges OT

Post-op Condition    Alert ☐    Asleep ☐    Drowsy ☑
Arousable ☐    Disoriented ☐    Other _____
Skin Condition: W+D    Cautery Pad Site: clear - redness
Transferred To: ☐ R.R.  ☐ ICU  ☐ Floor  ☑ O.P. Bay  ☐ Discharged
By: ☑ Stretcher  ☐ Bed  ☐ Wheelchair  ☐ Ambulatory

Nurses Notes: 1040 Procedure completed
well, moved self to stretcher SR1 stable.
1045 to OPS 8 per stretcher SR1 VS
03-92-20 TR/R SR2 @ 0940 m RA _____
received + report to Angie Blalock _____
— Ann Blalock

Family Notified: 1005
Aldrete: 9 @ 1040
Specimen: gauze opsite and correct reverified _____
none

Temp: file    Humidity: 27%

Scheduled ☑    Emergency ☐

PLAINTIFF'S
EXHIBIT
15L
Blumberg No. 5113

# WIREGRASS MEDICAL CENTER

ANESTHESIA RECORD

**Geneva, Alabama**

PLAINTIFF'S EXHIBIT
Blumberg No. 5113
15m

| | |
|---|---|
| Anesthetist | Frank Newland Jr. CRNA |
| Surgeon(s) | D.R. Bernethy Spann P.S. 2 |
| Age 53 | Wt 250  Ht 5'10"  Hg 34  Hct 38.9 |
| B/P 116/44 | Pulse 82  Resp 20  Temp 97 |
| Pre Op Meds | Benadryl, Reglan, Fentanyl |
| Allergies N.K.A. | Teeth Natural |

**Operation:** Right Elbow Ulnar Nerve Transposition    **Date:** 12/19/03

Page No.

| Hour: AM PM | 0 | | 15 | 30 | 45 | 1000 | 15 | 30 | 45 | 0 | 15 | 30 | 45 | Totals | Times |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TECHNIQUE | | | | | | Start Anesthesia 0950 |
|---|---|---|---|---|---|---|
| I.V. | O₂ L/Min | | 4-3-2-1-7-3 | |
| SPINAL | N₂O L/Min | | | |
| LOCAL | Lidocaine | 1.5 | 6-5sec | |
| REGIONAL | Sublimaze | | | |
| INHALATION | Super-fit | 10 | | 15 |
| SEMI-CLOSED | | | | End Anesthesia 1040 |
| CLOSED | Diprivan | 200 | | 200 |
| NON REBR | | | | Start Operation |
| MASK | | | | |
| ENDOTRAC | | | | |
| ORAL SIZE | | | | |
| NASAL | | | | |
| VIA TRACH | | | | |
| LUBRICANT | | | | |
| CUFF | | | | 1000c 1005 |
| PACK | | | | End Operation |
| INDUCTION | | | | |
| SMOOTH | | | | |
| EXCITEMENT | | | | |
| HYPOXIA | Urine Output | | | Urine |
| VOMITING | Blood Loss | | | Blood Loss 35 |

Pre op EKG-VSD
IV feuille pt
state R elbow



| B.P. | |
|---|---|
| Monitors: | |
| Ven T. V./Cm H₂O | |
| Axill   FIO₂ | |
| Rectal   SaO₂ | |
| F. Head   ETCO₂ | |
| Esoph   Temp | |
| Position | |
| EKG | |

Demerol 25mg OPS

TT 3min

| Maint. of Airway  Mask  Oral  Nose | Spinal—Epidural—IVA   Site   Size |
|---|---|
| Ett No.   Cuff  c/s  Air | Level |
| B.B.S.   SCCA  NRB | Heat/Moist Exch  Humidifer |
| | Warmers: Blanket Fld/Blood  Bath |
| Pre Anes Notes: | Status at Close: Awake  Arousable  No Response  Reflexes |
| | B/P 139/57  P 92  R 20  SaO₂ 94 |
| | Received by: Jane Blalock RN |

Alderete 9 at 1040
Temp. 96.3

# Wiregrass Medical Center
## ANESTHESIA EVALUATION RECORD

Date: 12/18/03  Time: 1100  a.m. / p.m.  Allergic To: NKA

Age: 33  Sex: F  Ht: 5'10  Wt: 230  Physical Status 1 (2) 3 4 5 E  BP: 137/46  P: 77  R: 20  Temp: 97²

Diagnosis: Ulnar nerve neuropathy

Proposed Surgery: Right Elbow Ulnar Nerve Transposition

Previous Surgery: BTL

---

Anesthesia Complications:

Food / Drink Intake past 8 hours: NPO                          Pregnant: BTL

Medications: Fortafoss Zartabs

Dentition / Airway: Natural

Cardiovascular: denies

EKG: N/A          Chest X-Ray: N/A

Lungs: asthma

Tobacco: 2X  2-3yrs pks/day/yrs  Alcohol: occ          Diabetes: denies

Liver: denies          Kidneys: Hx stones

GI: Hx ulcer

Musculoskeletal / Nervous System: HA

Endocrine: denies

Other:

Lab Date: Hgb. 13.4↓  Hct.: 38.9  WBC/Platelets: 8.1 / 309  PT/PTT:_____  Urine:_____

SMA6: Na:____ K:____ Cl:____ CO₂:____ BUN:____ Glucose:____ Creatinine:____ Calcium:____

ABG: pH:____ pCO₂:____ PO₂:____ O₂sat:____ Addictions:_____

Other Lab:_____          Blood Available:_____

Summary of Preoperative Condition: smoker overweight asthma

Anesthesia Proposed: IV Sed  GA - mask

## POST ANESTHESIA SUMMARY

Date: 12/19  1400  GA-mask  OOB                    Date: 12/19/03  Time: 0950

Condition:                                          There is / is no contraindication to
                                                    anesthetic and surgery. My choice
Complications: 1/5 Phaine head pain                 for anesthesia for this surgical
              bump good exchange                    procedure is: IV Sed  GA-mask
              DC'd home
                                                    _____ M.D.

                                                    Signature (Anesthesia Department)

PLAINTIFF'S
EXHIBIT
15n
Blumberg No. 5113

**GENEVA-GRAVES MEDICAL CENTER**

1200 W. Maple Ave.
Geneva, AL 36340

(334) 684-3655 voice
(334) 684-6564 fax

| Patient Name | |
|---|---|
| SS# | DOB 3-9-70 |
| Phone | Precertification # |
| Scheduled Date & Time | |

## OUTPATIENT PHYSICIAN ORDERS

| Physician Signature | Date |
|---|---|

Diagnosis
(essential for registration)

| STAT & CALL RESULTS | SEND RESULTS BY COURIER |
|---|---|
| FAX TO PHONE # | SEND RESULTS BY MAIL |

### Laboratory

| | | |
|---|---|---|
| AMYLASE | LIPID PROFILE | RA PROFILE |
| ANA | HEPATIC PANEL | RA TEST |
| B12 / FOLATE | MONO TEST | SED. RATE |
| CALCIUM | PHENOBARBITAL | SGOT |
| CBC | POTASSIUM | TEGRETOL LEVEL |
| CHOLESTEROL | PREGNANCY, Urine | THEOPHYLLINE |
| CULTURE from... | PREGNANCY, Serum | THYROID PROFILE |
| DEPAKOTE LEVEL | BASIC METABOLIC PANEL | TRIGLYCERIDES |
| DIGOXIN LEVEL | COMPREHENSIVE METABOLIC PANEL | LITHIUM |
| DILANTIN LEVEL | PROTHROMBIN TIME | URINE CULTURE |
| GLUCOSE | PSA | URINALYSIS |
| Hgb A1C | PTT | |
| OTHER, as follows... | | |

### Respiratory Care

| | |
|---|---|
| ABG | PULMONARY FUNCTION TESTING |
| PULSE OXIMETRY SPOT CHECK | BASIC |
| OTHER, as follows... | COMPLETE |
| | WITH |
| | WITHOUT |

(WITH / WITHOUT → BRONCHO-DILATOR)

### Physical Therapy

| | | |
|---|---|---|
| EVALUATE & TREAT | PROSTHETIC TRAINING | WHIRLPOOL / WOUND CARE |
| MODALITIES | TENS UNIT | STRENGTHENING / ROM EX |
| GAIT TRAINING | TRACTION | |
| OTHER, as follows... | | |

## Imaging Services

| ULTRASOUND | C.T. | CONTRAST Y / N | NUCLEAR MEDICINE |
|---|---|---|---|
| ABD | ABD | | BONE |
| ARTERIAL | HEAD | | HIDA |
| BREAST | PELVIS | | THYROID |
| CAROTID | L.S. | | |
| ECHO | C.S. | | |
| PELVIS | | | |
| VENOUS | | | |
| OTHER, as follows... | | | |

### X-RAY

| L | R | | | L | R | |
|---|---|---|---|---|---|---|
| | | ANKLE | | | | HUMERUS |
| | | CLAVICLE | | | | FEMUR |
| | | CHEST | | | | G.I. |
| | | ELBOW | | | | FINGER (Specify Digit) |
| | | FOOT | | | | TOE |
| | | FOOT & ANKLE | | | | KNEE |
| | | FOREARM | | | | PELVIS |
| | | HAND | | | | SHOULDER |
| | | HIP | | | | WRIST |
| | | LUMBAR SPINE | | | | CERVICAL SPINE |
| | | MAMMOGRAM | | | | TIB-FIB |
| OTHER, as follows... | | | | | | |

## Cardiology & Neurological Services

| EKG | GXT | GXT w/THALLIUM |
|---|---|---|
| HOLTER | 2-D ECHO | 2-D COLOR DOPPLER |
| EEG | STRESS ECHO | |
| OTHER, as follows... | | |

## Misc. Additional Orders and/or Diagnosis

Blumberg No. 5113
PLAINTIFF'S
EXHIBIT
150

# PHYSICIAN'S ORDERS

**WIREGRASS MEDICAL CENTER**
1200 W. MAPLE AVE.
GENEVA, AL. 36340

334-684-3655

NAME: Crystal Seaman

ROOM NO.
(ADDRESS)

HOSP. NO.

PHYSICIAN

Drug Allergies
NKA

| Date & Time | Another brand of drug identical in form and content may be dispensed unless checked ☐ | DO NOT USE THIS SHEET UNLESS A RED NUMBER SHOWS ⟫⟫ | Nurse's Initials |
|---|---|---|---|

|  |  |
|---|---|
|  | Admit 12/19/03  Dr. Bosick |
|  | Dx: ® elbow ulnar neuropathy |
|  | Dx: ® elbow ulnar nerve transposition |
|  | NPO |
|  | Anest ↑ IVPB on call to SR |
|  | Dr.Beverly |
| 12/19 | Benadryl 100 mg po |
| 0600 | Reglan 20 mg po |
|  | Protonix 40 mg po |
|  | IV PLR 100 cc/hr |
|  | VO Dr Bethel / W. Lauderdale CRNA |
|  | Noted  12/19/03 — 0900 — A. Dunham RN CNOR |
| 12/19/03 | Postoperative orders to OR/pt Surgery then Discharge per protocol |
|  | Good condition, routine vital signs, regular diet, up ad lib, Sig Pen |
|  | Demerol 25mg IV Q 1hr prn pain |
|  | Lortab or Percocet 1-2 PO Q 4 H prn pain |
|  | Annie Jones/BA/Dothan |
|  | JRBeverly |
|  | 12/19/03 @ 1055 |

PLAINTIFF'S EXHIBIT 15p

Form #123  Physician's Orders

**PLEASE! USE BALL POINT PEN ONLY**

PHYSICIAN'S ORDERS

WMC - 428A

| | | | | |
|---|---|---|---|---|
| 12/19/03 | Plasmalyte 1000 ml @ 100 ml/hr | | 0915 AB | |
| 12/19/03 | Ogneral 25 mg IV | | 1110 JB | |
| 12/19/03 | Lortab 5 Ti PO | | 1115 JB | |
| 12/19/03 | Benadryl 100 mg PO Reglan 20 mg PO Protonix 40 mg PO | | 0900 AB | |
| 12/19/03 | Ancef ÷ Gm IVPB | | 0935 J.Blalock/AB | |

| NURSE | TITLE | INIT. | NURSE | TITLE | INIT. | NURSE | TITLE | INIT. |
|---|---|---|---|---|---|---|---|---|
| 11 - 7 | | | | | | | | |
| 7 - 3 | Angie Bowron | N | AB | Jane Blalock | RN | JB | | |
| 2 - 11 | | | | | | | | |

| PATIENT NAME | NUMBER | ROOM | AGE | SEX | PHYSICIAN | WEIGHT | ALLERGIES | | DIAGNOSIS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Diagnosis:  Preoperative Nursing Care Plan                    Date:

Patient Care Plan

| Date/Initial | Needs/Problems Limitations | Goals/Outcome | Nursing Orders/Action | Date Resolved |
|---|---|---|---|---|
| 12\7 B MC | Knowledge deficit r/t pre-op instructions | Patient will verbalize an understanding of pre-op instructions | 1.  Schedule pre-op teaching session allowing time for Q & A. | 12-17-3 MC |
| | | | 2.  Assess and document patient level of understand of prescribed tx. | |
| | | | 3.  Assess and document readiness to learn tx regimen. | |
| | | | 4.  Provide literature specific to patient's learning needs. | |
| | | | 5.  Provide teaching at patient level of understanding and repeat information as needed. | |
| | | | 6.  Check for accurate feedback to ensure patient understands prescribed tx. | |
| | | | 7.  Provide information about usual pre-op routine eg, blood work, x-rays, EKG, skin prep, iv's, bowel preps, and douche. | |
| | | | 8.  Provide information for schedule time of surgery, reason for food and fluid restrictions, medication administration and recovery room. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Blumberg No. 5113  PLAINTIFF'S EXHIBIT  15a

Diagnosis: Postoperative Nursing Care Plan          Date:

Patient Care Plan

| Date/Initial | Problems Nursing Diagnosis | Goals/Outcome | Actions Nursing Interventions | Date Resolved |
|---|---|---|---|---|
| | Potential hemorrhage | The patient will have no signs | 1. Assess patient vital signs and LOC | |
| | | of bleeding as evidenced by | q 15 min. x4, q 30 min. x2, then q 1 hr and PRN. | |
| | | stable vital signs. | 2. Assess the patient's operative dressing | |
| | | | and/or oral cavity for evidence of bleeding. | |
| | | | | |
| | Potential N/V related | Minimal N/V | 1. Provide clear liquids when the patient | |
| | side effects of anesthesia | | has the ability to tolerate the presence of | |
| | | | N/V. | |
| | | | 2. Provide antiemetics PRN as ordered. | |
| | | | 3. Ambulation with assistance of nurse for | |
| | | | stability as well as monitor for evidence of | |
| | | | motion sickness. | |
| | | | | |
| | Comfort alternation in | Minimal pain | 1. Assess causes of possible discomfort | |
| | pain | | other than operative. | |
| | | | 2. Provide prescribed analgesics as ordered. | |
| | | | | |
| | Urinary retention | Ability to void | 1. Monitor patient voiding. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLAINTIFF'S EXHIBIT
15r
Blumberg No. 5113

Intraoperative Care Plan

Nursing Care Plan

| Date | Time | Initial | Special Needs/Problems | Nursing Intervention |
|---|---|---|---|---|
| 10/19/0? | 7-3 | JB | Potential for infection related to introduction of Pathogens on to the sterile field.<br><br>GOALS: To minimize the risks for contamination of the sterile field. | 1. Ensure that all personnel crossing the red line (entering the Restricted area of Surgery) are properly clad including scrubs, hair and shoe covers, facemasks as appropriate according to policy and procedure.<br>2. Change patient's top sheet and blanket and apply hair cover prior to entering the Surgical Suite.<br>3. Close the door to the Surgical Suite upon arrival of the patient.<br>4. Prep surgical site according to Policy and Procedure. Do Not cross prepped area when removing towels from edges of prep site.<br>5. Ensure physicians and scrub nurses are according to Policy and Procedure.<br>6. Observe continuously for contamination and hazards for potential contamination of sterile objects by non-sterile objects. |
| | 3-11 | | | |
| | 11-7 | | | |
| | 7-3 | | | |
| | 3-11 | | | |
| | 11-7 | | | |
| | 7-3 | | | *Jane Blalock RN* |
| | 3-11 | | | |
| | 11-7 | | | |
| | 7-3 | | | |
| | 3-11 | | | |
| | 11-7 | | | |
| | 7-3 | | | |
| | 3-11 | | | |
| | 11-7 | | | |
| | 7-3 | | | |
| | 3-11 | | | |
| | 11-7 | | | |
| | 7-3 | | | |
| | 3-11 | | | |
| | 11-7 | | | |
| | 7-3 | | | |
| | 3-11 | | | Addressograph |
| | 11-7 | | | |
| | 7-3 | | | |
| | 3-11 | | | |
| | 11-7 | | | |

OP-SURG

00/00/00
DOB-03/09/70  33  MALE
473251  MITCHUM O D MD                     O/P
SEAMAN CRYSTAL D



PLAINTIFF'S EXHIBIT 15s — Blumberg No. 5113

# WIREGRASS MEDICAL CENTER

## Nurses Notes

Date: _12/19/03_

Hospital Day: _1_

## 24 Hour Shift Assessment

| Diet: | Type | Amount |
|---|---|---|
| Breakfast: | | |
| Lunch: | | |
| Dinner: | | |

| Shift: | Night: | | | Day: | | | Evening: | | | PRN & Single Dose Medications (other than for pain) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Normal | Abnormal See NN | | Normal | Abnormal See NN | | Normal | Abnormal See NN | | |
| **Neurological:** | | | | | | | | | | |
| Pupils | | | | | | | | | | |
| Motor | | | | | | | | | | **Pain Assessment:** (0 = no pain, 10 = worst possible pain) |
| LOC | | | | | | | | | | Time: _____ Location: _____ |
| Other | | | | | | | | | | Intensity: _____ Intervention: _____ |
| **Cardiovascular:** | | | | | | | | | | |
| Pulses | | | | | | | | | | Reassessment: _____ |
| Nailbeds | | | | | | | | | | **Pain Assessment:** (0 = no pain, 10 = worst possible pain) |
| Edema | | | | | | | | | | Time: _____ Location: _____ |
| Skin | | | | | | | | | | Intensity: _____ Intervention: _____ |
| Other | | | | | | | | | | |
| **Respiratory:** | | | | | | | | | | Reassessment: _____ |
| Respirations | | | | | | | | | | **Pain Assessment:** (0 = no pain, 10 = worst possible pain) |
| Cough / Sputum | | | | | | | | | | Time: _____ Location: _____ |
| Breath Sounds | | | | | | | | | | Intensity: _____ Intervention: _____ |
| Other | | | | | | | | | | |
| **GI / GU:** | | | | | | | | | | Reassessment: _____ |
| Abdomen | | | | | | | | | | **Pain Assessment:** (0 = no pain, 10 = worst possible pain) |
| Bowel Sounds | | | | | | | | | | Time: _____ Location: _____ |
| Urine | | | | | | | | | | Intensity: _____ Intervention: _____ |
| Other | | | | | | | | | | |
| Emotional Needs | | | | | | | | | | Reassessment: _____ |

| Licensed | Night: | | | IV Fluids; Rate; Site; Appearance; Time |
|---|---|---|---|---|
| Personnel | Day: | | | Night: _____ |
| Signature | Evening: | | | Day: _____ |
| | | | | Evening: _____ |

| Patient Teaching | Yes | No | Yes | No | Yes | No | IV Tubing Change: _____ |
|---|---|---|---|---|---|---|---|
| Care Plan Update | Yes | No | Yes | No | Yes | No | IV Site Change: _____ |

Charge Nurse:

Night RN: _____

Day RN: _A. Brinson RN CNOR_

Evening RN: _____

PCA Comments: _____

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Evening | | | | | | | | | | | | | | | | | | | |
| Day | | | | | | | | | | | | | | | | | | | |
| Night | | | | | | | | | | | | | | | | | | | Signature / Initials |

| | Call Bell | Side Rails | ID Band | Restraints | Circulation | Check q 2 hr | Type of Bath | Shave | TED Hose | Foley Care | Skin Care | ROM | Ambulate | Chair | Bedrest | Turn q 2 hr | ADL / Individual Assist | See Attached Flowsheet | BMs per Shift | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Form No 001D Nurses Notes

PLAINTIFF'S EXHIBIT
15b
Blumberg No. 5113

# Wiregrass Medical Center

## Vital Signs Flow Sheet

Date: 12/19/03

Received From: Marie Blalock RN                    1325

Respiratory Status: even & reg

Mental Status: Drowsy

Skin: W & D

Dressing: Dy I to Rt arm

### Assessment

Pain Scale: Site None          Rate

IV Site: Hford clear    Rate: 5 Occk

Total Amount present fluid 1000cc

Total Fluid Volume during procedure 1000cc

Total Fluid Volume

| Time | Temp | Pulse | Resp | B/P | Comments |
|------|------|-------|------|-----|----------|
| 1045 | 96³ | 92 | 20 | 134/57 | SPO₂ 94% on RA. Condition STABLE — Jme Blalock |
| 1100 | | 73 | 20 | 99/45 | SPO₂ 99% Cla ⓧ Rt arm pain — Jme Blalock |
| 1110 | | — | | | Demerol 25 mg IV for pain — Jme Blalock |
| 1115 | | 74 | 20 | 113/55 | Lortab 5 1 PO given c cola to drink |
| | | | | | Tol well — Jane Blalock RN |
| 1130 | | 85 | 20 | 97/56 | 96% Watching TV denies any problems ᵃᵇ |
| | | | | | A. Brunson RN CNOR |
| 1145 | | 83 | 20 | 120/60 | SPO₂ 98% NAD — Jme Blalock |
| 1230 | | | | | Eating reg. diet tol. well — A. Brunson RN CNOR |
| 1300 | 98⁴ | 84 | 20 | 114/60 | ↑ c assist to BR, voided well. IV D/C'd |
| | | | | | c pressure drsg applied. See Nurs. |
| | | | | | Notes for further info. M Collins Ln |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

PLAINTIFF'S EXHIBIT
Blumberg No. 5119
15u

# Wiregrass Medical Center
### Pre-Operative Checklist

Date: _12/19/03_                                          Allergies: _NKA_

T _97²_   P _77_   R _20_   B/P _137/66_   Wt _250_   Time _0900_   _AB_
                                                                    Initials

Identification band on: Yes _✓_   No _____
Addressograph with chart: _✓_

Removed:   Glasses       _✓_          Chewing gum   _✓_
           Dentures      _✓_          Bobby pins    _✓_
           Jewelry       _✓_          Contacts      _✓_
           Nail Polish   _✓_          Prosthesis    _✓_

Ted hose _N/A_ (if ordered)
A.M. Care:   Bath        _✓_          Oral hygiene       _✓_
             Care of hair _✓_         Hospital gown on   _✓_
NPO since midnight _✓_                Void prior to pre-op
                                      Meds              _✓_
                                      Time _____ / _____
                                                    Initials

Care plan initiated: _yes_
Operative permit signed and witnessed: _yes_      Site/Side of surgery identified: _yes_
History and Physical on chart: _____
Laboratory results on chart:
           UA                          PT/PTT
           HGB        _13.4_           HCT        _38.9_
           Type and
           Crossmatch  _____
           Other       _____
Chest X-ray on chart: _____
EKG on chart: _____
Pre-op medications given: _Benadryl 100mg_  _PO_  _0900_  / _AB_
                          Medication          Time      Nurse
                          _Reglan 20mg PO_  _0900_  / _AB_
                          Medication          Time      Nurse
                          _Protonix 40mg PO_  _0900_  / _AB_
                          Medication          Time      Nurse
                          _Ancef 1gm IVPB 0935 DB_
                          Medication          Time      Nurse
                          _____ / _____ / _____
                          Medication          Time      Nurse

Operative area prepped by: _____
Operative area checked by: _____ , RN
Pre-op teaching done: _yes_
Charge Nurse: _N.Dickson RN CNOR_

PLAINTIFF'S
EXHIBIT
15v
Blumberg No. 5513




# WIREGRASS ORTHOPAEDICS, P.C.

STEVEN R. BERANEK, M.D.
Board Certified Orthopaedic Surgeon
519 E. Lee St., P.O. Box 311345, Enterprise, AL 36331
Office 334-347-9590  1-888-351-2663  FAX 334-393-1762

Pre-Registration for Surgery

Patient Name: _Crystal D. Seaman_    D.O.B.: _3/9/70_

OUTPATIENT PROCEDURE: _(R) elbow ulnar nerve transposition_
NOTE TO PATIENT: Your procedure is scheduled for _12/19/03_
at Wiregrass Medical Center in Geneva, Alabama..

Your pre-admission assessment with the nurse in the Outpatient Surgery Department is
scheduled for _12-17-03    3:30 pm_.
Go to the Registration Desk in the front of the hospital where the admission clerk will ask
you for this form which will alert her to the necessary steps you need to take and she will
direct you where to go from there.   It is important that you keep this appointment and
complete the necessary procedures the nurse has for you which will help to ensure you of
a safe and efficient visit to the Surgery Department.  If you are unable to keep the time or
date of the appointment, please notify the Outpatient Surgery Department at 334-684-
3655 ext. 4652 in order to reschedule before your surgery date.

INPATIENT PROCEDURE: _____
NOTE TO PATIENT:  Your procedure is scheduled for _____
at Wiregrass Medical Center in Geneva, Alabama.

Your pre-admission assessment with the nurse in the Outpatient Surgery Department is
scheduled for _____.
Go to the Registration Desk in the front of the hospital where the admission clerk will ask
you for this form which will alert her to the steps you need to take and she will direct you
where to go to from there.  It is important that you keep this appointment and complete
the necessary procedures the nurse has for you which will help to ensure you of a safe and
efficient visit to the Surgery Department.  If you are unable to keep this appointment,
please notify the Outpatient Surgery Department at 334-684-3655 ext. 4652 in order to
reschedule before your surgery date.

You have an appointment with Dr._____ on _____
_____ at _____ for a pre-operative
clearance for surgery.  If you are unable to keep this appointment, please call his office at
_____ to reschedule before your surgery date.



PLAINTIFF'S
EXHIBIT
15w
Blumberg No. 5113

Wiregrass Medical Center
1200 West Maple Avenue
Geneva, Alabama 36340
(334) 684-3655
Outpatient Surgery Department
Ext. 4652

FOLLOW THESE INSTRUCTIONS CAREFULLY

Your Surgery or Procedure is _Right elbow ulnar nerve transposition_

Your Surgery or Procedure is scheduled for _Friday – Dec. 19th, 2003_

Please arrive at the hospital no later than _____ a.m. _We will call you a time to come on Thursday. If you have not_

Report to the Admissions' office in the emergency room area. _heard from us by 3PM please call us._

Have an available person to drive you home. You cannot be allowed to leave the hospital alone. PLEASE limit your visitors during your stay. Rest is essential following your surgical procedure.

Do not eat or drink anything after midnight. If you are having an EGD or Colonoscopy do not eat or drink red colored foods or foods containing red dye 24 hours prior to procedure.

Do not wear makeup, nail polish, or jewelry.

Wear comfortable clothing.

Bring no valuables.

Take a betadine shower in the morning before coming to the hospital. Apply all over EXCEPT face and hair.  Rinse all of the betadine off your body.

Special Instructions:

_____

_____

Our discharge procedure is the following:
You will be stable, awake and able to drink fluids without being nauseated and able to urinate.

If you need to cancel your surgical procedure for any reason, please call the outpatient department or the emergency room.

I have read and fully understand these instructions.
PATIENT'S SIGNATURE _X_____
SUBSTITUTE'S SIGNATURE _____  RELATION _____
NURSE'S SIGNATURE _____  DATE _____

*THANK YOU FOR ALLOWING US TO CARE FOR YOU!*

Blumberg No. 5113
PLAINTIFF'S
EXHIBIT
15x

## Surgical or Procedure Consent

I authorize the performance upon myself _____ for the
following operation  _Right elbow ulnar nerve transposition_

_____
<span style="text-align:center;">(State nature and effects of operation)</span>
to be performed under the direction of Dr. _Beranek_ .

I consent to the performance of operations and procedures in addition to or different from those now contemplated, whether or not arising form, presently unforeseen conditions, which the above named doctor or his associates may consider necessary or advisable in the course of the operation.

It has been explained to me by my physician and I understand there is a potential risk of excessive blood loss due to the nature of my surgery and a possibility that I may need to receive blood or blood products. It is understood and agreed that the attending physician or his assistants will be responsible only for the performance of their own individual professional acts, and that the blood typing and selection of compatible blood are the responsibilities of those who actually perform the necessary laboratory test. My doctor has explained and I understand that there are potential risks from blood transfusion and that some of these include transfusion reaction, hepatitis, blood impairments and Acquired Immune Deficiency Syndrome. My doctor has explained the risks and benefits of the blood transfusion, advised me of alternative treatments and has told me the expected outcome and what happens if my condition remains untreated.

I give consent to receive blood or blood products as determined by my doctor to be necessary for my well being.  √ YES ___NO ___ONLY AS AN EMERGENCY LIFE SAVING MEASURE

For the purpose of advancing medical education, I consent to the admittance of observers to the Operating Room.  √ YES ___NO

I consent to non-identifying photographs to be taken for medical record purposes.
√ YES ___NO

I consent to the disposal, by hospital authorities, of any tissue or parts, which may be removed.

I am aware that sterility may result from this operation.  I know that a sterile person is incapable of becoming a parent.  (APPLICABLE  NON-APPLICABLE)

The nature and purpose of the operation, possible alternative methods of treatment, the risks and benefits involved, and the possibility of complications have been fully explained to me. No guarantee or assurance has been given by anyone as the results that may be obtained.

Date/Time: _12/17/13_  _1550_  Signed: _____
<span>Patient or person authorized to consent for patient</span>
Witness: _____  Relationship to patient: _____

I have counseled this patient as to the nature of the proposed procedures(s); attendant risks involved, and expected results as described above. _____
<span>Surgeon Obtaining Consent</span>

PLAINTIFF'S
EXHIBIT
15y
Blumberg No. 5113

**WIREGRASS MEDICAL CENTER**
**GENEVA, ALABAMA**

```
SEARCH CRYSTAL D          O/P
4/1251 AITCHUM O D MO
E01-03/09/70   33    MALE
00/00/00

        OP-SURG
```
Addressograph

## CONSENT FOR ANESTHESIA SERVICES

I, _Crystal Seaman_ , acknowledge that my doctor has explained to me that I will have an operation, diagnostic or treatment procedure.  My doctor has explained the risks of the procedure, advised me of alternative treatments and told me about the expected outcome and what could happen if my condition remains untreated. I also understand that anesthesia services are needed so that my doctor can perform the operation or procedure.

**It has been explained to me that all forms of anesthesia involve some risks and that no guarantees or promises can be made concerning the results of my procedure or treatment.  Although rare, unexpected severe complications with anesthesia can occur and include the remote possibility of infection, bleeding, drug reactions, blood clots, loss of sensation, loss of limb function, paralysis, stroke, brain damage, heart attack or death.**    I understand that these risks apply to all forms of anesthesia and that additional or specific risks have been identified on the back of this form.  I understand that the type(s) of anesthesia service checked will be used for my procedure and that the anesthetic technique to be used. is determined by many factors including my physical condition, the type of procedure my doctor is to do, his or her preference, as well as my own desire.  It has been explained to me that sometimes an anesthesia technique which involves the use of local anesthetics, with or without sedation, may not succeed completely and therefore another technique may have to be used including general anesthesia.

Form # 398A



PLAINTIFF'S
EXHIBIT
15z

| General Anesthesia | Expected Result | Total unconscious state, possible placement of a tube into the windpipe. |
| _____ | Technique | Drug injected into the bloodstream, breathed into the lungs, or by other routes. |
| | Risks | Mouth, throat pain, hoarseness, injury to mouth or teeth, awareness under anesthesia, injury to blood vessels, aspiration, pneumonia. |
| Spinal or Epidural Analgesia/Anesthesia | Expected Result | Temporary decreased or loss of feeling and/or movement to lower part of body. |
| _____ | Technique | Drug injected through a needle/catheter placed either directly into the spinal canal or immediately outside the spinal canal. |
| _____ With Sedation | Risks | Headache, backache, buzzing in the ears, convulsions, infection, persistent weakness, numbness, residual pain, injury to blood vessels, "total spinal" |
| _____ Without Sedation | | |
| ✓ Major/Minor Nerve Block | Expected Result | Temporary loss of feeling and/or movement of a specific limb or area. |
| ✓ With Sedation | Technique | Drug injected near nerves providing loss of sensation to the area of the operation. |
| _____ Without Sedation | Risks | Infection, convulsions, weakness, persistent numbness, residual pain, injury to blood vessels. |
| Intravenous Regional | Expected Result | Temporary loss of feeling and/or movement of a limb. |
| _____ With Sedation | Technique | Drug injected into veins of arm or leg while using a tourniquet. |
| _____ Without Sedation | Risks | Infection, convulsions, persistent numbess, residual pain, injury to blood vessels. |
| ✓ Monitored Anesthesia Care (with sedation) | Expected Result | Reduced anxiety and pain, partial or total amnesia. |
| | Technique | Drug injected into the bloodstream, breathed into the lungs or by other routes producing a semi-conscious state. |
| | Risks | An unconscious state, depressed breathing, injury to blood vessels. |
| _____ Monitored Anesthesia Care (without sedation) | Expected Result | Measurement of vital signs, availability of anesthesia provider for further intervention. |
| | Technique | None. |
| | Risks | Increased awareness, anxiety and/or discomfort. |

I hereby consent to the anesthesia service checked above and authorize that it be administered by _Jenny Tucker CRN_ _Frank Vanlandingham CRNA_ or his/her associates, all of whom are credentialed to provide anesthesia service at this Hospital. I also consent to an alternative type of anesthesia, if necessary, as deemed appropriate by them. I expressly desire the following considerations to be observed (or write "none").

_____

I certify and acknowledge that I have read this form or had it read to me, that I understand the risks, alternatives and expected results of the anesthesia service and that I had ample time to ask questions and to consider my decision.

| _Curtis Jackman_ | | _12-17-03_        _1550_ |
| Patient's Signature | | Date and Time |

| | | |
| Substitute's Signature | | Relationship to Patient |

| _Monica Collins_   _J Vanlandingham_ | | |
| Witness | | |

# ADVANCE DIRECTIVE
## ACKNOWLEDGEMENT

NAME: _Crystal D. Deania_    SOC. SEC. NO: _236/50086_
IDENTIFICATION NO: _479251_    DATE OF BIRTH: _3-9-1970_

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.

1. I have been given written materials about my right to accept or refuse medical treatments

2. I have been informed of my rights to formulate Advance Directives.

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

## PLEASE CHECK <u>ONE</u> OF THE FOLLOWING STATEMENTS:

☐ I **HAVE** executed an Advance Directive.

☒ I **HAVE NOT** executed an Advance Directive.

Signed _Crystal Seaman_    Date: _12-17-03_

Witness: _____    Date: _____

Witness: _Whole Britt_    Date: _12-17-03_

Form # 390 Advance Directive Acknowledgement



PLAINTIFF'S
EXHIBIT
15aa

# Wiregrass Medical Center
## Pre-Operative Checklist

Date: 12/19/03                                     Allergies: NKA

T 97² P 77 R 20 B/P 131/66 Wt 250 Time 0900 AB
                                                                    Initials

Identification band on: Yes ✓   No _____
Addressograph with chart: ✓

Removed:   Glasses        ✓         Chewing gum    ✓
           Dentures       ✓         Bobby pins     ✓
           Jewelry        ✓         Contacts       ✓
           Nail Polish    ✓         Prosthesis     ✓

Ted hose N/A _____ (if ordered)
A.M. Care:   Bath         ✓         Oral hygiene       ✓
             Care of hair ✓         Hospital gown on   ✓
NPO since midnight        ✓         Void prior to pre-op
                                    Meds
                                    Time _____ / _____
                                                 Initials

Care plan initiated: yes
Operative permit signed and witnessed: yes      Site/Side of surgery identified: yes
History and Physical on chart: _____
Laboratory results on chart:
            UA                      PT/PTT
            HGB        13.4         HCT         38.9
            Type and
            Crossmatch
            Other
Chest X-ray on chart: _____
EKG on chart: _____                        PO
Pre-op medications given: Benadryl 100 mg / 0900 / AB
                          Medication         Time       Nurse
                          Reglan 20 mg PO / 0900 / AB
                          Medication         Time       Nurse
                          Protonix 40 mg PO / 0900 / AB
                          Medication         Time       Nurse
                          Ancef + AM IVPB 0935 NJ
                          Medication         Time       Nurse
                          _____ / _____ / _____
                          Medication         Time       Nurse

Operative area prepped by: _____
Operative area checked by: _____ , RN
Pre-op teaching done: yes
Charge Nurse: G.Davidson R. CNOR

PLAINTIFF'S
EXHIBIT
15bb
Blumberg No. 5113





# DAVID J. HARRISON
### ATTORNEY AT LAW
600 West Magnolia • Post Office Box 994 • Geneva, Alabama 36340 • Phone (334) 684-8729

---

May 19, 2004

Dr. Steven Beranck
Wiregrass Orthopaedics, P.C.
P.O. Box 311345
Enterprise, Alabama 36331

Re:    Crystal Seaman
       SS# 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

Dear Dr. Beranek:

I have received the medical records your office forwarded to me on the above-referenced individual, and thank you for the same.

I have a special request of you. I did not notice in any of your notes in these records that you believe that Ms. Seaman's injury is related to anything other than her fall at the Food Giant. If you would, please let me know if you believe that her injury is solely due to the fall. I will, of course, be taking your deposition at a later date; however, before I proceed this is a question I need answered.

I appreciate your time and consideration of this matter, and look forward to hearing from you soon.

Sincerely,

David J. Harrison
Attorney at Law

DJH/trh

*[handwritten]* I believe her ulnar neuropathy is soldy due to her injury/fall

*[handwritten signature]*
6/24/2004

*[handwritten]* Faxed 6-29-04 4:30pm



PLAINTIFF'S EXHIBIT
15cc
Blumberg No. 5113

WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL  36340

## O P E R A T I V E   R E P O R T

| | | |
|---|---|---|
| Patient Name: SEAMAN CRYSTAL D | Number: 479251 | Admit Date: 00/00/00 |
| Sex: M        Age: 33 | Med Record: 236150086 MR | Disc. Date:  00/00/00 |
| Date of Birth: 03/09/1970 | Type: O/P      Room#: | Physician: MITCHUM O D MD |
| | | Physician Number: 000700 |

DATE OF PROCEDURE: 12/19/03

PREOPERATIVE DIAGNOSIS: RIGHT ELBOW ULNAR NEUROPATHY

POSTOPERATIVE DIAGNOSIS: SAME

OPERATIVE PROCEDURE: RIGHT ELBOW ULNAR NERVE TRANSPOSITION

SURGEON: STEVE BERANEK, M.D.
ANESTHESIA: GENERAL ANESTHETIC; FRANK VANLANDINGHAM; CRNA
BLOOD LOSS: MINIMAL
TOURNIQUET TIME: 45 MINUTES AT 210 MILLIMETERS OF MERCURY
FLUIDS: A LITER OF PLASMALYTE

INDICATIONS: ADULT WHITE FEMALE WITH ELECTRODIAGNOSTIC RIGHT ELBOW ULNAR NEUROPATHY, WHO
PRESENTS FOR ULNAR NERVE TRANSPOSITION.

DESCRIPTION OF PROCEDURE: FOLLOWING ADEQUATE GENERAL ANESTHETIC, THE RIGHT ARM WAS PREPPED
WITH DURAPREP AND DRAPED IN THE USUAL STERILE FASHION. THE TOURNIQUET AT THE BICEP WAS
INFLATED AT 210 MM OF MERCURY. A 4 INCH INCISION WAS PLACED ALONG THE POSTERIOR BORDER OF
THE ELBOW. THE SUBCUTANEOUS TISSUES WERE DISSECTED DOWN TO THE ULNAR NERVE PROXIMALLY. IT
WAS EASILY IDENTIFIED. AS IT WAS FOLLOWED UP INTO THE ARM, TO THE LIGAMENTOUS STRUTHERS IT
WAS NOTED TO BE QUITE TIGHT. THIS WAS FREED. THE NERVE WAS THEN CIRCUMFERENTIALLY FREED
DISTALLY ALL THE WAY TO THE INSERTION AT THE FLEXOR DIGITORUM PROFUNDUS MUSCLE. IT WAS THEN
TRANSPOSED ANTERIORLY INTO THE SUBCUTANEOUS AREA AND THEN THE FATTY TISSUE WAS SEWN OVER THE
COMMON FLEXOR ORIGIN WITH 2-0 VICRYL SUTURE. THE NERVE WAS NOTED TO BE FREE AND FLOW THROUGH
THIS LITTLE TUNNEL WITHOUT DIFFICULTY. THERE WAS AN ADDITIONAL SUPERFICIAL NERVE WHICH WAS
TRANSECTED IN THE DISSECTION WHICH WAS REPAIRED WITH A SINGLE 4-0 NYLON SUTURE. THE SKIN WAS
CLOSED WITH SUBCUTANEOUS 2-0 VICRYL SUTURE, SUBCUTICULAR 2-0 VICRYL SUTURE AND THEN
REINFORCED WITH STERI-STRIPS. A STERILE NON OCCLUSIVE DRESSING WAS APPLIED, THE TOURNIQUET
DEFLATED AND HER FINGERS PINKED UP NICELY. SHE WAS TAKEN TO OUTPATIENT RECOVERY IN GOOD
CONDITION.

STEVE BERANEK, M.D.
DATE DICTATED: 12/19/03
DATE TYPED:  12/19/03/11:13 A.M./md


PLAINTIFF'S
EXHIBIT
15ee
Blumberg No. 5113