JUN-15-2005  10:41    MIZELL HOME HEALTH



# APPLICATION FOR EMPLOYMENT

On behalf of the entire LHC Group team, we would like to thank you for your interest in our company. LHC Group is committed to hiring the best in the industry by implementing thorough hiring procedures. Please be assured that all information provided to LHC Group by you, will remain completely confidential. We consider applicants for all positions without regard to race, color, religion, creed, gender, national origin, age, disability, marital or veteran status, or any other legally protected status.

*(PLEASE PRINT)*

Position(s) Applied For: LPN

Location/Facility Name: Opp (11/2-11)

Date of Application:

**How Did You Learn About Us?**
- [ ] Advertisement
- [ ] Direct Mail
- [ ] Employee Referral
- [ ] Internet
- [ ] Employment Agency
- [ ] Job Fair
- [x] Other: Yellow Pages

Last Name: Seaman

First Name: Crystal

Middle Name: De Andrea

Address | Number | Street | City | State | Zip Code
3806 Bridgh Ch. Rd | Opp | Al | 31467

Telephone Number: Home 334-203-1113    Cell (334) 504-1750

Email address: NA

Social Security Number: 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

Best time to contact you at home is [x] Morning  [ ] Afternoon  [ ] Evening  [ ] Night

If you are under 18 years of age, can you provide required proof of your eligibility to work? [ ] Yes    [ ] No

Have you ever been employed with us before?  [ ] Yes  [x] No

If Yes, give date NA    Location NA

Are you currently employed?  [ ] Yes  [x] No

If so, may we contact your present employer?  [ ] Yes  [ ] No

Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status? *Proof of citizenship or immigration status will be required upon employment.* [ ] Yes  [x] No

Date available for work: 8/05/05    Desired Compensation $ Will Discuss

**Desired Status (Select all that apply)**
- [ ] Full Time
- [ ] Part Time
- [ ] PRN
- [ ] Weekend Program
- [x] No Preference

**Desired Shift:** [x] Days  [ ] Evenings  [ ] Nights  [ ] Call  [ ] No Preference

Can you travel if a job requires it?  [x] Yes  [ ] No

WE ARE AN EQUAL OPPORTUNITY EMPLOYER

PLAINTIFF'S EXHIBIT
170

JUN-15-2005  10:41   MIZELL HOME HEALTH

## EMPLOYMENT EXPERIENCE

Please list your employment experience starting with your present or last job.  Also please include any job related military service assignments and volunteer activities.

| Employer / Address / Telephone Number(s) / Job Title / Reason for Leaving | Dates Employed (To / From) | Work Performed |
|---|---|---|
| Employer: NHD <br> Address: 115 W Bush Ave <br> Telephone Number(s): 403-2008 <br> Job Title: Nurse Aide <br> Supervisor: Anita Patterson <br> Reason for Leaving: Transfer | To: 6-7-04   From: 3-11-05 | Pill pass, dsg. changes, charting, tx's, summaries, etc. |
| Employer: Student <br> Address: LBW (MacArthur Campus) <br> Telephone Number(s): 493-3573 <br> Job Title: Student <br> Supervisor: <br> Reason for Leaving: Graduated | To: 8-02   From: 6-04 | Classroom studies, Hospital Clinicals |
| Employer: Tom Thumb Stores <br> Address: 1500 E. 5th Ave. Florida, Al <br> Telephone Number(s): 834-3287 <br> Job Title: Ass. Mgr/Cashier <br> Supervisor: Freda Diss <br> Reason for Leaving: School | To: 7-15-02   From: 10-31-01 | Cashier duties, stock, inventory, cleaning, etc. |
| Employer: Student <br> Address: Wallace Community College Dothan <br> Telephone Number(s): <br> Job Title: Student <br> Supervisor: <br> Reason for Leaving: Family reasons | To: 5-02   From: 11-00 | Classroom Studies, Hospital Clinicals |

## EDUCATION/CERTIFICATION

Highest Level of Education ☐ High School ☑ College/University

1. Name of School _LBW MicArthur_ Location _LPP_
   Degree Type: ☐ Associates ☐ Bachelors ☑ Masters ☐ PhD

2. Name of School _____ Location _____
   Degree Type: ☐ Associates ☐ Bachelors ☐ Masters ☐ PhD

Professional Certification/Licensure

1. _LPN_ State _Albini_

2. _____ State _____

Additional _____

Has your professional license/certification ever been sanctioned, suspended, or revoked, or are you currently involved in any proceeding that could affect you license or certification? ☐ Yes ☑ No

If yes, please provide the date, location, and disposition of your case:

_NA_

## REFERENCES

1. Name: _Jean Stewart, RN MSN_ Phone # _493-3180 (evenings)_
   Address: _605 Hare St Opp Al_

2. Name: _Roger Nelson_ Phone # _493-6732 or 493-7841_
   Address: _Sellers Drive Opp, Al_

3. Name: _Dr. Bob Williams_ Phone # _493-7030_
   Address: _Opp, Al_

JUN-15-2005  10:41    MIZELL HOME HEALTH



L H C
G R O U P

## BACKGROUND SEARCH AUTHORIZATION FORM

As an applicant for employment with LHC Group, I have been informed that some state laws require a State Police record check be performed on clinical non-professionals and/or professionals prior to employment. However, LHC Group is committed to providing a safe environment for both patients and employees. Therefore, LHC Group requires a background check on ALL EMPLOYEES.

I hereby authorize AccuScreen systems through Larry Bruce Childers and/or Darin N. Morgan, authorized agents under R. S. 1300.51 to perform this check. I hereby hold harmless AccuScreen Systems, Larry Bruce Childers, and Darin N. Morgan, and LHC Group, from any cause of action that may arise from inaccurate information contained in State Police records. I also understand any adverse information contained with the files of State Police and released to the authorized agency will be provided to me upon written request within ten (10) days of receiving notice that a record exists.

Note to Applicant: The purpose of this form is to obtain information for AccuScreen Systems to conduct a background search. The applicant's demographic information will not be considered when making an employment decision.

Applicant's Full Name: _Harold D. Berman_    SS#: _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_ Date of Birth: _3-7-70_

Driver's License #: _7079214_    State Issued: _AL_    Have you ever been convicted of a crime? ___ Yes _✓_ No

**Applicant's Complete Current**
Physical Address: _18045 Bristol Ch. Rd_    City, State: _Opp, AL_    Zip: _36467_

**Additional Residences** – list below all cities and parishes / counties in which you have resided during the past 7 YEARS ONLY. Please list the dates resided in each city and all last names used while living there DURING THOSE 7 YEARS.

_Opp, AL_            _Covington_       _Berman_    _3-01_ / _8-03_
(City, State)          (County/Parish)   (All last names used while living there)   (Mo-Yr) / (Mo – Yr)

_Hartford, AL_       _Geneva_          _Berman_    _7-99_ / _3-01_
(City, State)          (County/Parish)   (All last names used while living there)   (Mo-Yr) / (Mo – Yr)

_Bonifay, FL_        _Holmes_          _Berman_    _12-89_ / _7-99_
(City, State)          (County/Parish)   (All last names used while living there)   (Mo-Yr) / (Mo – Yr)

---
**Complete this section only if applicable**

_LPN_            _2-054497_        _AL_            _9-23-04_
Professional License Earned    License Number    State Issuing License    Date Issued

---

By completing and signing this form you are authorizing AccuScreen Systems access to any active or inactive records.
I request a copy of the completed background check results _✓_ Yes ___ No

Applicant's Signature: _Harold Berman_            Date: _3-7-10_

Company: _LHC Group_            Position Applying For: _LPN_

Hiring Supervisor's Name: _____

---

## COMPLETED BY CORPORATE OFFICE
### Services Requested

| | | |
|---|---|---|
| _____ State Background | | _____ District Court Background |
| _____ Motor Vehicle Record | | _____ Office of Inspector General |
| | _____ Professional License Verification | |

HR Staff Requesting Search: _____    Contact Phone #: **1-800-489-1307**

# CRYSTAL SEAMAN

28045 Beulah Church Road
Opp, Alabama
36467
(334) 493-1113

March 15, 2005

To whom it may concern,

Enclosed is my resume for your consideration for the Practical Nursing position.

I feel that I would be an asset to your healthcare team, as I am proficient in my studies and I am willing to learn. I firmly believe in that the patient should come first, and feel that I could be a wonderful addition to your nursing team. I believe that I have the capabilities you are looking for. I have strong patient care skills. In addition I have had many clinical experiences with top of the line educators in performing the needed procedures that are required to successfully perform the duties for this position.

I would like the opportunity to tell you more about my clinical experiences and how my skills could contribute to the successful day-to-day functioning of your caregiver team. I would appreciate an interview at your convenience. I will be happy to provide strong references at your request.

I look forward to discussing the position with you.

Sincerely,

Crystal Seaman

# Crystal Seaman

28045 Beulah Church Road
Opp, Alabama
36467
(334) 493-1113
(334) 504-1759

## Objective

Practical Nursing Position

## Education

LBW MacArthur Campus 5-03/6-04 *Practical Nursing*
LBW MacArthur Campus 8-02/5-03 *Surgical Technology*
Wallace Community College ( Dothan Campus) 1-00/4-01 *Respiratory Therapy*

## Clinical Experience

Opp Nursing Healthy and Rehab 6-04/3-05
Mizell Memorial Hospital 1-04/6-04
Andalusia Regional Hospital 8-03/12-03
Opp Nursing Health and Rehab 4-03/8-03

## Relevant Experience

Wiregrass Medical Center 1-03/4-03 (*Surgical Technology* studies)
North Okaloosa Regional Hospital 8-02/1-03 (*Surgical Technology* studies)
Flowers Hospital 8-00/4-01 (*Respiratory Therapy* studies)
Southeast Alabama Medical Center 8-00/4-01 (*Respiratory Therapy* studies)

## Accomplishments

- ❖ Successful completion of examinations including blood pressure readings, specimen collection, patient assessment and history, and patient care.
- ❖ Provided patient care, took vital signs, administered medications, assigned to assist patients with activities of daily living.
- ❖ Successful completion of Basic Life Support program for certification by the American Heart Association, "Healthcare Provider" certification received.
- ❖ Working on a team of healthcare providers in the facility setting.

References Available Upon Request

# CRYSTAL SEAMAN, LPN

28045 Beulah Church Road
Opp, Alabama
36467
(334) 493-1113

March 15, 2005

To whom it may concern,

Enclosed is my resume for your consideration for the Practical Nursing position.

I feel that I would be an asset to your healthcare team, as I am proficient in my studies and I am willing to learn. I firmly believe in that the patient should come first, and feel that I could be a wonderful addition to your nursing team. I believe that I have the capabilities you are looking for. I have strong patient care skills. In addition I have had many clinical experiences with top of the line educators in performing the needed procedures that are required to successfully perform the duties for this position.

I would like the opportunity to tell you more about my clinical experiences and how my skills could contribute to the successful day-to-day functioning of your caregiver team. I would appreciate an interview at your convenience. I will be happy to provide strong references at your request.

I look forward to discussing the position with you.

Sincerely,

Crystal Seaman



PLAINTIFF'S EXHIBIT 17b

# Crystal Seaman
28045 Beulah Church Road
Opp, Alabama
36467
(334) 493-1113
(334) 504-1759

## Objective
Practical Nursing Position

## Education
LBW MacArthur Campus 5-03/6-04  *Practical Nursing*
LBW MacArthur Campus 8-02/5-03  *Surgical Technology*
Wallace Community College ( Dothan Campus) 1-00/4-01  *Respiratory Therapy*

## Clinical Experience
Opp Nursing Healthy and Rehab 6-04/3-05
Mizell Memorial Hospital 1-04/6-04
Andalusia Regional Hospital 8-03/12-03
Opp Nursing Health and Rehab 4-03/8-03

## Relevant Experience
Wiregrass Medical Center 1-03/4-03 (*Surgical Technology* studies)
North Okaloosa Regional Hospital 8-02/1-03 (*Surgical Technology* studies)
Flowers Hospital 8-00/4-01 (*Respiratory Therapy* studies)
Southeast Alabama Medical Center 8-00/4-01 (*Respiratory Therapy* studies)

## Accomplishments
❖ Successful completion of examinations including blood pressure readings, specimen collection, patient assessment and history, and patient care.
❖ Provided patient care, took vital signs, administered medications, assigned to assist patients with activities of daily living.
❖ Successful completion of Basic Life Support program for certification by the American Heart Association, "Healthcare Provider" certification received.
❖ Working on a team of healthcare providers in the facility setting.

References Available Upon Request

It is the policy of Horizon Health Network to provide employment opportunities without regard to race, color, religion, sex, national origin, age or disability. This application is to be active for a period of one year only. Any application submitted incomplete will not be considered for available positions.

  

HOSPICE

**HORIZON**
HEALTH NETWORK

HOME CARE


Emerald Coast

Post Office Drawer 2127
Dothan, AL 36302


HOME MEDICAL
EQUIPMENT

## EMPLOYMENT APPLICATION

Position Applying For: _LPN_

Office Location(s): _Will discuss_

DATE: _3-18-00_

NAME: _Crystal D. Swann_    SOCIAL SECURITY # _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_

CURRENT ADDRESS: _28040 Beulah Church Rd, Opp AL 36467_
      Street             City      State     Zip code

TELEPHONE: _493-1113 or 521-1759_

If you have lived at the above address for less than 12 months, list your previous address:

_N/A_

| Street | City | State | Zip Code |
|--------|------|-------|----------|

Are you at least 18 years old:      (YES)   NO   (CIRCLE ONE)

Do you have adequate means of transportation
to get to work on time each day and when called
in on short notice if placed "on call"?      (YES)   NO   (CIRCLE ONE)

Have you been convicted of any criminal offense
other than traffic violations within the past seven
years?      YES   (NO)   (CIRCLE ONE)

Have you been confined following a conviction for
any criminal offense within the last seven years?      YES   (NO)   (CIRCLE ONE)

Have you ever been sanctioned by any governmental
payor (such as Medicare, Medicaid, or Champus)?      YES   (NO)   (CIRCLE ONE)

If your response to any of the preceding three questions was: "YES", give the date, place, and nature to each action, conviction or pending charge. (The existence of a conviction will not necessarily preclude you from employment: The nature of the crime and its relationship to the position applied for, the degree of rehabilitation that has occurred and the time elapsed since the time or release from confinement will be considered.)

_N/A_

HOS-270-1

How did you hear about the position? *2:H.*

Date you can begin work: *22500*

Overtime may be required,
does this pose a problem for you?          YES      (NO)     (CIRCLE ONE)

Have you ever been employed by this company?   YES   (NO)    (CIRCLE ONE)

If yes, give position(s) and date(s) you worked: _____
_____ *NA* _____

Would you accept part-time work?          (YES)     NO      (CIRCLE ONE)

Would you accept temporary work?          (YES)     NO      (CIRCLE ONE)

List any relatives working for us: *None*

Special skills you possess (include any special skills form military service): *Pt. care skills,*
*first aider, good listener, willingness to adapt.*

Identify skills related to business machines and/or medical equipment you can operate (computer,
computer software, computer programs, calculator, billing machine, and medical equipment):
*Calculator, some computer skills, some IV pump.*

Typing: Approximately *unknown* WPM      Shorthand: Approximately *NA* WPM

Long range occupational goals: *Be the best nurse I can, be caring, considerate & professional.*

| EDUCATION | Did you finish? If not, highest level | Name of school and location | Graduation Date | Certification and/or degrees |
|---|---|---|---|---|
| High School | *Yes* | *No. Marion County FL* | *1988* | *Diploma* |
| College | *Yes* | *BW PPP* | *b-74* | *NA* |
| School of Nursing | *Yes* | *BW PP* | *6-04* | *LPN* |
| Special School or Training | | | | |

*(Amount of education considered necessary will vary according to the job position)*

**Professional License and Certification:**

| Type | State | Date Issued | Number |
|---|---|---|---|
| *LPN* | *AL* | *9-23-01* | *0-054497* |
| | | | |
| | | | |
| | | | |

Have any disciplinary actions or investigation been initiated or are any pending against you by any state licensure board                YES      (NO)    (CIRCLE ONE)

Has your license to practice in any state ever been challenged, denied, limited, suspended, revoked, voluntarily or involuntarily relinquished?       YES      (NO)    (CIRCLE ONE)

If the answer to either of the above questions is "yes" please provided full explanation of the details on a separate sheet and attach.

## EMPLOYMENT HISTORY

List all previous employers for whom you have worked in the last ten years. (List in order, last or present employer first. Attach an extra sheet if necessary.) Please indicated full name used at time of hire and at time of termination at each place of employment.

1) Employer Name: AHS      Phone: 493-4558
   Employer Address: 115 W. South Ave.
   Name used during employment: Crystal Seaman    Date(From-To): 6-7-04 / 3-11-05
   Rate of Pay (Start/Finish): $8.15 / $8.65    Supervisor Name & Title: Anita Patterson DON
   Reason for leaving: Transfer / Worked in tria staffing
   State position held and describe work you did: Charge Nurse / Med pass, PT care, MARS, TX, TXRX, bady audits, etc.

2) Employer Name: LBW MacArthur      Phone: 493-3523
   Employer Address: Opp, Al
   Name used during employment: Crystal Seaman    Date(From-To): 8-02 / 6-04
   Rate of Pay (Start/Finish): ____    Supervisor Name & Title: Nanina Conley, RN
   Reason for leaving: Graduated
   State position held and describe work you did: Student / Classroom Studies, Hospital Clinicals (Med-Surg, TCU, ER, etc.)

3) Employer Name: Tom Thumb Shoes      Phone: 858-3327
   Employer Address: 1300 E. 3th Ave, Eliola
   Name used during employment: Crystal Seaman    Date(From-To): 10-31-01 / 7-15-02
   Rate of Pay (Start/Finish): $6.75 / $7.45    Supervisor Name & Title: ____ Mgr / Dixie Cox
   Reason for leaving: Return to school full-time
   State position held and describe work you did: Cashier/Clerk, stock, inventory, cleaning, etc.

4) Employer Name: AL Bage Community College  Phone: ____
   Employer Address: Dothan, Al
   Name used during employment: Crystal Seaman    Date(From-To): 1-00 / 5-02
   Rate of Pay (Start/Finish): ____    Supervisor Name & Title: Tim Turley, RRT
   Reason for leaving: Relocated
   State position held and describe work you did: Respiratory Student / Classroom Studies, hospital clinicals

HOS-270-2                 3

May we contact employers listed above?      (YES)      NO      (Circle ONE)

If no, indicate below which one(s) we should not and why?

_N/A_

List any past employment experience, skills or qualifications you believe would be of value if you are hired or summarize any additional information necessary to describe your full qualification:

_great people skills, good listener, fast learner, determination._
_Grew up around long-term care. Love to care for people._

Comments regarding lapses, if applicable: _Before 2000 I was an @ home_
_mom_

### Personal References (not former employers or relatives)

| Name and Occupation | Address | Phone Number |
|---|---|---|
| Jean Stewart, RN, MDS | 105 Gue St. Opp, Al | 493-3120 |
| Roger Mahon | Pollard Dr. Opp | 404-4772(w) 493-7811(home) |
| Dr. Bob Williams, MD | Opp, Al | 493-7930 |

I hereby state the information given by me in this application is true in all respects. I understand that if I am employed and the information is found to be false in any respect, I will be subject to dismissal without notice at any time. I hereby authorize my former employers to release information pertaining to my work record, my work habits and my work performance while in their employ. In making application for employment, I understand that an investigative report may be made by a consumer-reporting agency. By signing this document, I hereby expressly authorize Horizon Health Network to obtain information regarding my credit worthiness, standing or capacity, character, general reputation, personal characteristics and mode of living, which ever may be applicable. I understand that Horizon Health Network may obtain consumer reports, perform drug test, screen references, and do any criminal background screenings as permitted by law. I understand that such information may be used by Horizon Health Network in making a decision regarding my employment. If such an investigative report is made, I understand that I will receive notice that such a report has been requested and that I will have the right to make a written request for a complete and accurate disclosure of additional information concerning the nature and scope of the investigation. I understand and agree that any employee handbook which I may receive will not constitute an employment contract but will be merely a gratuitous statement of Horizon Health Network's current policies.

I understand that if offered a position, I may be required to submit to pre-employment medical examination, drug screening and background check as a condition of employment. I understand that unsatisfactory results, refusal to cooperate with, or any attempt to affect the results of these pre-employment tests and checks will result in withdrawal of any employment offer or termination of employment if already employed.

4

I UNDERSTAND AND AGREE THAT IF I AM OFFERED EMPLOYMENT BY HORIZON HEALTH NETWORK, MY EMPLOYMENT WILL BE FOR NO DEFINITE TERM AND THAT EITHER I OR HORIZON HEALTH NETWORK WILL HAVE THE RIGHT TO TERMINATE THE EMPLOYMENT RELATIONSHIP AT ANY TIME, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE. I ALSO UNDERSTAND THIS STATUS CAN ONLY BE ALTERED BY A WRITTEN CONTRACT OF EMPLOYMENT WHICH IS SPECIFIC AS TO ALL MATERIAL TERMS AND IS SIGNED BY ME AND THE ADMINISTRATION OF HORIZON HEALTH NETWORK.

SIGNATURE

DATE 3-18-05

HOS-270-3                                         5

## CONSENT FOR BACKGROUND INVESTIGATIONS

I, *Crystal Jomoon* _____ (applicant name), hereby authorize HORIZON HEALTH NETWORK and/or its agents to make an independent investigation of my background, references, character, past/present employment, education, credit, motor vehicle records, criminal and police report, including those maintained by both public and private organizations and all public records for the purpose of confirming the information contained on my application, resume, or in other supporting documentation and/or obtaining other information which may be material to my qualifications.

I understand that HORIZON HEALTH NETWORK and/or its agents will adhere to applicable state and federal statutes concerning the securing of the information, handling, and release of information obtained in the investigation. I further understand, under the guidelines set forth in the federal Fair Credit Reporting Act, I have the right to request additional disclosures as to the nature and scope of the investigation and will be provided a copy of the consumer rights as defined by the Federal Trade Commission. The following is my true and complete legal name and all information on this document is true and correct to the best of my knowledge. I understand that the (*optional) information requested below is for the sole purpose of gathering information accurately and positive identification and will not be used to discriminate against me in violation of any law. I understand any initial offer will be contingent until all information is obtained and processed and may be subsequently withdrawn based on the results of this investigation.

_Crystal DeAntoon Jomoon_

APPLICANT'S FULL LEGAL NAME *(PLEASE PRINT FIRST, MIDDLE, LAST NAME "CLEARLY") COMPLETE ALL INFORMATION*

_Litton_

MAIDEN NAME (AND/OR ANY OTHER NAMES USED)                    NICKNAME

| 3-9-70 | F | W | 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 | |
|---|---|---|---|---|
| *DATE OF BIRTH | *SEX | *RACE | SOCIAL SECURITY NUMBER | |

7070214                                         AL        7-12-07

DRIVERS LICENSE NUMBER                    STATE OF LICENSE    EXPIRATION DATE

2825 Beulah Ch. Rd. Opp Al 34657              2/13.

PRESENT ADDRESS          CITY/STATE/ZIP          HOW LONG THERE?
                                                 (PLEASE LIST SEVEN YEARS OF RESIDENCE)

783 Gopher Ridge Rd. Jomoon, Al              2/3 1/3.

FORMER ADDRESS          CITY/STATE/ZIP          HOW LONG THERE?
                                                 (PLEASE LIST SEVEN YEARS OF RESIDENCE)

Hartford, Al                                  1/2 1/3.

FORMER ADDRESS          CITY/STATE/ZIP          HOW LONG THERE?
                                                 (PLEASE LIST SEVEN YEARS OF RESIDENCE)

Str Rt 1 Box 70 Polatka, Fl                   1/1 1/3.

FORMER ADDRESS          CITY/STATE/ZIP          HOW LONG THERE?
                                                 (PLEASE LIST SEVEN YEARS OF RESIDENCE)

_____          _____          _____

FORMER ADDRESS          CITY/STATE/ZIP          HOW LONG THERE?
                                                 (PLEASE LIST SEVEN YEARS OF RESIDENCE)

_Crystal Jomoon_                              3-18-05

APPLICANT'S SIGNATURE                         DATE


WITNESSED: _____

# CRYSTAL SEAMAN, LPN

28045 Beulah Church Road
Opp, Alabama
36467
(334) 493-1113


March 15, 2005


To whom it may concern,--


Enclosed is my resume for your consideration for the Practical Nursing position.


I feel that I would be an asset to your healthcare team, as I am proficient in my studies and I am willing to learn. I firmly believe in that the patient should come first, and feel that I could be a wonderful addition to your nursing team. I believe that I have the capabilities you are looking for. I have strong patient care skills. In addition I have had many clinical experiences with top of the line educators in performing the needed procedures that are required to successfully perform the duties for this position.


I would like the opportunity to tell you more about my clinical experiences and how my skills could contribute to the successful day-to-day functioning of your caregiver team. I would appreciate an interview at your convenience. I will be happy to provide strong references at your request.


I look forward to discussing the position with you.


Sincerely,

Crystal Seaman




PLAINTIFF'S
EXHIBIT
17c

# Crystal Seaman
28045 Beulah Church Road
Opp, Alabama
36467
(334) 493-1113
(334) 504-1759

## Objective
Practical Nursing Position

## Education
LBW MacArthur Campus 5-03/6-04  *Practical Nursing*
LBW MacArthur Campus 8-02/5-03  *Surgical Technology*
Wallace Community College ( Dothan Campus) 1-00/4-01  *Respiratory Therapy*

## Clinical Experience
Opp Nursing Healthy and Rehab 6-04/3-05
Mizell Memorial Hospital 1-04/6-04
Andalusia Regional Hospital 8-03/12-03
Opp Nursing Health and Rehab 4-03/8-03

## Relevant Experience
Wiregrass Medical Center 1-03/4-03 (*Surgical Technology* studies)
North Okaloosa Regional Hospital 8-02/1-03 (*Surgical Technology* studies)
Flowers Hospital 8-00/4-01 (*Respiratory Therapy* studies)
Southeast Alabama Medical Center 8-00/4-01 (*Respiratory Therapy* studies)

## Accomplishments
❖ Successful completion of examinations including blood pressure readings, specimen collection, patient assessment and history, and patient care.
❖ Provided patient care, took vital signs, administered medications, assigned to assist patients with activities of daily living.
❖ Successful completion of Basic Life Support program for certification by the American Heart Association, "Healthcare Provider" certification received.
❖ Working on a team of healthcare providers in the facility setting.

References Available Upon Request

# Gentiva™
## HEALTH SERVICES

Type or print clearly. This form should be completed carefully and fully. It is essential that we have complete information regarding your training and experience. Please complete all sections even if you have already provided us with your resumé. Your present employer will not be contacted for a reference without your consent. Reasonable accommodations will be made for applicants when requested.

TODAYS DATE: _3-X-?0_

| NAME: | LAST | FIRST | MIDDLE | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| | Benna | Crystal | D. | 416 B 2001 |

| ADDRESSES FOR THE LAST FIVE YEARS (Present address first) | STREET | CITY | STATE | ZIP |
|---|---|---|---|---|
| 1. | 28040 Beulah Ch Rd | Opp | Al | 3646-7 |
| 2. | 783 Gopher Ridge Rd | Enman | Al | |
| 3. | | Northird | Al | |

| TELEPHONE # | OTHER PHONE |
|---|---|
| (334) 403-1113 | (334) 504-1757 |

Are you legally authorized to work in the USA?  ☑ Yes  ☐ No
(Should you become employed by Gentiva Health Services, you will be required to provide documentation proving your identity and eligibility to work in the USA.)

| POSITION APPLYING FOR (CLINICAL/CAREGIVER HEALTH CARE APPLICANTS—ALSO SEE SECTION BELOW) | MIN. SALARY REQUIREMENTS | DATE AVAILABLE TO BEGIN WORK |
|---|---|---|
| LPN | W/discuss | 3-25-70 |

HOW WERE YOU REFERRED TO GENTIVA HEALTH SERVICES?

☐ NEWSPAPER   ☐ TRADE PUBLICATION   ☑ EMPLOYMENT AGENCY _J.S.A_

☐ GENTIVA CORPORATION EMPLOYEE, NAME: _____  WORK LOCATION _____

☐ JOB FAIR/OPEN HOUSE; LOCATION _____   ☐ OTHER REFERRAL SOURCE _____

| EDUCATION | | LOCATION | LAST YEAR COMPLETED: | DID YOU GRADUATE: | COURSE OR MAJOR | DIPLOMA OR DEGREE | GPA |
|---|---|---|---|---|---|---|---|
| HIGH SCHOOL NAME | North Abrica | Opp, Al | ☐9 ☐10 ☐11 ☑12 | ☑ YES ☐ NO | | | 3.0 |
| COLLEGE NAME | LBW MacArthur | Opp, Al | ☑1 ☐2 ☐3 ☐4 | ☑ YES ☐ NO | LPN | License | 3.0 |
| GRADUATE SCHOOL NAME | | | ☐1 ☐2 ☐3 ☐4 | ☐ YES ☐ NO | | | |
| BUSINESS SCHOOL NAME | | | ☐1 ☐2 ☐3 ☐4 | ☐ YES ☐ NO | | | |
| OTHER | | | ☐1 ☐2 ☐3 ☐4 | ☐ YES ☐ NO | | | |

---

GENTIVA HEALTH SERVICES PROFESSIONAL AND PARAPROFESSIONAL **CLINICAL/HEALTH CARE APPLICANTS ONLY**

| LICENSE/ CERTIFICATION/ REGISTRATION (Use additional pages as necessary) | LICENSE TYPE | LICENSE / CERTIFICATION / REGISTRATION NO. | STATE | EXPIRATION DATE |
|---|---|---|---|---|
| | LPN | 20244-17 | Al | 12-31-05 |
| | LICENSE TYPE | LICENSE / CERTIFICATION / REGISTRATION NO. | STATE | EXPIRATION DATE |
| | | | | |
| | LICENSE TYPE | LICENSE / CERTIFICATION / REGISTRATION NO. | STATE | EXPIRATION DATE |
| | | | | |

| CPR EXPIRATION DATE | LAST PHYSICAL EXAM DATE | LAST TB / CXR DATE |
|---|---|---|
| | 2004 | 2004 (TB)  12-04 CXR |

_have to check ↑_

Please check the shift(s) and days of the week you are available to work:

☑ FULL-TIME  ☐ PART-TIME   PLEASE SPECIFY HOURS: _____   ☐ VISITS ONLY

☐ MONDAY   ☐ TUESDAY   ☐ WEDNESDAY   ☐ THURSDAY   ☐ FRIDAY   ☐ SATURDAY   ☐ SUNDAY

_Prefer days/evenings_

## Application for Employment

**WORK EXPERIENCE**

List all of your work experience beginning with your most recent job. You will be asked to explain all gaps in employment and what your were doing during that time. Include military experience, summer, part-time jobs and any verifiable work performed on a voluntary basis. (Attach additional sheets if necessary.)

**COMPANY NAME (PRESENT OR MOST RECENT EMPLOYER)**
NHC

**EMPLOYMENT DATES:** FROM: MO _6_ YR _04_ TO: MO _3_ YR _05_

**COMPANY ADDRESS**
107 W. Faulk Ave Opp, Al

**TITLE** Charge Nurse

**SALARY** HRLY $ 12.75 / HRLY ANNLY $

**DESCRIBE YOUR MOST RECENT JOB DUTIES AND ACCOMPLISHMENTS.**
Patient Care, Med orders, MAR's, treatments, TAR's, Charting, etc.

**NAME OF CURRENT SUPERVISOR** Anita Patterson DON
**TELEPHONE NO.** 493-4558
**MAY WE CONTACT?** ☐ YES ☐ NO—IF NO, WHY NOT?
**EXPLAIN REASON FOR LEAVING** Wanted me to train students / Transfer
**ARE YOUR EMPLOYMENT RECORDS LISTED UNDER ANOTHER NAME?** ☐ NO ☐ YES—IF YES, WHAT NAME?

**COMPANY NAME (PRESENT OR MOST RECENT EMPLOYER)**
LBW North West
**EMPLOYMENT DATES:** FROM: MO _8_ YR _02_ TO: MO _6_ YR _04_

**COMPANY ADDRESS**
Opp, Al

**TITLE** RN Student

**SALARY** HRLY $ ANNLY $

**DESCRIBE YOUR MOST RECENT JOB DUTIES AND ACCOMPLISHMENTS.**
Classroom Studies, Hospital Clinicals (Med-Surg, ICU, OR, etc.)

**NAME OF CURRENT SUPERVISOR** Mona Cauley RN
**TELEPHONE NO.** 493-3573
**EXPLAIN REASON FOR LEAVING** Graduated
**ARE YOUR EMPLOYMENT RECORDS LISTED UNDER ANOTHER NAME?** ☐ NO ☐ YES—IF YES, WHAT NAME?

**COMPANY NAME (PRESENT OR MOST RECENT EMPLOYER)**
Tom Thumb Store
**EMPLOYMENT DATES:** FROM: MO _11_ YR _01_ TO: MO _7_ YR _02_

**COMPANY ADDRESS**
1701 5th Ave Florala, Al

**TITLE** Cashier/Clerk

**SALARY** HRLY $ 6.75 / HRLY ANNLY $

**DESCRIBE YOUR MOST RECENT JOB DUTIES AND ACCOMPLISHMENTS.**
Cashier, stock, orders, inventory, cleaning, etc.

**NAME OF CURRENT SUPERVISOR** Desiree Cox Mgr
**TELEPHONE NO.** 858-3327
**EXPLAIN REASON FOR LEAVING** Return to school full-time
**ARE YOUR EMPLOYMENT RECORDS LISTED UNDER ANOTHER NAME?** ☐ NO ☐ YES—IF YES, WHAT NAME?

Please list any other work related information you think would be helpful to us in considering you for employment, such as foreign language competency, additional work experience, volunteer work, activities, accomplishments, publications, patents, thesis, etc.

Various clinical experiences - See Resume

**REFERENCES**

Please list three managers whom you have reported to directly. Personal references will not be accepted.

| NAME | COMPANY | TITLE | TELEPHONE NO. |
|---|---|---|---|
| Joan Steward RN, MSN | LBW | Instructor, RN | 493-3573 / 493-3120 |
| Mona Cauley, RN | | RN | |
| Dr. Bob Williams MD | MMH | MD | 493-7030 |

Please be sure to read and sign the Acknowledgement on the back page of the application.



46305

# GENTIVA HEALTH SERVICES
### Background   Request & Release Form

I certify that the following information is true and correct to the best of my knowledge. I understand that falsification of information or misinformation herein may result in my discharge at any time. I hereby authorize and have been informed by Gentiva Health Services ("the Company") that a criminal background and /or OIG sanction report/GSA exclusion checks will be conducted as a condition of my employment. I understand and agree that should I be hired, the Company, from time to time in its sole discretion, may request subsequent criminal background and/or OIG sanction report/GSA exclusion checks without further notification. I further understand that I am obligated to notify the Company of any criminal convictions, sanctions, or exclusions that occur during my employment with the Company.

Signed _____  Date 3/18/00

Have you ever been convicted of or pled guilty to any criminal offense, including a traffic infraction, at the misdemeanor or felony level or have sanctions or exclusions been imposed by the Office of Inspector General or General Services Administration?  If Yes, provide details including date, location of court, charge(s) and disposition(s): Yes ☐    No ☐

---

Personal Information...Print capital letters in the boxes. Try not to touch the sides of the boxes.

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |

**First Name**

CRYSTAL

**Middle Name**

DEANDREA

**Last Name**

SEAMAN

**Previous Legal Name If Changed Within The Last 7 Years**

**Current Street Address (Also Fill In Previous Address If You've Lived @ Current Address Less Than One Year)**

28 OLD BEULAH CH RD

**City** OPP     **State** AL     **ZIP** 36467

**Social Security Number** 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     **Date of Birth (month-day-year)** 03-09-70     (For Verification Purposes Only.)

**Previous Address...List Only If You've Lived @ Current Address Less Than One Year**

**City**     **State**     **ZIP**

REQUESTER MUST COMPLETE THIS SECTION INCLUDING TYPE OF SEARCH

**Requester's Name**

**Pinkerton Account #** 2 1 4 9 2 1     **GHS Cost Center #**

**Voice Phone Number** _____  **Ext** _____  **FAX Phone Number** _____

Criminal Background (Felony & All Misdemeanors) & DHHS/OIG & GSA-> ○

DHHS/OIG & GSA Only-> ○

---

**≡PINKERTON**     FAX to the Information Center at 800-699-4874
For assistance, CALL Customer Service at 800-403-4750



It is the policy of Horizon Health Network to provide employment opportunities without regard to race, color, religion, sex, national origin, age or disability. This application is to be active for a period of one year only. Any application submitted incomplete will not be considered for available positions.

  

**WIREGRASS HOSPICE**

**HORIZON**
HEALTH NETWORK

Post Office Drawer 6867
Dothan, AL 36302

**HOME CARE**

 

**Hospice of the Emerald Coast**

**HORIZON HOME MEDICAL EQUIPMENT**

## EMPLOYMENT APPLICATION

Position Applying For: _LPN_

Office Location(s): _DPP_

DATE: _3-17-05_

NAME: _Crystal Sermol_ SOCIAL SECURITY # _236-15-____

CURRENT ADDRESS: _2805 Beulah Church DPP_ _AL 36467_
Street / City / State / Zip code

TELEPHONE: _(334)493-1113 (home)_ _(334)504-1759 (cell)_

If you have lived at the above address for less than 12 months, list your previous address:

_NA_
Street                                                City            State        Zip Code

Are you at least 18 years old:                         YES      NO    (CIRCLE ONE)

Do you have adequate means of transportation
to get to work on time each day and when called
in on short notice if placed "on call"?                YES      NO    (CIRCLE ONE)

Have you been convicted of any criminal offense
other than traffic violations within the past seven
years?                                                 YES      NO    (CIRCLE ONE)

Have you been confined following a conviction for
any criminal offense within the last seven years?      YES      NO    (CIRCLE ONE)

Have you ever been sanctioned by any governmental
payor (such as Medicare, Medicaid, or Champus)?        YES      NO    (CIRCLE ONE)

If your response to any of the preceding three questions was: "YES", give the date, place, and nature to each action, conviction or pending charge. (The existence of a conviction will not necessarily preclude you from employment: The nature of the crime and its relationship to the position applied for, the degree of rehabilitation that has occurred and the time elapsed since the time or release from confinement will be considered.)

_NA_

1



PLAINTIFF'S
EXHIBIT

17d

Blumberg No. 5113

Have any disciplinary actions or investigation been initiated or are any pending against you by any state licensure board                    YES        NO    (CIRCLE ONE)

Has your license to practice in any state ever been challenged, denied, limited, suspended, revoked, voluntarily or involuntarily relinquished?    YES        NO    (CIRCLE ONE)

If the answer to either of the above questions is "**yes**" please provided full explanation of the details on a separate sheet and attach.

## EMPLOYMENT HISTORY

List all previous employers for whom you have worked in the last ten years.  (List in order, last or present employer first.  Attach an extra sheet if necessary.)  Please indicated full name used at time of hire and at time of termination at each place of employment.

1) Employer Name: _NHS_    Phone: _493-4558_
   Employer Address: _115 N Bulk Ave   Opp, Al 36467_
   Name used during employment: _Crystal Jarman_    Date(From-To): _6-7-04 / 3-11-05_
   Rate of Pay (Start/Finish): _$14.75 hr   1st $14.25 hr_ Supervisor Name & Title _Anita Patterson / DN_
   Reason for leaving: _Wanted me to have students / Transfer_
   State position held and describe work you did: _Charge Nurse_
   _Dillpass, MARS, IV, TARS, Charts + More_

2) Employer Name: _LBW MacArthur (Student)_ Phone: _493-3573_
   Employer Address: _Opp, Al_
   Name used during employment: _Crystal Jarman_    Date(From-To): _3-02 / 6-04_
   Rate of Pay (Start/Finish): _—_    Supervisor Name & Title _Monica Cawley RN_
   Reason for leaving: _Graduated_
   State position held and describe work you did: _Student_
   _Classroom Studies / Hospital Clinicals_

3) Employer Name: _Tom Thumb Stores_    Phone: _858-3527_
   Employer Address: _1300 E 5th Ave   Florala, Al_
   Name used during employment: _Crystal Jarman_    Date(From-To): _10-31-01 / 7-16-02_
   Rate of Pay (Start/Finish): _$6.75 hr  / $7.45 hr_ Supervisor Name & Title _Dorce Cot Mgr._
   Reason for leaving: _Return to school_
   State position held and describe work you did: _Cashier / Shoe Clerk_
   _Stock, inventory, cashier, clean up etc._

4) Employer Name: _Wallace Community College (Dothan)_ Phone: _____
   Employer Address: _Dothan, Al_
   Name used during employment: _Crystal Jarman_    Date(From-To): _1-00 / 5-02_
   Rate of Pay (Start/Finish): _—_    Supervisor Name & Title _Too Many_
   Reason for leaving: _Relocated_
   State position held and describe work you did: _Respiratory Student_
   _Classroom Studies, Hospital Clinicals_

I UNDERSTAND AND AGREE THAT IF I AM OFFERED EMPLOYMENT BY HORIZON HEALTH NETWORK, MY EMPLOYMENT WILL BE FOR NO DEFINITE TERM AND THAT EITHER I OR HORIZON HEALTH NETWORK WILL HAVE THE RIGHT TO TERMINATE THE EMPLOYMENT RELATIONSHIP AT ANY TIME, WITH OR WITHOUT CAUSE, AND WITH OR WITHOUT NOTICE.  I ALSO UNDERSTAND THIS STATUS CAN ONLY BE ALTERED BY A WRITTEN CONTRACT OF EMPLOYMENT WHICH IS SPECIFIC AS TO ALL MATERIAL TERMS AND IS SIGNED BY ME AND THE ADMINISTRATION OF HORIZON HEALTH NETWORK.

SIGNATURE

DATE

5

**CONSENT FOR BACKGROUND INVESTIGATIONS**

I, _Crystal Seaman_ (applicant name), hereby authorize HORIZON HEALTH NETWORK and/or its agents to make an independent investigation of my background, references, character, past/present employment, education, credit, motor vehicle records, criminal and police report, including those maintained by both public and private organizations and all public records for the purpose of confirming the information contained on my application, resume, or in other supporting documentation and/or obtaining other information which may be material to my qualifications.

I understand that HORIZON HEALTH NETWORK and/or its agents will adhere to applicable state and federal statutes concerning the securing of the information, handling, and release of information obtained in the investigation. I further understand, under the guidelines set forth in the federal Fair Credit Reporting Act, I have the right to request additional disclosures as to the nature and scope of the investigation and will be provided a copy of the consumer rights as defined by the Federal Trade Commission. The following is my true and complete legal name and all information on this document is true and correct to the best of my knowledge. I understand that the (*optional) information requested below is for the sole purpose of gathering information accurately and positive identification and will not be used to discriminate against me in violation of any law. I understand any initial offer will be contingent until all information is obtained and processed and may be subsequently withdrawn based on the results of this investigation.

_Crystal D'Andrea Seaman_
APPLICANT'S FULL LEGAL NAME *(PLEASE PRINT FIRST, MIDDLE, LAST NAME "CLEARLY") COMPLETE ALL INFORMATION*

_Sutton_
MAIDEN NAME                    AND/OR ANY OTHER NEAMES USED                    NICKNAME

| 3-2-70 | F | W | 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 | |
|---|---|---|---|---|
| *DATE OF BIRTH | *SEX | *RACE | SOCIAL SECURITY NUMBER | |

_7079214_                                                    _AL_                    _7-12-07_
DRIVERS LICENSE NUMBER                                   STATE OF LICENSE          EXPIRATION DATE

_5045 Beulah Ch Rd Apt AI 36467_                         _2 yrs._
PRESENT ADDRESS          CITY/STATE/ZIP                   HOW LONG THERE?
                                                         *(PLEASE LIST SEVEN YEARS OF RESIDENCE)*

_783 Ginger Ridge Rd Samson AI_                          _2/2 yrs_
PRESENT ADDRESS          CITY/STATE/ZIP                   HOW LONG THERE?
                                                         *(PLEASE LIST SEVEN YEARS OF RESIDENCE)*

_Hartford, AI_                                           _1/2 yrs._
PRESENT ADDRESS          CITY/STATE/ZIP                   HOW LONG THERE?
                                                         *(PLEASE LIST SEVEN YEARS OF RESIDENCE)*

_Star Rd 1 Box 70 Palatka FI 32177_                      _11 yrs._
FORMER ADDRESS          CITY/STATE/ZIP                    HOW LONG THERE?
                                                         *(PLEASE LIST SEVEN YEARS OF RESIDENCE)*

FORMER ADDRESS          CITY/STATE/ZIP                    HOW LONG THERE?
                                                         *(PLEASE LIST SEVEN YEARS OF RESIDENCE)*


APPLICANT'S SIGNATURE                    DATE


WITNESSED: _____