**O.D. Mitchum, M.D.**  *Practice Office Notes*

Name: Crystal Seaman   DOB: 3-9-70   Date: 2-27-6   MR No: 31084

ALLERGIES: NKDA

**HISTORY CC/HPI:**

c/o R) arm — had part of ulnar nerve removed.
pt states she takes Lortab 10, 3 q.d. × 7 yr
+ Xanax 2 mg q.d.
pt is LPN Can't pick up or carry much.

Agree with above history

Meds: (See Flowsheet)   see sheet

Med/Surg Hx:   R) arm ulnar nerve

Fam/Soc Hx:   pt uses Ted's pharm. in opp

**IN-HOUSE DIAGNOSTICS** (See attached)  UA___ UP___ HCT___ Hemocult___ BS___ 12 Lead EKG___

X-Ray ___   Results: See X-Ray Report

**PHYSICAL EXAM:** Const. Appearance  NAD   T 99.8  P 108  R 20  BP 130/90  Wt 267

ABNORMALS: grip power good. Turgor ulnar n.  scar, R elbow. Sensation only rad. & ulnar n.

| | |
|---|---|
| Eyes ___ | Perrla; no redness; peri orbital swelling; non-icteric |
| ENT ___ | clear nares; pharynx; ear canals/TMs |
| Neck ___ | supple; no rigidity, bruits |
| CV ✓ | nl sounds; no murmurs, heaves, gallops |
| Resp ✓ | =chest expansion, CTA&P |
| Breast ___ | no nodularity, axillary lymphadonopathy |
| GI/Abd ___ | BSx4, no pain, masses, or organomegly |
| Rectal ___ | smooth mucosa, no masses, nl prostate |
| Msk ___ | no skeletal deformity, good PMS |
| Integ ___ | nl skin, hair & nails |
| Neuro ___ | nl CN, sensation & reflexes |
| Psych ___ | A&O, nl affect |
| Lymph ___ | cerv ___ ax ___ ing ___ aur |
| Male GU ___ | no scrotal or penile tend, masses |
| Female GU ___ | nl ext gent, no urethral tend, masses |
| ___ | nl uterus, vag mucosa, cervix & adnexa |

**ASSESMENT:** Neuropathy. Obese

**PLAN:** Lose wt. May cont. Lort. 10 #90 written pt c̄ Ø refills
loose wt. advised — use of narcotics + addiction

Injection: med/dose _____   site _____


PLAINTIFF'S EXHIBIT 18a

```
                        GENEVA   AL   36340
                        (334) 684-9400
                           STATEMENT
                           23-MAY-06
```

```
                                              Collection Group: COLLECTIONS
                                              Account # 000031064

Ms. Crystal Seaman
20045 Beulah Church Rd
Opp AL   36467



Date of service    Description          Procedure    Qty   Diag  PROD LO PLS   Amount
-------------------------------------------------------------------------------------
Current A/R

02/27/06          EXPANDED PROBLEM/NP    99202        1   355.9   4   3   P    $85.00
                  LEVEL 2
02/27/06          CASH PAYMENT                                    4            $20.00-
                                                                         -------------
Note:   PLS means "Place of service"                 TOTAL (from above):       $65.00

Total patient payments in 2006:     $20.00-

Location    (LO):   3 - MITCHUM MEDICAL CLINIC
Provider (PROD):    4 - MITCHUM MD, OTIS DALE
```



PLAINTIFF'S EXHIBIT 18b