**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

June 5, 2006

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   Seaman v. Food Giant Supermarket, Inc.

Case No.:    2:05cv414-WKW
             Document 24 Witness List

This Notice of Correction was filed in the referenced case this date to enter the correct pdf to document [24] Witness List. Due to a technical error when e-filing, the first five pages were omitted. The document has been corrected and a copy of the correct pdf is attached to this Notice.