IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-414-WKW |
| | ) |
| FOOD GIANT SUPERMARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

It is hereby ORDERED that the pretrial conference set in this case for June 23, 2006 is rescheduled for August 3, 2006 in the Chambers of the undersigned, One Church Street, Suite F-300, Montgomery, Alabama.

DONE this the 9th day of June, 2006.

                                                   /s/  W. Keith Watkins
                                               UNITED STATES DISTRICT JUDGE