IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | * |
| PLAINTIFF, | * |
| VS. | * CASE NO. 2:05-CV-414-T |
| FOOD GIANT SUPERMARKETS, INC., | * |
| DEFENDANT. | * |

### PLAINTIFF'S SUPPLEMENT TO HER EXHIBIT LIST

*COMES NOW* the Plaintiff, Crystal Seaman, by and through her undersigned attorneys, and submits this, her Supplement to her Exhibit List previously submitted, further showing as follows:

1. Plaintiff intends to use Medical Records from the Office of Robert M. Williams, M.D., submitted as Plaintiff's Exhibit 19.

Respectfully submitted this ___21___ day of June, 2006.

Charles W. Blakeney, BLA068
Attorney for Plaintiff
Post Office Box 100
Geneva, Alabama 36340
334-684-2387

### CERTIFICATE OF SERVICE

I hereby certify that on the ___21___ day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Hon. M. Warren Butler, Hon. David J. Harrison, and Hon. Richard Brantley Johnson.

Charles W. Blakeney

## PROGRESS NOTES

Crystal Seaman

| Date | Notes Should Be Signed By Physician |
|---|---|
| 5/2/06 | % having a lot of pain, heavy bleeding, burning c̄ urination ↓ back pain. Rx called to Ted's ① Bactrim DS ⨟BID x10d ② Tylenol #3 ⨟QID PRN #20 ③ Urogesic Blue TID x 2d R/o |
| 05/31/06 | Wt. 271 ½ <br> ① Discuss right arm pain <br> H/o Ulnar Nerve Transposition – 12/15/03 <br> ~~⑫ posterior spotes~~ ® posterior arm pain → 4+5 digits. Lortab prn, none now. (O secs) <br> ⊕ NCV for T. Ulnar palsy p̄ c̄ surgery. <br> Nurse c̄: cdd, winel. |

SEAMAN, CRYSTAL                 05/31/06                    RMW/cpm
S:  See above.  Still pain fourth and fifth digits, after
surgery.  She is taking some Lortab, Dr. Beranek put her on
it and wanted her to take it 3 x day, she did not want to
do that.  He sent her back to Dr. Mitchum after Dr. Beranek
left town, they had a run-in.  She took her last Lortab 10
last night, does not always take it.
O:  She is tearful. Extremities:  Tinel's sign present
over the ulnar nerve as it crosses the medial epicondyle.
A:  Persistent tardy ulnar palsy despite surgery.
P:  Discussed with Dr. Prince; he suggests using Lyrica,
but I think we can get a little less expense out of
Neurontin since it is now generic, and he agrees that is
okay to try, 300 q.d., gradually to q.i.d.  Lortab 10, #30,
for bedtime use only, p.r.n.

PLAINTIFF'S EXHIBIT 19
Blumberg No. 5113

**ROBERT M. WILLIAMS, M.D.**
103 EAST MEMORIAL AVE.
OPP, AL 36467
334-493-7930
Tax ID: 630958736

*for All Doctors*

Patient: 545 - CRYSTAL SEAMAN

Patient Balance: 101.00
Insurance Balance: 0.00
Other Balance: 0.00

| Service Date | Inv # | Resp Type | Dr # | Procedure | Description | Ins Code | Accept Claim | Assign | Place of | Line Amount | Invoice Balance | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/2005 | 1 | 1 | 1 | 99212 | OV-EP L2 | | Y | | 1 | 38.00 | | 38.00 |
| | | | | | | | | | | | 38.00 | |
| 11/08/2005 | 2 | 1 | 1 | 81002 | UA | | Y | | 1 | 8.00 | | 46.00 |
| | | | | | | | | | | | 8.00 | |
| 01/05/2006 | 3 | 1 | 1 | 99213 | OV-EP L3 | | Y | | 1 | 50.00 | | 96.00 |
| 01/06/2006 | 3 | 1 | 1 | CA | CASH | | | | 1 | -20.00 | | 76.00 |
| | | | | | | | | | | | 30.00 | |
| 01/05/2006 | 4 | 1 | 1 | 36415 | LAB COLL. | | Y | | 1 | 5.00 | | 81.00 |
| | | | | | | | | | | | 5.00 | |
| 05/31/2006 | 5 | 1 | 1 | 99211 | OV-EP-L1 | | Y | | 1 | 30.00 | | 111.00 |
| 06/01/2006 | 5 | 1 | 1 | CA | CASH | | | | 1 | -10.00 | | 101.00 |
| | | | | | | | | | | | 20.00 | |

*End Of Patient History*