IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-414-WKW |
| FOOD GIANT SUPERMARKETS, INC., | ) |
| Defendant. | ) |

**O R D E R**

This case is before the Court on the Defendant's Request for Ruling on Defendant's Motion for Summary Judgment (Doc. # 31). The twelve pending motions for summary judgment in the cases set for trial on the September 18, 2006 docket are being ruled upon in chronological order by the date of the filing of the suit. The Court's general policy is to rule upon the motions prior to pretrial hearing; however, those motions not yet ruled upon will be argued at pretrial hearing. Therefore, to the extent the defendant is requesting a ruling now, it is ORDERED that the Request (Doc. # 31) is DENIED.

DONE this the 22nd day of June, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE