

# FLORIDA DEPARTMENT of CORRECTIONS

Governor
**JEB BUSH**

Secretary
**JAMES V. CROSBY, JR.**

*An Equal Opportunity Employer*

423 St. Johns Ave., Palatka, Florida 32177 (386) 329-3757  Toll Free 1-800-280-3757

http://www.dc.state.fl.us

May 20, 2004

RE: Crystal Seaman
DC#: V08209
Case#: 99-0181-CF-J

To Whom It May Concern:

On August 14, 2001, the above named subject was placed on five (5) years probation in case number 99-0181-CF-J for the offense: Obtaining public Assistance by Fraud. Adjudication of guilt was withheld in this case. Adjudication of guilt withheld means that the subject is **not a convicted felon**.

If you have any questions, please feel free to contact me at (386) 329-3757.

Sincerely,

Kimberly Aller
Correctional Probation Officer