**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CRYSTAL SEAMAN,** | * | |
| | * | |
| **PLAINTIFF,** | * | |
| | * | |
| **VS.** | * | **CASE NO. 2:05-cv-414-WKW** |
| | * | |
| **FOOD GIANT SUPERMARKETS, INC.,** | * | |
| | * | |
| **DEFENDANT.** | * | |

**PLAINTIFF'S MOTION FOR CONTINUANCE**

*COMES NOW*, the Plaintiff by and through her undersigned attorneys, and requests that this Court continue the trial of this matter set for September 18, 2006 until a later date, and as reasons for the same, would show the following:

1. The Plaintiff's injuries are ongoing and the Plaintiff is continuing follow-up treatment for the pain in her elbow and wrist. Therefore, the Plaintiff continues to be damaged and has not reach maximum medical improvement on the injuries she sustained which are the subject of this suit.

2. The Attorney for the Plaintiff, Honorable David Harrison, had previously scheduled to be on vacation from September 14 thru September 18.

3. The step-daughter of and legal assistant to Attorney for the Plaintiff, Honorable Charles W. Blakeney, has particular knowledge of this case and will be married on September 16, 2006 and is scheduled to be on her honeymoon the week of September 18, 2006.

Respectfully submitted this the 26th day of July, 2006.


  s/ **David J. Harrison**                         s/ **Charles W. Blakeney**
David J. Harrison, HAR149                  Charles W. Blakeney, BLA068
Attorney for Plaintiff                            Attorney for Plaintiff

Post Office Box 994                          Post Office Box 100
Geneva, Alabama 36340                        Geneva, Alabama 36340
334-684-8729                                 334-684-2387

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Hon. H. Warren Butler and Hon. Richard Brantly Johnson.


    s/ **Charles W. Blakeney**
Charles W. Blakeney