## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

CRYSTAL SEAMAN,                          *
                                         *
    Plaintiff,                       *
                                         *
vs.                                      *    Case Number: 2:05-CV-00414-T
                                         *
FOOD GIANT SUPERMARKETS, INC.,           *
                                         *
    Defendant.                       *

## DEFENDANT'S RESPONSE TO
## PLAINTIFF'S MOTION FOR CONTINUANCE

**COMES NOW** Defendant Food Giant Supermarkets, Inc., by and through undersigned counsel and responds to Plaintiff's Motion for Continuance as follows:

1.     Defendant objects to Plaintiff's contention that her injuries are ongoing. Defendant also takes exception with Plaintiff's contention that she has not reached maximum medical improvement for injuries which she allegedly sustained as a result of this incident.

2.     Subject to and without waiver of said objection to paragraph 1 of Plaintiff's Motion to Continue, Defendant does not object to Plaintiff's request for a continuance of the current trial date of September 18, 2006.

Respectfully submitted this the 27th day of July, 2006.

s/s RICHARD B. JOHNSON
M. WARREN BUTLER
BUTLM3190
ASB-3190-R56M
RICHARD B. JOHNSON
J0HNR8700

ASB-8700-I65-J
Attorneys for Defendants
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL  36652
Phone: (251) 441-8229
Fax: (251) 433-1820
E-mail:  MWB@lpclaw.com

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 27th day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

David J. Harrison, Esq.
P. O. Box 994
Geneva, AL   36340

s/s RICHARD B. JOHNSON
M. WARREN BUTLER
BUTLM3190
ASB-3190-R56M
RICHARD B. JOHNSON
J0HNR8700
ASB-8700-I65-J
Attorneys for Defendant
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
Phone: (251) 441-8229
Fax: (251) 433-1820
E-mail:   MWB@lpclaw.com
           RBJ@lpclaw.com

2