IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-414-WKW |
| | ) |
| FOOD GIANT SUPERMARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of Plaintiff's Motion in Limine (Doc. # 36), it is ORDERED that the motion be submitted without oral argument on August 2, 2006, and that the defendant shall file a response on or before August 2, 2006.

DONE this the 28th day of July, 2006.

                         /s/  W. Keith Watkins
                         UNITED STATES DISTRICT JUDGE