IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL SEAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:05-CV-414-WKW |
| v. | ) | (WO) |
| | ) | |
| FOOD GIANT SUPERMARKETS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Upon the Plaintiff's Motion to Continue (Doc. # 40), and Defendant's consent, it is ORDERED that the trial of this matter is continued from September 18, 2006, to **November 6, 2006.**

It is further ORDERED that the pretrial conference set in this case for August 3, 2006 in the Chambers of the undersigned, is rescheduled for **September 21, 2006.**

DONE this the 28th day of July, 2006.

                                                /s/ W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE