IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CRYSTAL SEAMAN,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | *   Case Number: 2:05-CV-00414-T |
| | * |
| **FOOD GIANT SUPERMARKETS, INC.,** | * |
| | * |
|     **Defendant.** | * |

**DEFENDANT'S REPLY TO PLAINTIFF'S MOTION IN LIMINE**

**COMES NOW** Defendant Food Giant Supermarkets, Inc., by and through undersigned counsel and responds to Plaintiff's First Motion In Limine as follows:

    I.  Plaintiff's Arrest for Obtaining Public Assistance by Fraud

Currently Plaintiff is still serving five years probation for obtaining public assistance by fraud. If Plaintiff were to violate probation prior to the expiration of the probation period, her arrest for obtaining public assistance by fraud would become a conviction. Additionally, at this time, Plaintiff has presented no evidence from any source that she has fully paid restitution to in the amount of $9,250.23 as ordered by the State of Florida in the Order of Probation, dated September 9, 2001 (Attached as Exhibit 1). Thus, at this time it is premature for this court to rule on Plaintiff's Motion in Limine until such time as Plaintiff's probation period has expired and she has paid restitution pursuant to the State of Florida's Order of Probation dated September 9, 2001.

    Respectfully submitted this the 2nd day of August, 2006.

s/s RICHARD B. JOHNSON
M. WARREN BUTLER
BUTLM3190
ASB-3190-R56M
RICHARD B. JOHNSON
J0HNR8700
ASB-8700-I65-J
Attorneys for Defendants
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL  36652
Phone: (251) 441-8229
Fax: (251) 433-1820
E-mail:  MWB@lpclaw.com

CERTIFICATE OF SERVICE

     I do hereby certify that I have on this 2nd day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

David J. Harrison, Esq.
P. O. Box 994
Geneva, AL  36340

s/s RICHARD B. JOHNSON
M. WARREN BUTLER
BUTLM3190
ASB-3190-R56M
RICHARD B. JOHNSON
J0HNR8700
ASB-8700-I65-J

        Attorneys for Defendant
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
Phone: (251) 441-8229
Fax: (251) 433-1820
E-mail:   MWB@lpclaw.com
          RBJ@lpclaw.com