STATE OF FLORIDA                IN THE CIRCUIT COURT
                                OF PUTNAM COUNTY, FLORIDA
V.

OK0343PG0259

CRYSTAL SEAMAN,                 CASE NUMBER: 99-0181-CF-J
DEFENDANT                       DC No.: V08209

## ORDER OF

☒ PROBATION   ☐ DRUG OFFENDER PROBATION
☐ COMMUNITY CONTROL   ☐ COMMUNITY CONTROL FOLLOWED BY PROBATION

This cause coming on this day to be heard before me, and you, the defendant **CRYSTAL SEAMAN** being now present before me, and you having:

☐ entered a plea of guilty to
☒ entered a plea of nolo contendere   (☐ Alford Plea)
☐ been found guilty by a jury verdict of
☐ been found guilty by the court trying the case without a jury of

Now, therefore, it is ordered and adjudged that you be placed under supervision, of the Department of Corrections, subject to Florida law for the offense(s) of:

| CASE # | CT. # | OFFENSE (DEGREE) (SGS) QUALIFIER F.S. # | SENTENCE | CONCURRENT (CO) CONSECUTIVE (CS) |
|---|---|---|---|---|
| 99-0181-CF-J | I | OBTAINING PUBLIC ASSISTANCE BY FRAUD | FIVE (5) YEARS PROBATION | |

**SECTION 1: Judgment of Guilt:**

☐ The Court hereby adjudges you to be guilty of the above offense(s) _____

**SECTION 2: Order Withholding Adjudication of guilt:**

☒ The Court hereby withholds adjudication of guilt of the above offense(s) __

**SECTION 3: Supervision During Portion of Sentence:**

It is hereby ordered and adjudged that you be

☐ committed to the Department of Corrections

☐ confined in the County Jail

for a term of _____ with credit for _____ jail time. After you have served _____ of the term, you shall be placed under the supervision for a period of _____ under the direction of the Department of Corrections, subject to Florida law.

☐ confined in the County Jail for a term of _____ with credit for _____ jail time, you will report _____, as a special condition of supervision.

HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD IN PUTNAM COUNTY, OFFICE OF THE CLERK OF CIRCUIT COURT

BY Chloore D.C.

DATE: Sept. 28, 2005

Defendant: <u>CRYSTAL SEAMAN</u>    Case Number: <u>99-0181-CF-J</u>

BK0343PG0260

It is further ordered that you shall comply with the following conditions of supervision.

1) Not later than the fifth day of each month, you will make a full and truthful report to your officer on the form provided for that purpose.
2) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.
3) You will not possess, carry or own any firearm under any circumstances. You will not possess, carry or own any weapons (other than a firearm) without first procuring the consent of your officer.
4) You will live without violating any law. A conviction in a court of law shall not be necessary for such a violation to constitute a violation of your probation.
5) You will not associate with any person engaged in any criminal activity.
6) You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit any places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.
7) You will maintain or actively seek gainful employment, advise you employer of your probation status and support dependents to the best of your ability.
8) You will promptly and truthfully answer all inquiries directed to you by the court or the officer, and allow your officer to visit you in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.
9) You will pay restitution, costs and/or fees in accordance with the attached order.
10) You will report in person within 24 hours of your release from confinement to the probation office in Putnam County, Florida, unless otherwise instructed by your officer. (This condition applies only if section 3 on the previous page is checked.) Otherwise, you must report immediately to the probation office located at 423 St. Johns Avenue, Palatka, Florida 32177.
11) You will submit to urinalysis, breathalyzer or blood tests at any time requested by your officer, or the professional staff of any treatment center where your are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances.
12) After service of ½ of the period of supervision and completion of all Special Conditions of supervision you may be placed by the Department of Corrections on Administrative Probation Status. All Conditions of supervision except for Condition #4 are to be no longer applicable. You shall be required to pay a $50.00 non-recurring processing fee (plus 4% administrative processing fee) to the Department of Corrections.
13) If supervision is for murder, home invasion/robbery, any burglary offense, car jacking, aggravated battery or attempts of any of these offenses, You shall submit two specimens of blood to the Florida Department of Law Enforcement, as directed by your officer, to be registered with the DNA data bank. (F.S. 943.325)and 948.03(10).

Defendant: CRYSTAL SHAMAN  Case Number: 99-0181-CF-J

## FINANCIAL-CHARGES/COSTS/FEES

NOTE: THE FOLLOWING FINANACIAL OBLIGATION WILL BE PAID TO THE DEPARTMENT OF CORRECTIONS AND SHALL HAVE A 4% PROCESSING CHARGE ASSESSED AS REQUIRED BY F.S. 943.31, UNLESS OTHERWISE DIRECTED. ALL MONETARY OBLIGATIONS SHALL BE PAID IN THE FORM OF A CASHIER'S CHECK OR MONEY ORDER, MADE PAYABLE TO THE DEPARTMENT OF CORRECTIONS.

You shall pay the following amounts:

F-1  $50.00 to the Crimes Compensation Trust Fund, F.S. 938.03
F-2  $3.00 to the Criminal Justice Fund, F.S. 938.01
F-3  $2.00 to the Criminal Justice Education by Municipalities and Counties, F.S. 938.15.
F-4  $200.00 Felony in court cost, F.S. 938.05
F-6  $2.00 per month surcharge for each month you are under supervision, F.S. 948.09(1)(a)(2). (Waived upon F-8 being waived.)
F-7  $1.00 per month to First Step, Inc., F.S. 948.03.
F-8  You will pay to the State of Florida the amount of $ WAIVED per month toward the cost of your supervision, plus 4% administrative fee in accordance with Florida Statute 945.31 and 948.09. The monthly cost shall be exempted for the number of months or portion of a month you are incarcerated, in the TIER two portion of Non-Secure Drug Treatment Program or any other "inpatient: treatment facility.
F-9  Drug Testing Fee: $30.00 probation, or $65.00 for community control and drug offender probation. (Waived upon F-8 being waived.)
F-10 You will pay restitution as follows:

| AMOUNT | PAYABLE TO |
|---|---|
| $9,250.23 To be paid at the rate of $158.42 per month with no interest/surcharge. | Children and Family Services |

15) You will abide by the following special conditions:
## ** SPECIAL CONDITIONS **
a) You shall pay the costs of substance abuse testing as required by the Department of Corrections.
b) You are allowed to report by telephone and make monthly payments to Florida. You are not to be transferred to Alabama.

This period of probation is to be tolled upon any incarceration in state prison and shall remain tolled until such time as the terms of incarceration are completed.

Defendant: CRYSTAL SEAMAN                    Case Number: 99-0181-CF-I

BK 0343 PG 0262

You are hereby placed on notice that the court may at any time rescind or modify any of the conditions of your supervision, or may extend the period of supervision as authorized by law, or may discharge you from further supervision. If you violate any of the conditions of your supervision, you may be arrested, and the court may revoke your supervision, adjudicate you guilty if adjudication of guilt was withheld, and impose any sentence which it might have imposed before placing you in supervision or require you to serve the balance of said sentence.

It is further ordered that when you have been instructed as to the conditions of supervision, you shall be released from custody if you are in custody, and if you are at liberty on bond, the sureties thereon shall stand discharged from liability. (This paragraph applies only is section 1 or section 2 is checked.)

At the conclusion of this probationary period whether concluded by expiration of the probation term, revocation of probation or termination by the Court, any unpaid balances of court costs, restitution, attorney fees or crime compensation trust fund fees shall be reduced to a civil judgment against the defendant.

It is further ordered that the clerk of this court file this order in the clerk's office and provide certified copies of same to the officer for use in compliance with the requirements of law.

DONE AND ORDERED IN OPEN COURT, the 7 day of SEPT, 2001.
NUNC PRO TUNC 08/14/01

WILLIAM A. PARSONS, Judge

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date: _____    _____, Defendant

Date: _____    _____, Instructed By

Original: Court
Copies: Defendant, File
revised: 12/00
Officer: SCHEU