IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **CRYSTAL SEAMAN,** | * | |
| | * | |
|     **PLAINTIFF,** | * | |
| | * | |
| **VS.** | * | **CASE NO. 2:05-cv-414-WKW** |
| | * | |
| **FOOD GIANT SUPERMARKETS, INC.,** | * | |
| | * | |
|     **DEFENDANT.** | * | |

**PLAINTIFF'S SUPPLEMENT TO HER MOTION IN LIMINE**

*COMES NOW*, the Plaintiff, by and through her undersigned attorney, and submits this, her supplement to her Motion in Limine, showing as follows:

1. The Plaintiff realleges and reaffirms all of the allegations and argument contained in her Motion in Limine heretofore filed in this matter.

2. The Plaintiff avers that on August 8, 2005, she successfully completed her period of probation in the matter of her pretrial diversion on the case of obtaining public assistance by fraud. The Plaintiff was discharged and her probation was terminated by Order of Terry Larue, Circuit Court Judge for Putnam County, Florida. (*See Exhibit A attached hereto.*)

*WHEREFORE*, as evidence of the Plaintiff's prior arrests and convictions are inadmissible under Fed. R. Evid. 609, the Plaintiff requests an Order that the Defendant, Defendant's counsel, or any witness for the Defendant refrain from attempting to introduce any evidence of or referencing in any way said convictions and arrests.

Respectfully submitted this the __10th__ day of October, 2006.

                                              __s/ **Charles W. Blakeney**__
                                              Charles W. Blakeney, BLA068
                                              Attorney for Plaintiff
                                              Post Office Box 100
                                              Geneva, Alabama 36340
                                              334-684-2387

**CERTIFICATE OF SERVICE**

      I hereby certify that on the __10th__ day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Hon. H. Warren Butler, Hon. David J. Harrison, and Hon. Richard Brantly Johnson.

                                                      s/ **Charles W. Blakeney**
                                                      Charles W. Blakeney