| | |
|---|---|
| Officer | Christopher Groves |
| Office Location | Palatka |
| Judge/Division | Terry Larue / |

STATE OF FLORIDA

VS

Crystal Seaman
Defendant

In the Circuit Court

Putnam County, Florida

DC No. <u>V08209</u>
Docket/UC No. <u>99-0181-CF-42</u>

## COURT ORDER TERMINATING PROBATION

On <u>August 14, 20001</u>, defendant was placed on probation for a period of <u>five (5) years</u>. Having given due consideration to the court file and the argument of the parties, the court, on its own motion, has determined that defendant should be discharged from supervision by the Department of Corrections, and it is

**ORDERED** that defendant's <u>Probation</u> be terminated, that defendant shall be hereby released from <u>Probation</u>, and that proceedings on this case be terminated pursuant to Section 948.04, Florida Statutes.

**IT IS FURTHER ORDERED**, that the clerk of the court file this order in the official records of the court and provide certified copies of the order to the Department of Corrections for its use in carrying out its duties as required by law.

DONE AND ORDERED ON _AUG 8 2005_

Terry Larue
Circuit Court Judge

I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY AS SAME APPEARS ON RECORD IN PUTNAM COUNTY, OFFICE OF THE CLERK OF CIRCUIT COURT
BY Carol Moore D.C.
DATE: August 10, 2005

DC3-258 (Revised 5-02)

Original: Clerk of Court
Copy: DC Offender File