IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:05-cv-414-WKW |
| | ) |
| FOOD GIANT SUPERMARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is Plaintiff's Motion in Limine (Doc. # 36) and supplement to that motion (Doc. # 51). The defendant opposes the motion. Upon careful consideration, it is ORDERED that the motion is GRANTED. The defendant is hereby precluded from presenting any argument, testimony, or evidence regarding (1) the subject of the plaintiff's prior arrest and pre-trial diversion for Obtaining Public Assistance by Fraud; and (2) the subject of the plaintiff's prior conviction for Retail Theft.

DONE this the 12th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE