# ORDER #53 STRICKEN FROM RECORD. ORDER IN THE WRONG CASE.