**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                             TELEPHONE (334) 954-3600

October 12, 2006

# NOTICE OF DOCKETING ERROR

**From:   Clerk's Office**

**Case Style: Crystal Seaman, et al vs. Food Giant Supermarkets, Inc.**
**Case Number: 2:05cv414-WKW**
**Pleading : #53 - Report and Recommendation**

**The above referenced pleading was docketed in this case in error.  This order is hereby STRICKEN from the record as a docketing error and the parties are instructed to disregard the entry on the court's docket for this case.**