## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **CRYSTAL SEAMAN,** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| **VS.** | * CASE NO. 2:05-CV-414-T |
| | * |
| **FOOD GIANT SUPERMARKETS, INC.,** | * |
| | * |
| **DEFENDANT.** | * |

### NOTICE OF FILING PROPOSED VERDICT FORM

*COMES NOW,* the Plaintiff, by and through her undersigned attorney and pursuant to the Pretrial Order of this Court dated September 26, 2006, files the attached proposed verdict form.

Respectfully submitted this the __23__ day of October, 2006.

      **s/Charles W. Blakeney**
Charles W. Blakeney, BLA068
Attorney for Plaintiff
Post Office Box 100
Geneva, Alabama 36340
334-684-2387

### CERTIFICATE OF SERVICE

I hereby certify that on the __23__ day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Hon. M. Warren Butler, Hon. David J. Harrison, and Hon. Richard Brantley Johnson.

      **s/Charles W. Blakeney**
Charles W. Blakeney