IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | * |
| | * |
|     PLAINTIFF, | * |
| | * |
| VS. | *   CASE NO. 2:05-CV-414-T |
| | * |
| FOOD GIANT SUPERMARKETS, INC., | * |
| | * |
|     DEFENDANT. | * |

## VERDICT FORM

**USE ONLY ITEM 1 OR ITEM 2**

1. We, the jury find that the Defendant, Food Giant Supermarkets, Inc. was negligent and is liable for the injury to the Plaintiff, Crystal Seaman.

    We award to the Plaintiff, Crystal Seaman, compensation in the amount of

    $_____.

     

    _____
    Jury Foreperson

    **OR**

2. We the jury find that the Defendant, Food Giant Supermarkets, Inc. was not negligent and is not liable for the injury to the Plaintiff. We, therefore, award no damages to the Plaintiff.

     

    _____
    Jury Foreperson

    This _____ day of November, 2006.