IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | * |
| Plaintiff, | * |
| vs. | *   Case Number: 2:05-CV-00414-W |
| FOOD GIANT SUPERMARKETS, INC., | * |
| Defendant. | * |

## VOIR DIRE EXAMINATION BY DEFENDANT

1. Are you, or is anyone in your immediate family, friends of acquaintances of the Plaintiff, Crystal Seaman?

2. Have any of you, or anyone in your immediate family, been involved in a case in which Charles Blakeney and David Harrison represented one of the parties?

3. Are you, or is anyone in your immediate family, involved in a case in which Lyons, Pipes & Cook, my law firm, represents some other parties:

> Cooper C. Thurber
>
> Marion A. Quina, Jr.
>
> Thomas F. Garth
>
> Walter M. Cook, Jr.
>
> Joseph J. Minus, Jr.
>
> Caroline McCarthy
>
> William E. Shreve, Jr.
>
> Kenneth A. Nixon

        Daniel S. Cushing

        Allen E. Graham

        M. Warren Butler

        S. Wesley Pipes V

        William J. Gamble, Jr.

        Richard B. Johnson

        Britten L. Britt

        Ashley E. Cameron

        S. Elizabeth Lee

        Shane A. Taylor

        William P. Blanton

        Todd L. Denison

        J. Day Peake III

        Monique N. Brown

        Katherine "Mandy" Herndon

4.    Do any of you know any of the potential witnesses in this case:

        Robert Seaman

        Marcy Wright Reid

        Anita Patterson

        Dr. Steven Beranek

        Dr. Alan D. Prince

        Sherry Adams, RN

          Dr. O.D. Mitchum

5.      Do any of you, or your immediate family members, work for a law firm or a lawyer?

6.      Have you, or any member of your immediate family, ever been a Plaintiff in a personal injury action? If so, describe:

        (a)     the nature of the claim;

        (b)     the court in which it was filed; and

        (c)     the result.

7.      How many of you have ever been sued by someone in a personal injury case, or how many of you have ever been sued where the party suing was seeking monies as compensation for injuries from an accident or incident in which you were involved? (This question is not asking for any of you to identify matters where you were sued over a dispute involving collection of money or domestic matters.)

8.      Is there anyone who believes that a person is entitled to recover money simply because she filed a lawsuit?

9.      Are there any of you who believe that the Plaintiff is entitled to recover in this case simply because she claims she was injured at the Piggly Wiggly and without regard to the facts as they will be presented to you and the controlling law which Judge Watkins will give you?

10.     Raise your hand if you know of anyone who has been accused of negligence?

    (a)  What happened?

    (b)  What was the outcome?

    (c)  Do you think that person was treated fairly?

 11. Have you or anyone in your family ever been employed by Food Giant, Inc., Piggly Wiggly, or any other grocery store?

  If yes, explain who was employed by the grocery store, and where and when.

 12. Have you, or any members of your immediate family, ever received what you considered to be less than fair treatment from Food Giant Stores, Inc. or Piggly Wiggly?

 13. Do any of you have any negative opinions of Food Giant, Inc. or Piggly Wiggly?

 14. Have any of you, or any members of your immediate family, ever been injured while shopping at a grocery store?

 15. Have any of you ever shopped at the Piggly Wiggly grocery store in Florala, Alabama? If so, have you ever had any problems of any kind at the Piggly Wiggly or with their employees?

 16. Have any of you ever had any problems shopping at any Piggly Wiggly?

 17. Do any of you have a problem with the statement that accidents happen every day for which no one is at fault?

 18. Does everyone agree that concrete is not perfectly smooth and there may be cracks and such in parking lots that may exist?

 19. Have any of you, or members of your immediately family, ever suffered an injury to your wrist or elbow?

20. Have you, or any members of your immediately family, ever been disabled from work by an injury or a medical condition (either temporarily or permanently)?

21. Do any of you, or any members of your immediate family, currently experience any medical conditions that cause chronic or frequent pain?

22. In our State, corporations and businesses are just as entitled to a fair and impartial trial as individuals. Are there any of you who feel that you would be unable to be as fair to Food Giant, Inc., a corporation, as you would to the Plaintiff?

23. Do any of you feel that you cannot agree to listen to all of the evidence before making up your mind in this case?

24. Does anyone feel that they will not follow the law as the Judge instructs it as it applies in this case?

25. Is there any other information that anyone feels that either party should know about them before the jury is selected in this case?

/s/ RICHARD B. JOHNSON
M. WARREN BUTLER
BUTLM3190
ASB-3190-R56M
RICHARD B. JOHNSON
J0HNR8700
ASB-8700-I65-J
Attorneys for Defendants
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
Phone: (251) 441-8229
Fax: (251) 433-1820
E-mail:   MWB@lpclaw.com
E-mail:   RBJ@lpclaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of Oct, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340

David J. Harrison, Esq.
P. O. Box 994
Geneva, AL   36340

/s/ RICHARD B. JOHNSON
RICHARD B. JOHNSON

S:\LPCdocs\8777\41618\00372021.DOC