1

```
1              IN THE UNITED STATES DISTRICT COURT
2                  MIDDLE DISTRICT OF ALABAMA
3                       NORTHERN DIVISION
4
5   CRYSTAL SEAMAN,              )          COPY
6      Plaintiff,                )
7   Vs                           )    CASE NO.:
8   FOOD GIANT SUPERMARKETS,)         2:05-CV-00414-T
9   INC.,                        )
10     Defendant.                )
11
12
13
14
15         The deposition of CRYSTAL SEAMAN
16  taken pursuant to the Alabama Rules of Civil
17  Procedure before Anna S. Padgett, Court
18  Reporter and Notary Public, State at Large,
19  at the Law Office of Charles W. Blakeney, 201
20  North Commerce Street, Geneva, Alabama on the
21  19th day of July, 2005, commencing at
22  approximately 12:00 a.m.
23
24
25
```

```
 1      Q    Today, have you finished school for
 2   LPN?
 3      A    Oh, yes, sir.
 4      Q    So you're currently working?
 5      A    No, sir.
 6      Q    Why aren't you working?
 7      A    I was relieved of my duties.
 8      Q    Where were you working?
 9      A    Northport Health Services in Opp.
10      Q    Northport?
11      A    Yes, sir.
12      Q    When did you start there?
13      A    June of last year.
14      Q    And when were you let go?
15      A    March 11th of this year.
16      Q    And what was the reason for being let
17   go?
18      A    I made a careless mistake.  I just -- I
19   was doing a dressing and left it -- it was an
20   improper act.
21      Q    Doing a dressing and you left it?  Is
22   that over a wound?
23      A    Yes, sir, a wound dressing.
24      Q    What do you mean by you left it?
25      A    I had students, which I had requested
```