IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL SEAMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-414-WKW |
| | ) |
| FOOD GIANT SUPERMARKETS, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of Defendant's First Motion in Limine (Doc. # 58), it is ORDERED that the motion be submitted without oral argument on November 1, 2006, and that the plaintiff shall file a response on or before November 1, 2006.

DONE this the 25th day of October, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE