IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| CRYSTAL SEAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-414-WKW |
| | ) | |
| FOOD GIANT SUPERMARKETS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

It is ORDERED that the Order (Doc. #60) filed October 27, 2006 is hereby VACATED.

It is further ORDERED that the trial date is extended from November 6, 2006, to March 26, 2007, and the pretrial date is set for February 23, 2007.

It is further ORDERED that the parties shall file a jointly prepared report on the status of mediation in this case **on or before December 15, 2006.**

DONE this the 30th day of October, 2006.


                              /s/   W.  Keith Watkins
                        UNITED STATES DISTRICT JUDGE