IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CRYSTAL SEAMAN,

    *Plaintiff,*

vs.                              Case Number: 2:05-CV-00414-T

FOOD GIANT SUPERMARKETS, INC.,

    *Defendant.*

## STIPULATION FOR DISMISSAL

This case having been resolved between the parties, it is hereby stipulated that the Complaint

and the action originally filed by CRYSTAL SEAMAN, be dismissed, with prejudice to all claims

actually made, or which could have been made by said Plaintiff against Defendant FOOD GIANT

SUPERMARKETS, INC.,  arising out of the facts and circumstances referred to in the pleadings

herein, each party to bear their own costs.

Done this the ___*15*___ day of *December* , 2006.

                s/s M. WARREN BUTLER
                M. WARREN BUTLER
                BUTLM3190
                ASB-3190-R56M
                RICHARD B. JOHNSON
                J0HNR8700
                ASB-8700-I65-J
                Attorneys for Defendant
                Lyons, Pipes & Cook, P.C.
                P. O. Box 2727
                Mobile, AL  36652
                Phone: (251) 441-8229
                Fax: (251) 433-1820
                E-mail:  MWB@lpclaw.com
                        RBJ@lpclaw.com

Charles W. Blakeney, Esq.
P. O. Box 100
Geneva, AL 36340
Attorney for Plaintiff
Phone:  334-684-2387
Fax:     334-684-2589
E-mail:  blakeney@centurytel.net